IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CURLY YOUNG,**

    **Plaintiff,**

                                          **CIVIL ACTION NO.:**
                                          **1:06-CV-563**

**vs.**

**HONEYWELL TECHNOLOGY
SOLUTIONS, INC.,**

    **Defendant.**

### DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION
### OF THIRTY DAYS TO FILE ANSWER

**COMES NOW,** Defendant Honeywell Technology Solutions Inc. ("Honeywell") and moves this Court for an additional 30 days or until August 17, 2006, in which to file its Answer. Honeywell makes this Motion based on the following:

    1.  The Complaint was served on June 28, 2006, and the Answer is currently due to be filed by July 18, 2006.

    2.  The parties are currently discussing the merits of the allegations and possible alternatives to litigation.

    3.  The grant of thirty additional days to file an Answer, or until August 17, 2006, will give the parties sufficient time to explore possible alternatives to litigation.

    4.  Plaintiff does not oppose this Motion.

**WHEREFORE, PREMISES CONSIDERED,** Defendant respectfully requests that this Honorable Court GRANT this Motion.

　　　　　　　　　　　　　　　　　　/s/ Sandra B. Reiss
　　　　　　　　　　　　　　　　　SANDRA B. REISS (asb-3650-s80s)
　　　　　　　　　　　　　　　　　OGLETREE, DEAKINS, NASH
　　　　　　　　　　　　　　　　　  SMOAK & STEWART, P.C.
　　　　　　　　　　　　　　　　　One Federal Place, Suite 1000
　　　　　　　　　　　　　　　　　1819 Fifth Avenue North
　　　　　　　　　　　　　　　　　Birmingham, Alabama  35203-2118
　　　　　　　　　　　　　　　　　(205) 328-1900
　　　　　　　　　　　　　　　　　(205) 328-6000 Fax
　　　　　　　　　　　　　　　　　E-mail: Sandra.Reiss@odnss.com
　　　　　　　　　　　　　　　　　*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2006, I electronically filed the foregoing *Defendant's Unopposed Motion for An Extension of Thirty Days to File Answer,* with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following: Jeffrey W. Bennitt.

    /s/ Sandra B. Reiss
SANDRA B. REISS (asb-3650-s80s)
OGLETREE, DEAKINS, NASH
  SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama  35203-2118
(205) 328-1900
(205) 328-6000 Fax
E-mail: Sandra.Reiss@odnss.com