IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CURLY YOUNG,**

    **Plaintiff,**

    CIVIL ACTION NO.:
    1:06-CV-563

vs.

**HONEYWELL TECHNOLOGY
SOLUTIONS, INC.,**

    **Defendant.**

## DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF THIRTY DAYS TO FILE ANSWER

**COMES NOW,** Defendant Honeywell Technology Solutions Inc. ("Honeywell") and moves this Court for an additional 30 days or until August 17, 2006, in which to file its Answer. Honeywell makes this Motion based on the following:

1. The Complaint was served on June 28, 2006, and the Answer is currently due to be filed by July 18, 2006.

2. The parties are currently discussing the merits of the allegations and possible alternatives to litigation.

3. The grant of thirty additional days to file an Answer, or until August 17, 2006, will give the parties sufficient time to explore possible alternatives to litigation.

4. Plaintiff does not oppose this Motion.

**MOTION GRANTED**

THIS 6th DAY OF July, 2006

_____
UNITED STATES MAGISTRATE JUDGE