SEP-28-2006  15:58        USDC MIDDLE ALABAMA                                    P.02

IN THE DISTRICT COURT OF THE UNITED STATES RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA

_Curly Young_ )
Plaintiff(s), )
 )                        2006 SEP 29 A 11:28
v. )
 )                        CIVIL ACTION NO. _6-563-SRW_
_Honeywell_ )
Defendant(s). )

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_9/28_         Signature: _Jeff Bennitt_
Date

Counsel For (print name of all parties) _Jeff Bennitt_

Address, City, State Zip Code _Ste A-3  4898 Valleydale Rd_
_Birmingham, AL 35242_

Telephone Number _205 408 7240_

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101

TOTAL P.02