IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

CURLY YOUNG )
    Plaintiff(s), )
 )
 )
v. )    CIVIL ACTION NO. 1:06-CV-563
 )
HONEYWELL TECHNOLOGY )
    SOLUTIONS, INC. )
    Defendant(s). )

RECEIVED

2006 SEP 19 A 9: 49

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the

above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate

Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting

any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

September 14, 2006
_____
Date

Sandra B Reiss
_____
Signature    SANDRA B. REISS

_____
Counsel For (**print** name of all parties)

_____
Address, City, State Zip Code

_____
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
**Please mail to:**
**Clerk, United States District Court**
**Post Office Box 711**
**Montgomery, AL 36101**