IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURLY YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | 6-563 |
| HONEYWELL TECHNOLOGY ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO AMEND COMPLAINT TO CORRECT NAME OF PLAINTIFF

COMES NOW undersigned counsel of record for the Plaintiff and hereby moves this Honorable Court for an Order allowing them to change the name of the Plaintiff incorrectly spelled as Curly Young to correctly reflect its proper spelling at Curley Young. All documents filed with this Court will reflect this change.

**WHEREFORE PREMISES CONSIDERED,** undersigned counsel respectfully requests that her Motion to Continue be granted.

1

Respectfully Submitted,


\_/s/_____
Jeffrey W. Bennitt, Esq.
ASB 0774 N51J
Attorney for the Plaintiff


**OF COUNSEL**

Jeffrey W. Bennitt, Esq.
Jeffrey W. Bennitt & Associates, LLC
4898 Valleydale Rd., Ste. A3
Birmingham, AL 35242

**CERTIFICATE OF SERVICE**

\_\_\_\_\_I hereby certify that a copy of the above and foregoing Motion to Reinstate was served upon all counsel listed below by making use of CM/ECF electronic filing system in place in the United States District Court, Northern District of Alabama, on this the 2nd day of March, 2007.

> David Warren, Esq.
> OGLETREE DEAKINS
> One Federal Place
> Suite 1000
> 1819 5th Ave. N.
> Birmingham, AL 35203


\_\_/s/_____
OF COUNSEL