IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURLY YOUNG, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO.: |
| | ) 6-563 |
| HONEYWELL TECHNOLOGY SOLUTIONS, INC., | ) |
| Defendant. | ) |

### MOTION TO AMEND COMPLAINT TO CORRECT NAME OF PLAINTIFF

COMES NOW undersigned counsel of record for the Plaintiff and hereby moves this Honorable Court for an Order allowing them to change the name of the Plaintiff incorrectly spelled as Curly Young to correctly reflect its proper spelling at Curley Young. All documents filed with this Court will reflect this change.

**WHEREFORE PREMISES CONSIDERED,** undersigned counsel respectfully requests that her Motion to Continue be granted.

**MOTION GRANTED**

THIS 5th DAY OF March, 2007

_[signature]_
UNITED STATES MAGISTRATE JUDGE

1