# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CURLEY YOUNG, : | |
| : | |
|     Plaintiff, : | |
| : | CASE NO: |
| vs. : | |
| : | 1:06-CV-00563-SRW |
| HONEYWELL TECHNOLOGY : | |
| SOLUTIONS, INC., : | |
| : | |
|     Defendant. : | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

    In accordance with the Order of this Court, the undersigned party, Honeywell Technology Solutions, Inc., hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Honeywell International, Inc. is the parent corporation of Honeywell Technology Solutions, Inc. Honeywell Technology Solutions, Inc. has no affiliates or subsidiaries.

    Respectfully submitted,

/s/ Sandra B. Reiss
SANDRA B. REISS (ASB-3650-S80S)
RYAN M. ADAY (ASB-3789-A54A)

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: sandra.reiss@odnss.com
       ryan.aday@odnss.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey W. Bennitt
Jeff Bennitt & Associates, L.L.C.
P. O. Box 383063
Birmingham, Alabama 34238-3063

                                                /s/ Sandra B. Reiss
                                                OGLETREE, DEAKINS, NASH,
                                                      SMOAK & STEWART, P.C.

4717849.1