IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CURLY YOUNG,** | : |
| **Plaintiff,** | : |
| vs. | : CASE NO: |
| | : 1:06-CV-00563-SRW |
| **HONEYWELL TECHNOLOGY SOLUTIONS, INC.,** | : |
| **Defendant.** | : |

## JOINT MOTION TO WITHDRAW MOTION FOR PROTECTIVE ORDER

1.   On April 3, 2007, the Parties filed Joint Motion for Protective Order with the Court in an effort to prevent disclosure of confidential materials used in this litigation to the general public.

2.   After reviewing the Proposed Protective Order which was attached thereto, the Court telephoned counsel for Honeywell and instructed counsel to make certain modifications to the Proposed Protective Order, to file this Joint Motion to Withdraw Agreed Protective Order, and to file a Joint Motion for Protective Order with the modified Proposed Protective Order attached has an exhibit. Accordingly, the Parties file this Joint Motion.

WHEREFORE, PREMISES CONSIDERED the Parties respectfully request that this Court enter an Order withdrawing the previously filed Agreed Protective Order.

**THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO THE ABOVE AND HAVE AGREED THAT:**

Ryan M. Aday will e-file the foregoing Joint Motion and Proposed Order. Specifically, the above is agreed to by:

/s/ Jeffrey W. Bennitt
Jeffrey W. Bennitt
Jeffrey W. Bennitt & Associates
4889 Valleydale Road, Ste. A3
Birmingham, Alabama 35242
Phone: (205) 408-7240
Facsimile: (205) 408-9236
E-Mail: bennittlaw@aol.com

**Attorney for Plaintiff**

/s/Ryan M. Aday
Sandra B. Reiss (ASB-3650-s80s)
Ryan M. Aday (ASB-3789-a54a)
**Ogletree, Deakins, Nash,
 Smoak & Stewart, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-Mail: sandra.reiss@odnss.com
      ryan.aday@odnss.com

Attorneys for Defendant

4775889.1