IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURLY YOUNG,            )<br>                               )<br>     Plaintiff,          )<br>                               )<br>v.                            )<br>                               )<br>HONEYWELL TECHNOLOGY )<br>SOLUTIONS, INC.,       )<br>                               )<br>     Defendants.      ) | CIVIL ACTION NO. 1:06cv563-SRW |

## **ORDER**

Upon consideration of the joint motion to withdraw motion for protective order (Doc. # 17), filed April 17, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 18th day of April, 2007.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE