IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURLEY YOUNG, : | |
| : | |
| Plaintiff, : | |
| : | CASE NO: |
| vs. : | |
| : | 1:06-CV-00563-SRW |
| HONEYWELL TECHNOLOGY : | |
| SOLUTIONS, INC., : | |
| : | |
| Defendant. : | |
| _____ : | |

**EVIDENTIARY SUBMISSION IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT AND BRIEF**

**COMES NOW Defendant,** Honeywell Technology Solutions, Inc., and submits the following evidence in support of its Motion for Summary Judgment and Brief, filed contemporaneously herewith:

Tab A      DEPOSITION OF CURLEY YOUNG, JR.

           Exhibits to Tab A - Deposition

           Ex. 2   - Enterprise Hospital and Nursing Home Counseling Form dated 5/12/92

           Ex. 3   - Enterprise Hospital and Nursing Home Counseling Form dated 11/20/92

           Ex. 4   - Enterprise Hospital and Nursing Home Counseling Form dated 1/11/93

           Ex. 6   - Enterprise Hospital and Nursing Home Counseling Form dated 8/14/93

           Ex. 7   - Enterprise Hospital and Nursing Home Counseling Form dated 10/12/93

Ex. 8   - Enterprise Hospital and Nursing Home Counseling Form
            dated 10/27/93

Ex. 9   - Enterprise Policy on Absences/Tardies - Write-up dated 1/13/94

Ex. 10  - Enterprise Response to Alabama Department of
            Industrial Relations

Ex. 12  - Transcription of tape recorded conversation between Curley
            Young and Thomas Lavar

Ex. 15 - Letter of Offer of Employment dated 11/21/97

Ex. 17 - Acknowledgment of Employee Handbook

Ex. 18 - Honeywell - The Five Initiatives and 12 Behaviors -
            Checklist for Policies

Ex. 19  - Honeywell Contract Vehicle and Test Security Policy

Ex. 20 - Honeywell Vehicle and Equipment Maintenance Policy

Ex. 21  - Honeywell Tardiness Policy

Ex. 22  - Honeywell Disciplinary Procedure Policy

Ex. 24 - Allied Signal, Inc. General Conditions of Employment

Ex. 25 - Memorandum for Record, dated 1/15/99

Ex. 27 - Certificate of Attendance at Honeywell Diversity Awareness,
            dated August 2000

Ex. 28 - Young Performance Summary 1999

Ex. 29 - E-mails among William Leyh, Ron Matthews, and Joe Webers

Ex. 30 - Memorandum of Incident on 9/28/00

Ex. 31 - Safety Incident  - 10/31/00

Ex. 32 - Report of Incident/Accident/Exposure - 6/24/02

Ex. 33 - Statement of Thomas Lavar re: Incident of 6/24/02

Ex. 35 - Performance Summary 2002

Ex. 37 - Developmental Counseling Form dated 3/19/03

Ex. 39 - Statement of Thomas Lavar dated 2/28/05

Ex. 41 - Written Warning dated 3/3/05

Ex. 42 - Memorandum on Tardiness dated 4/6/05

Ex. 43 - Jerry Temple's April '05 Update Note

Ex. 44 - Jerry Temple's Third/Fourth Quarter Update Note

Ex. 45 - Memorandum for Record by Thomas Lavar dated 1/25/00 (sic) (Note: Correct Date is 1/25/06)

Ex. 46 - Record of Counseling dated 1/26/06

Ex. 47 - Thomas Lavar Photographs of Plaintiff's Truck and Preventative Maintenance Tags

Ex. 48 - Memorandum dated 4/3/06

Ex. 50 (Portion only)

- Performance Evaluation Summary Report by Joe Webers

Plaintiff's Exhibits:

No. 1   - Termination Letter

| | |
|---|---|
| Tab B | Declaration of Kenneth Erickson |
| Tab C | Declaration of William Leyh |
| Tab D | Declaration of James Garrett |
| Tab E | Deposition of Kenneth A. Erickson |
| Tab F | Deposition of Jerry Temple |
| Tab G | Declaration of Thomas Lavar |

|       |       |                                                                                   |
|-------|-------|-----------------------------------------------------------------------------------|
|       | Tab H | Declaration of Sean Sparks                                                        |
|       | Tab I | Declaration of Calvin Flowers                                                     |
|       | Tab J | Honeywell - The Five Initiatives and 12 Behaviors - Checklist for Policies (2005) |
|       | Tab K | Electronic Tech Job Description                                                   |
| *     | Tab L | UNDER SEAL - Selected portions of Robert Hadley personnel file                    |
| *     | Tab M | UNDER SEAL - Selected portions of William Culpepper personnel file                |
| *     | Tab N | UNDER SEAL - Selected portions of Christopher Hines personnel file                |

*A *Motion for Leave to File Records Under Seal* has been filed with this Court. Following entry of an Order granting the same, the sealed records will be provided to the Clerk of Court, with a package also mailed to counsel of record.

     s/Sandra B. Reiss
Sandra B. Reiss (ASB-3650-S80S)
Ryan M. Aday (ASB-3789-A54A)
**OGLETREE, DEAKINS, NASH,**
  **SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: sandra.reiss@odnss.com
       ryan.aday@odnss.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of May, 2007, the foregoing Evidentiary Submissions in Support of Motion for Summary Judgment and Brief were filed via this Court's CM/ECF, with an electronic notice and copy served to Jeffrey W. Bennitt.

      The documents identified as "UNDER SEAL" are the subject of a *Motion for Leave to File Records Under Seal* filed simultaneously with this e-filing, and will be provided to the Court and counsel of record following this Court's ruling on the same.

      /s/Sandra B. Reiss
Sandra B. Reiss (ASB-3650-S80S)
Ryan M. Aday (ASB-3789-A54A)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: sandra.reiss@odnss.com
ryan.aday@odnss.com