ENTERPRISE HOSPITAL & NURSING HOME

COUNSELING FORM

Curley Young
NAME OF EMPLOYEE

Nursing
DEPARTMENT

5/12/92
DATE

SUBJECT AND EXPLANATION OF COUNSELING

Because you did not call or come in 5/10/92 - You are suspended for three days according to policy of this facility. 2nd time will mean termination.

DEFENDANT'S EXHIBIT 2  2/27/07  Young

EMPLOYEE COMMENTS

This is to certify that I have received counseling on the above described subject.

x Curley Young
SIGNATURE OF EMPLOYEE

Jean D. Mathies
SIGNATURE OF COUNSELOR

PERSONNEL