1st Written

# ENTERPRISE HOSPITAL and NURSING HOME

## COUNSELING FORM

Curley Young          NSG          11/20/92
NAME OF EMPLOYEE     DEPARTMENT      DATE

### SUBJECT AND EXPLANATION OF COUNSELING

Received report from sponsor who was visiting (father) on Nov 17/92 hall 3 stating that nurse was using phone in med. room and Mr. Young picked up on phone call at desk phone at Nsg station. Nurse ask Mr. Young to hang phone up and Mr. Young louded stated "Dam you can't tell me what to do, Hell if you think I'm job scared, you've got another thing coming. Sponsor states pts were sitting around desk and heard the cursing which was upsetting to himself and possibly the residents and very unprofessional.
                                                                Sponsor

### EMPLOYEE COMMENTS

DEFENDANT'S EXHIBIT 3  2/7/07 Young

This is to certify that I have received counseling on the above described subject.

Curley Young states that he understands that profanity is not acceptable in the work place. He states that form Smith LPN [?] Ms. Smith, he was not [?] subordinate under her.
                                                                M. [signature] PERSONNEL

Signature of Employee: Curley Young
Signature of Counselor: Jean N Mathis [?]