___ Verbal Warning    ___ 1st Written Warning    ___ 2nd Written Warning    ___ 3rd Written Warning    ✓ Termination

**DEFENDANT'S EXHIBIT**
4  2/27/07
Young

# ENTERPRISE NURSING HOME

## COUNSELING FORM

Name of Employee: Curly Young, CNA    Department: NSG    Date: 1-11-93

Insubordination.
Argumentative.
Refusal to follow

### SUBJECT AND EXPLANATION OF COUNSELING

instruction of supervisors:

From approx 9:55 till 10:15 P.M. Curly Young sat behind the Nurse's desk, with a gitar in his hand playing it, at this time I was trying to contact Dr Rhyne about a Resident that was sick, Curly & two other CNA's were standing at the desk talking loud, I ask them to be quiet that I was try to get a doctor on the phone, Curly replied, (you haven't got the doctor on the phone, so what's the problem. I then ask Curly, who was still sitting at the desk to get me some Vital Signs on a Resident, when he slammed the gitar on the desk and replied, why do I have to I'm not even taken care of him tonite, I then told him to forget, that I would get the vital signs, I went down to the Resident's room to get the vital signs when Curly came down there & said I'll do it, I to him no that I would. Curly then stated, fine be a _____ He stopped, I stated Curly what did you say? he stated you know what I talking about, I told him he needed to talk to Lisa

over

This is to certify that I have received counseling on the above described subject.

Refused to sign
Jean N. Mathias
Lisa Whitaker RN

Signature of Employee: _____

Signature of Counselor: Jean N Mathias

Signature of Administrator: Ann Cox