___ Verbal Warning   ___ 1st Written Warning   ___ 2nd Written Warning   ✓ 3rd Written Warning   ___ Termination

DEFENDANT'S EXHIBIT
6   2/27/07
Young

# ENTERPRISE NURSING HOME

## COUNSELING FORM

Name of Employee: Curley Young   Department: Nursing Service   Date: 8/14/93

### SUBJECT AND EXPLANATION OF COUNSELING

Curley was to work Hall 3 men, many of these men are incont. His rounds were not completed in a manner which would show concern for the residents. Between rounds he visited on Hall 2, I was aware that he was on Hall 2. However, between the hrs of 3 AM and 5 AM, he slept in a chair facing the Nurses Station on Hall 3. Poor job performance and failure to improve could result in termination.

I instructed Curley that he is to stay on the hall he is assigned except for his 30 min supper break and 2 15 min breaks NO exceptions!
L Whitaker RN   Witness L Clay LPN

### EMPLOYEE COMMENTS

Refused to sign

This is to certify that I have received counseling on the above described subject.

Witness Linda K Clay LPN

_____
Signature of Employee

Lisa Whitaker RN ADON
Signature of Counselor

Ann Cox
Signature of Administrator