___Verbal Warning  ___1st Written Warning  ___2nd Written Warning  ___3rd Written Warning  ___Termination

## ENTERPRISE NURSING HOME

**DEFENDANT'S EXHIBIT**
7  2/27/07
Young

### COUNSELING FORM

Curly Young _____  Nursing _____  10/23/93
Name of Employee          Department         Date

**SUBJECT AND EXPLANATION OF COUNSELING**

Subject: Insubordination

When employee was informed to move away from nsging station and not do homework. Employee stated "I'm doing syllabus not homework." I stated "It's not nursing home work tho." Employee closed notebook hastily & walked off saying "Yall don't have on your safety belts either." I asked him if he was getting an attitude, he said "no" but didn't see what harm he was doing. He said "Daisy lets them do it" "but I guess it depends on whose in charge at the time." I said "yes it does and since I'm here now there will be no standing at the desk or doing homework." Words was exchanged between he & I about our duties. He stated something about us (nurses) thinking of them (aides) as little peons. I said "no I don't think of yall as peons but I have a duty to do & I'm going to do it." He replied, "Yes you do think of us as peons." Employee was informed of his arguing was along the line of insubordination during our discussion. Continued unsatisfactory performance will result in additional discipline, suspension and/or termination.

**EMPLOYEE COMMENTS**

A. Daniels/Mathis

This is to certify that I have received counseling on the above described subject.

_____
Signature of Employee

Jean D. Mathias
Signature of Counselor

Ann Cox
Signature of Administrator