___Verbal Warning    ___1st Written Warning    ___2nd Written Warning    ___3rd Written Warning    *Suspension* / ~~Termination~~

DEFENDANT'S EXHIBIT
8  2/27/07
   Young

## ENTERPRISE NURSING HOME

### COUNSELING FORM

Curly Young _____ Nursing _____ 10/27/93
Name of Employee    Department    Date

**SUBJECT AND EXPLANATION OF COUNSELING**

Subject: Insubordination
After investigation and talking with you at length this am re: being insubordinate to your charge nurses - you are suspended for 3 days at the facilities convenience. Should there be any more write-ups for any reason it will be automatic Termination.

**EMPLOYEE COMMENTS**

This is to certify that I have received counseling on the above described subject.

*Curly Young*
Signature of Employee

*Jean N Mathias RN*
Signature of Counselor

*Ann Cox*
Signature of Administrator