POLICY ON ABSENCES/TARDIES

NAME: _Curley Young_

DATE OF NOTICE: _13 Jan 94_

DEFENDANT'S EXHIBIT 9 2/27/07 Young

Since July 1, 1993 you have been absent/tardy and accumulated these points __9__.

Enforcement of the facility personnel policy on absenteeism/tardies results in the following deciplinary action.

✓ _____ 9 points absences/tardies result in a Verbal Warning.

_____ 12 points absences/tardies will result in a First Written Warning.

_____ 16 points absences/tardies will result in a Final Warning.

_____ 20 points absences/tardies will result in Termination.

_Jean N. Mathias_
Department Manager

_____
Employee

_Ann Cox_
Administrator