Form BEN-8A
(REV. 1-91)

STATE OF ALABAMA
DEPARTMENT OF INDUSTRIAL RELATIONS
UNEMPLOYMENT COMPENSATION AGENCY
MONTGOMERY, ALABAMA 36131

NOTICE OF POTENTIAL CHARGE TO YOUR TAX RATING ACCOUNT

OP 250642 00

ENTERPRISE NURSING HOME
PARTIAL SUCC TO LT 133072 00
PO BOX 1220
ENTERPRISE AL 36331-1220

IMPORTANT NOTICE: All charges are final unless your reply is received within 15 days from date mailed (Item 6). See reverse side for instructions on completing this form.

COPY


DEFENDANT'S EXHIBIT
10  2/27/07
Young

| 1. Claimant's Name | 2. Social Security No. | 3. Off.-Co. | 4. Claim Date | 5. Date of Charge | 6. Date Mailed |
|---|---|---|---|---|---|
| YOUNG JR/CURLEY | ###-##-4413 | 37-82 | 03-20-94 | 05-10-94 | 05-10-94 |

| 7. Claim Based On Wages From All Claimant's Employers | 8. Base Period Wages Earned With You |
|---|---|
| From 10/01/92 To 09/30/93 | $13,046.01 |

The individual identified above was separated from employment and has filed a claim for unemployment compensation. The claim has been approved based on the reason for separation from the individual's last employment. As you are a former employer during the base period (Items 7 & 8), charges have been made to your tax rating account. All or part of the charges to your account may be removed if the individual quit your employ without good work-related cause or was discharged for misconduct connected with work. For separations under these conditions, submit copy 1 of this form completed in accordance with the instructions on the back of this page.

If the individual was not separated under one of the above conditions at any time after the "From" date in Item 7, no reply is needed, unless the individual received severance pay or a pension from you for any period after "Claim Date" in Item 4.

EMPLOYER RESPONSE:

9. Why Was Claimant Separated?
(A) Quit - Reason Given _____
(B) Discharged Because _Insubordination, Argumentative, Refusal to follow instruction of supervisor_
(C) Other _____
10. Last Date Worked: 01-11-94 (mm/dd/yy)
11. If claimant was paid severance pay or pension after date in Item 4, enter amount: $ _____
12. I certify that the above information is true and correct to the best of my knowledge

_Kay Parrish_     Personnel     5/20/94
Signature and Title of Company Representative      Date

COPY 1 -- RETURN THIS COPY TO THE ADDRESS ON THE REVERSE SIDE OF THIS FORM