1

# ∏⌐ TYLER EATON
### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1    TRANSCRIPTION OF TAPE-RECORDED

2    CONVERSATIONS

3    September 22, 2006

4

5

6    In Re:  Curly Young

**DEFENDANT'S EXHIBIT**

12 Young  2/27/07

7

8

9

10

11

12

13

14

15

16

17

18

19

20    REPORTED BY:  Teresa Turquitt Davis

21    Certified Court Reporter,

22    Registered Professional

23    Reporter and Notary Public

**ORIGINAL**

# TYLER EATON

### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1  TRANSCRIPTION OF SIDE A OF TAPE LABELED

2  CONVERSATION WITH THOMAS LAUAR, INSPECTOR,

3  AT HONEYWELL

4

5  MR. YOUNG:  Testing.  Who is

6  this?

7  (Dial tone.)

8  (Dialing phone number.)

9  (Busy signal.)

10  (Dial tone.)

11  (Dialing phone number.)

12  (Dial tone.)

13  (Dialing number.)

14  (Busy signal.)

15  (Dial tone.)

16  (Dialing number.)

17  (Phone ringing.)

18  UNIDENTIFIED FEMALE VOICE:

19  Hello.

20  MR. YOUNG:  Yeah, is Thomas

21  there?

22  UNIDENTIFIED FEMALE VOICE:

23  Yes.  One moment, please.

# TE TYLER EATON
### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

```
 1              (Tape noise.)
 2         MR. YOUNG:  Mr. Lauar?
 3         MR. LAUAR:  Yes, sir.
 4         MR. YOUNG:  What is up?  It's
 5    Curly.
 6         MR. LAUAR:  Hey, man.  What is
 7    going on?
 8         MR. YOUNG:  Not much, man.
 9    I've got a couple of questions for you.
10         MR. LAUAR:  Okay.
11         MR. YOUNG:  The decal on my
12    truck, man, did Ken instruct y'all to take
13    that off?
14         MR. LAUAR:  (Tape noise)
15    decal?
16         MR. YOUNG:  Yeah, the
17    registration decal.
18         MR. LAUAR:  (Tape noise) oh,
19    on your personal truck?
20         MR. YOUNG:  Yeah.
21         MR. LAUAR:  Oh, he ain't said
22    nothing to me about it.
23         MR. YOUNG:  (Tape noise) oh,
```

# TIE TYLER EATON
### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1    okay, because it got taken off and --

2            MR. LAUAR:  Who took it off?

3            MR. YOUNG:  That is what I'm

4    trying to find out.

5            MR. LAUAR:  Oh, gosh.

6            MR. YOUNG:  Yeah, tell me

7    about it.  I was trying to go out to

8    Rucker and noticed it was gone, man, and I

9    was like what the hell.

10           MR. LAUAR:  Yeah.

11           MR. YOUNG:  And it's supposed

12   to be turned in to the registration

13   person.

14           MR. LAUAR:  Yeah.

15           MR. YOUNG:  So I didn't know

16   if you had instructed --

17           MR. LAUAR:  No, I didn't know

18   anything about that.

19           MR. YOUNG:  Oh, okay.  Well,

20   y'all finally got me, man.

21           MR. LAUAR:  (Tape noise) you

22   living man.

23           MR. YOUNG:  Hey, man, I'm

# Ⅱ TYLER EATON

TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1   living good, man.  It ain't no big deal.

2        MR. LAUAR:  I heard you went

3   to work with (tape noise) project manager

4   thing.

5        MR. YOUNG:  Oh, shit.

6        MR. LAUAR:  (Laughter.)

7        MR. YOUNG:  No.  Hell, no.

8   I'm at Laurel Oaks back in nursing, man,

9   which I already-- I was getting that lined

10  up anyways.

11       MR. LAUAR:  Uh-huh.

12       MR. YOUNG:  I was just trying

13  to find out -- you always told me the

14  truth, man.  Why did Ken have such a hard

15  dick for me, man?

16       MR. LAUAR:  (Tape noise) okay,

17  okay, just before you got in (tape noise),

18  do you remember the incident on West

19  Permanent {phonetic} Road with the workers

20  (tape noise) out there?

21       MR. YOUNG:  Uh, you mean with

22  the --

23       MR. LAUAR:  Yeah.

One Federal Place  •  Suite 1020  •  1819 Fifth Avenue North  •  Birmingham, Alabama 35203
(205) 252-9152  •  Toll-Free (800) 458-6031  •  Fax (205) 252-0196  •

# ⅡE TYLER EATON

TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1      MR. YOUNG:  They were working
2  on the road?
3      MR. LAUAR:  Yeah, yeah.
4      MR. YOUNG:  Yeah.
5      MR. LAUAR:  Dude came to
6  control and (tape noise) to complain to
7  control about, you know, the incident
8  (tape noise) that was you.  (Tape noise) I
9  don't know if that triggered his decision
10  or whatever.  But (tape noise) like, you
11  know, he left his number and he called
12  them and he talked to them and (tape
13  noise) like got all belligerent with him
14  and everything.
15      MR. YOUNG:  No, that is not
16  how it was.
17      MR. LAUAR:  Okay.
18      MR. YOUNG:  The joker got
19  belligerent with me when I come around the
20  corner.
21      MR. LAUAR:  Oh, okay.
22      MR. YOUNG:  See, I went down
23  the tank trail.  He had the sign, I think,

# TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

```
1    way up there almost at the Tabernacle
2    Airfield.  Well, when I left that
3    afternoon, I went down the tank trail and
4    went all the way out gate 42, I think, it
5    was, and --
6            MR. LAUAR:  Curly?
7            MR. YOUNG:  Yeah.
8            MR. LAUAR:  Did you have any
9    of your family working at DOC, your mama
10   or --
11           MR. YOUNG:  Yeah, yeah.
12           MR. LAUAR:  Oh, they did?
13           MR. YOUNG:  Huh?
14           MR. LAUAR:  They did?
15           MR. YOUNG:  Did I have any of
16   my family working at DOC?
17           MR. LAUAR:  Yeah.
18           MR. YOUNG:  During what period
19   of time?
20           MR. LAUAR:  What period of
21   time?
22           MR. YOUNG:  My mother used to
23   work out there.
```

One Federal Place  •  Suite 1020  •  1819 Fifth Avenue North  •  Birmingham, Alabama 35203
(205) 252-9153  •  Toll Free (800) 458-6031  •  Fax (205) 252-2434

# TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1    MR. LAUAR:  He said his mother
2  used to work out there.  (Tape noise)
3  Barbara said she worked with your mom.
4    MR. YOUNG:  I think she did,
5  yeah.  That was a while back.  Yeah, Helen
6  Crittenden.
7    MR. LAUAR:  I think it was
8  like '80 --
9    MR. YOUNG:  Yeah, yeah, yeah,
10  Mom worked out there.  My mother did.
11    MR. LAUAR:  He said yeah, his
12  mom worked out there.  (Tape noise) that
13  is --
14    MR. YOUNG:  Yeah, but all this
15  was in the works prior to because --
16    MR. LAUAR:  Yeah, I think so.
17    MR. YOUNG:  There ain't no
18  doubt in my mind.  That was just something
19  that happened after the fact.
20    MR. LAUAR:  Right.
21    MR. YOUNG:  Because, you
22  know --
23    MR. LAUAR:  I figured you was

# TYLER EATON
### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1   holding, you know, (tape noise) like a

2   trump card or something.  I don't know,

3   man.

4              MR. YOUNG:  No.

5              MR. LAUAR:  You don't think

6   so?

7              MR. YOUNG:  Huh?

8              MR. LAUAR:  You don't think

9   so?

10              MR. YOUNG:  No, man.  I mean,

11   it's obvious -- do you remember when --

12              MR. LAUAR:  Oh, it was already

13   in the works.

14              MR. YOUNG:  Oh, yeah, it was

15   already in the works --

16              MR. LAUAR:  Okay.

17              MR. YOUNG:  -- because if you

18   listen to it in the meeting that we all

19   had --

20              MR. LAUAR:  Right.

21              MR. YOUNG:  -- it was about

22   the two mannequins.

23              MR. LAUAR:  Okay.

# ⅡⅬ TYLER EATON

### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1      MR. YOUNG:  (Tape noise) that
2  is what he had the -- you know, because it
3  was nothing mentioned about that truck --
4  I didn't know anything about that truck
5  deal.

6      MR. LAUAR:  Yeah, yeah, yeah.
7      MR. YOUNG:  That came after I
8  left.

9      MR. LAUAR:  Okay.  Okay.
10     MR. YOUNG:  But what I was
11 trying to find out is why he was always,
12 you know, picking on me out there.

13     MR. LAUAR:  I don't know.
14 (Tape noise) I think the first incident
15 was when he was with Bill and --

16     MR. YOUNG:  Oh, when they
17 cross-trained me over?

18     MR. LAUAR:  They came up on
19 you, and I don't know, they say you was
20 asleep or something, I don't know.  But I
21 think ever since then it's sort of like,
22 you know, he was --

23     MR. YOUNG:  He was --

# ⅡΕ TYLER EATON

### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1    MR. LAUAR: Always looking

2  out, you know, over his shoulder with you

3  or whatever.

4    MR. YOUNG: (Tape noise) yeah,

5  I know it because he's always having you

6  go out and check on me.

7    MR. LAUAR: Well, not

8  necessarily check on you.

9    MR. YOUNG: Well, what about

10  with the -- you know, the one incident

11  with the -- I know you did it because of

12  the -- because you told me that he -- you

13  did it by request when the cards went out

14  in the trucks for the -- you know, one was

15  on the reservoir and you put them out and

16  I asked you what was that out, and you

17  said I was instructed to do that.

18    MR. LAUAR: Oh, yeah, that was

19  (tape noise) Jerry. He assumed that, you

20  know, you wasn't performing your B-O-T-S

21  in the morning and basically just (tape

22  noise) just out there and then (tape

23  noise) filling the truck up without, you

# TYLER EATON
### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1   know, actually looking over the truck or

2   anything.  So he said well, plant -- you

3   know, go ahead and plant something out

4   there and see if you pick it up.

5              MR. YOUNG:  Right.  He's doing

6   that just on me, see.

7              MR. LAUAR:  Uh-huh.

8              MR. YOUNG:  Yeah, that is what

9   I thought.

10             MR. LAUAR:  Well, everybody

11  had something in there.

12             MR. YOUNG:  Yeah, because you

13  didn't want it to look like it was just

14  me.

15             MR. LAUAR:  Right, right.

16             MR. YOUNG:  But Jerry

17  instructed you to put it out on me, didn't

18  he?  I thought so.

19             MR. LAUAR:  Yeah.

20             MR. YOUNG:  Yeah.  I was just

21  curious, man.  Because, you know, as far

22  as the overall work performance now, I

23  mean, why didn't they ever put that in

# TYLER EATON

TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1    the -- in my C-I-S?  You know, it was

2    never bad in the C-I-S. It was always, you

3    know, maybe one thing, but I was always

4    above standard.  But yet, you know, here

5    in the last three to six months --

6              MR. LAUAR:  Right.

7              MR. YOUNG:   -- they started

8    nitpicking and, you know, writing -- Jerry

9    is writing up a minute late, you know,

10   which is a crock.

11             MR. LAUAR:  I think he was

12   running any infraction or any incident

13   that was, you know, out of what was

14   supposed to be, he was documenting it, I

15   believe.

16             MR. YOUNG:  Who, Jerry?

17             MR. LAUAR:  Yeah.

18             MR. YOUNG:  Yeah, I know he

19   was.

20             MR. LAUAR:  Yeah.

21             MR. YOUNG:  Yeah, because

22   Jerry and I -- you know, when that

23   incident where he drummed up that stuff

One Federal Place  •  Suite 1020  •  1819 Fifth Avenue North  •  Birmingham, Alabama 35203
(205) 252-9152  •  Toll-Free (800) 458-6031  •  Fax (205) 252-0196

# TYLER EATON

TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1  with the grounds?

2          MR. LAUAR:  Right.

3          MR. YOUNG:  You know, I told

4  him then, I said look, you know, if you

5  have got a problem with my performance,

6  you need to go ahead and terminate me.

7  And his statement was all right, and that

8  is when he came to you and wrote that

9  statement up.  Do you remember?

10          MR. LAUAR:  I remember.

11          MR. YOUNG:  Well, he's --

12  between him and the grounds down there,

13  they conjured up all that dang BS to begin

14  with and then it went on out in the field.

15              And then Pat got it where it

16  was violence in the workplace, which I

17  don't know where that came from.

18          MR. LAUAR:  (Laughter.)

19          MR. YOUNG:  I mean, come on.

20          MR. LAUAR:  (Laughter.)

21          MR. YOUNG:  You know what I am

22  saying?

23          MR. LAUAR:  They said you was

# TYLER EATON
### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1  going to kick their ass or something.

2        MR. YOUNG:  No, man, that

3  ain't what was said.  You know, all was

4  said was, you know, I got out and told him

5  what had happened with Jerry.

6        MR. LAUAR:  Yeah.

7        MR. YOUNG:  All right.  And,

8  you know, I said look, you know, I don't

9  know, I know how Jerry is, I just want to

10  know did you guys say that I didn't do any

11  work in cut.

12        Pat goes no, no, let me tell

13  you what happened.  Jerry always comes up

14  at the last minute and he wants us to go

15  down here and change our plans and we just

16  ain't doing it, you know.  I said well, I

17  just wanted you to know that if, you know,

18  you all said that, I told Jerry y'all are

19  a bunch of lying mother fuckers is what I

20  told you.

21        MR. LAUAR:  Right.

22        MR. YOUNG:  I said but if you

23  didn't say that, you know, I'm offering

# ⅡⅬⅬ TYLER EATON
#### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1  you an apology.  But I want you to know

2  that is what I told Jerry.  No, we didn't

3  say that.  You know, all of them were down

4  there.  No, man, that ain't what was said.

5  You know, and they went on about that.

6              And I said well, I'll tell you

7  like this, you know, I'm 320 pounds and

8  46 years old, I can hang with the best of

9  you guys, you know, weed eating, and that

10  is what I said.

11              MR. LAUAR:  Uh-huh.

12              MR. YOUNG:  Now, where I could

13  kick their ass at, I don't know where that

14  came up.  But, see, when it all came down

15  to the nut-cutting --

16              MR. LAUAR:  Uh-huh.

17              MR. YOUNG:  I told Pat -- you

18  know, Ken had me up for termination then.

19              MR. LAUAR:  Oh, really?

20              MR. YOUNG:  Yeah.  He had -- I

21  went in to sign the pay -- I went in and

22  he threw this paper down at me and says

23  this is for -- you know, you are going up

# TYLER EATON

TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1   for termination, you can rebut it, I have

2   already talked to HR, but, you know, this

3   is violence in the workplace, we ain't

4   having it, I have got two statements,

5   yack, yack, yack.

6           And I said, man, I didn't say

7   that, you know.  And he's like well, I

8   have got two signed statements, you know,

9   you are going up.

10          And I said look, I'll tell you

11  what you do, I said you call Jimmy Hines

12  in here and you ask him.  If he says I

13  said what you say I did would threaten

14  him, I'll give you my resignation.

15          MR. LAUAR:  Right.

16          MR. YOUNG:  Ken goes all

17  right.  So he calls him in there, and

18  Jimmy tells him no.  Jerry stands up and

19  goes oh, no, wait a minute, now, you know,

20  Jimmy is a pretty big boy, he wouldn't

21  feel threatened, ask some of them -- the

22  little guys.

23          MR. LAUAR:  Uh-huh.

# ℡ TYLER EATON

### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1          MR. YOUNG:  So he says all

2    right, call them in.  Well, they called

3    Chris in there.  Chris, come to find out,

4    was one of the ones that signed that

5    statement.  Well, they asked Chris and

6    Roger did that happen and were they

7    threatened, and they said no, that ain't

8    what happened and I didn't feel

9    threatened.

10          So Ken is standing there with

11    his paper looking at -- looking

12    dumbfounded, you know.  So Ken goes well,

13    I guess there ain't nothing to this.  You

14    know, this is bogus.  And I said so it's

15    over, and he said yeah, as far as I'm

16    concerned, this is over.

17          Well, Jerry and Roger then

18    started getting into it because Jerry

19    tried to say that the grounds started the

20    shit.  And Roger told him he was full of

21    shit and that he needed to quit lying.  So

22    they were getting into a

23    knock-down-drag-out out in there.

# TLE TYLER EATON

TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1    MR. LAUAR:  Uh-huh.

2    MR. YOUNG:  But, I mean that

3    is where in my -- where Ken -- he got

4    showed up right there because they proved

5    him.  Then corporate got into it because I

6    called -- yeah, you gave me the number

7    after that.

8    MR. LAUAR:  Uh-huh.

9    MR. YOUNG:  And I called

10   Carol.  Well, because of the nature of the

11   allegation, corporate had to get involved.

12   Well, they launched an

13   independent review on that deal and took

14   two weeks to get that back.

15   Well, when they came down, Jim

16   Garrett and Carol, that is when they told

17   me the findings that there was nothing to

18   it, won't nothing be in your file, you

19   know, we apologize and, you know, Ken

20   doesn't have the authority to fire you,

21   not like that.

22   And I said well, that is what

23   he was doing.  And she goes well, no, he's

# TE TYLER EATON
#### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1  got to go through HR.  So that is when Ken

2  started drumming up -- every time you

3  turned around, he was documenting or

4  drumming up something to get rid of me,

5  and that is where he was going to show me

6  because he had made the statement in there

7  on the grounds that he don't get mad, he

8  gets even.

9          MR. LAUAR:  Hum.

10         MR. YOUNG:  And this is what I

11 figure has happened.  But, you know, it's

12 all for the better, as far as I'm

13 concerned.  You know, I needed to get back

14 in nursing anyways.

15         MR. LAUAR:  You doing all

16 right then?

17         MR. YOUNG:  Well, yeah.  You

18 know I was ready to go anyways --

19         MR. LAUAR:  Uh-huh.

20         MR. YOUNG:  -- because, you

21 know, I couldn't take too much more of the

22 BS because it was ridiculous.  Every time

23 I turned around, I was violating -- you

# TE TYLER EATON
### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1   know, saying I was violating a policy

2   when, you know, Chris and Calvin, they

3   cost the company award fee money.  I never

4   once cost award fee money.

5              MR. LAUAR:  Right.

6              MR. YOUNG:  You know, but yet

7   they want to say I'm violating policies.

8   But, you know, I never did -- you know,

9   through the whole time I was there, I

10  never cost the company any money on the

11  award fee.

12             MR. LAUAR:  Uh-huh.

13             MR. YOUNG:  So why do I get

14  nailed?  Well, it's obvious.  Ken had it

15  up for me.  So -- but I thought maybe you

16  had some insight as to why he actually had

17  it, but --

18             MR. LAUAR:  No, no.

19             MR. YOUNG:  (Tape noise) I

20  mean, he just was pretty hard.  And for

21  him to say two mannequins, you know, that

22  is ridiculous, man.

23             MR. LAUAR:  Yeah.

# ᴛᴇ TYLER EATON

TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1    MR. YOUNG:  And you know it

2    is.

3    MR. LAUAR:  Yeah.

4    MR. YOUNG:  Because, you know,

5    you took thirty-five up there and never

6    posted them into the books.  But yet he's

7    saying there is two miscounted for --

8    MR. LAUAR:  Uh-huh.

9    MR. YOUNG:  -- and he's going

10    to terminate me on an inaccurate

11    accountability of government -- now, what

12    kind of shit is that?  So, you know -- you

13    know what I'm saying?

14    MR. LAUAR:  I thought you -- I

15    thought I told you to (tape noise) post

16    those the ones that was outside the (tape

17    noise) up there in the shed.  I thought I

18    told you to post them.

19    MR. YOUNG:  You put them up

20    there for about -- they were up there

21    for -- I wasn't even here that week.

22    MR. LAUAR:  Uh-huh.

23    MR. YOUNG:  So you had already

# ⅡE TYLER EATON
### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1  had them posted in -- I mean, up there at

2  the place.

3          MR. LAUAR:  Right.

4          MR. YOUNG:  And then when I

5  came back, I -- you mentioned it to me

6  that you had put some up there, I think.

7          MR. LAUAR:  Right.

8          MR. YOUNG:  But I didn't know

9  when, because I was out that week.  You

10 were up there doing something at MPMG and

11 you took them up there.

12         MR. LAUAR:  Yeah, I was --

13         MR. YOUNG:  I think I was on

14 my suspension week during that time maybe.

15         MR. LAUAR:  Right.

16         MR. YOUNG:  And, you know, but

17 you had them up there for probably three

18 or four days before you told me.  Because

19 at one time, you had mentioned to me that

20 you were going -- we were going to do

21 something with them, but they had the

22 holes in them.

23              And then the next thing I knew

# ⊓E TYLER EATON

### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1   is you had -- you come back later on and
2   told me that -- I think you might have
3   went out there and did some work or --
4            MR. LAUAR:  Yeah, I was
5   putting the ones that was damaged out in
6   the field.
7            MR. YOUNG:  That is right
8   because you told me you put two or three
9   of them out there in the field.
10            MR. LAUAR:  I put, I think, a
11   lot of them, you know, in certain areas
12   that were sagging and broken.
13            MR. YOUNG:  Right, that is
14   right.
15            MR. LAUAR:  And I documented
16   those.
17            MR. YOUNG:  Right.
18            MR. LAUAR:  And then I told
19   you to go ahead and (tape noise) post the
20   rest of them to your P-O.
21            MR. YOUNG:  Okay.  Well, that
22   is what I was getting at is when I was
23   talking to him, he was trying to get me

# ⅡE TYLER EATON

### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1  for two of them not being accurate

2  accountability, which there is no limit

3  that is being posted as far as when they

4  had to get in there, just in a reasonable

5  time, you need to get them posted.

6          MR. LAUAR:  Right.

7          MR. YOUNG:  Okay.  Well, you

8  know, all I was saying with you is that

9  you have put them up there and it was

10  three to four days before they got posted.

11          MR. LAUAR:  Right.

12          MR. YOUNG:  Okay.  You know,

13  but you put them in there, you could have

14  posted them to the book up there.

15          MR. LAUAR:  Well, nobody else

16  has a key but -- you know, but you.

17          MR. YOUNG:  Yeah, but you put

18  them in the building.  I didn't.

19          MR. LAUAR:  Naw, I --

20          MR. YOUNG:  You went back

21  later on --

22          MR. LAUAR:  I didn't put them

23  in the building.

One Federal Place  •  Suite 1020  •  1819 Fifth Avenue North  •  Birmingham, Alabama 35203
(205) 252-9152  •  Toll-Free (800) 458-6031  •  Fax (205) 252-0196  •  www.TylerEaton.com

# ⊫ TYLER EATON
### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1   MR. YOUNG: Wait, I know what

2   happened. You put them up there and they

3   were outside for a long time.

4   MR. LAUAR: Right.

5   MR. YOUNG: And then you went

6   back later on and put them inside the

7   building, didn't you?

8   MR. LAUAR: Somebody else may

9   have put them in there. (Tape noise) it

10  wasn't me.

11  MR. YOUNG: (Tape noise) I

12  wonder who it was.

13  MR. LAUAR: (Inaudible) (tape

14  noise).

15  MR. YOUNG: I remember that,

16  now.

17  MR. LAUAR: Yeah. (Tape

18  noise). It wasn't me. You know, I

19  remember telling you to post them to your

20  P-L-L as sod and --

21  MR. YOUNG: Well, I'll tell

22  you something else, you know, even though

23  they were telling me to post it, no one

# TYLER EATON
### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1   really told me -- you know, I had to come
2   back to you.
3                    MR. LAUAR:  Right.
4                    MR. YOUNG:  And say, hey, man,
5   where is it getting put into the database
6   at?  Because even though we are posting
7   them and putting them -- when I go in and
8   document that I had them -- I had done
9   them on a location, the count was coming
10  off because they were never initially
11  inputted.  You know, like the thirty-five,
12  you know, they had to be -- you had to
13  bring up by bin number and then add that
14  R-T-N; is that what it was?  Do you know
15  what I am talking about?
16                   MR. LAUAR:  Uh-uh.
17                   MR. YOUNG:  You know when I
18  put thirty-five in, I have to bring it up
19  by the bin number and then add it back to
20  the total number that is being used.  Then
21  you will have an accountability for that
22  usage.  You know what I'm saying?
23                   MR. LAUAR:  Oh, yeah.

One Federal Place  •  Suite 1020  •  1819 Fifth Avenue North  •  Birmingham, Alabama 35203
(205) 252-9152  •  Toll-Free (800) 458-6031  •  Fax (205) 252-0196

# TYLER EATON

TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1    MR. YOUNG: And, see, no one
2    had told me that shit.
3    MR. LAUAR:  Right.
4    MR. YOUNG:  But that is how --
5    you know, the first time that I was told
6    that that is what needed to be done was
7    when you did it.  So, therefore, all those
8    times when I was -- I would take
9    thirty-five out to CPQC, take so many out
10   to MPMG, they never got put into the
11   database as out there to be taken off.
12   You know what I'm saying?
13   MR. LAUAR:  Right.
14   MR. YOUNG:  They were being
15   documented on a 3318 out on the field.
16   But when you come back to the database,
17   those thirty-five were never inputted
18   into -- and so there at the end that last
19   week I was there, I kind of caught that
20   and I started trying to remember when I
21   put the thirty-five out so I could go
22   back.  Because, like I said, you were the
23   first one that showed me that I was

# ℡ TYLER EATON
### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1   supposed to put -- where to -- how to put

2   them back into the database.

3            MR. LAUAR:  Right.

4            MR. YOUNG:  And -- but it's

5   probably messed up now anyways, but I

6   don't know.

7            But anyways, I just wanted to

8   drop a line and see if I could get some

9   closure to why he had such a hard penis

10  for me.

11           MR. LAUAR:  (Laughter.)

12           MR. YOUNG:  I know Jerry did,

13  you know, that is just -- me and Jerry

14  been on that on -- for a long time on the

15  outs and he put it in to get me any way he

16  could, I already knew that.  But I had

17  tried to battle it.  But, you know, so be

18  it (tape noise).

19           MR. LAUAR:  I've got to go put

20  this damn bread in the oven, man.

21           MR. YOUNG:  Oh, you cooking,

22  man?

23           MR. LAUAR:  Yeah.

# TYLER EATON

### TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

1          MR. YOUNG:  (Tape noise) all

2     right, man.  I just wanted to drop it,

3     but --

4          MR. LAUAR:  Okay.

5          MR. YOUNG:  All right.  You

6     take care, dude.

7          MR. LAUAR:  All right, man.

8          MR. YOUNG:  All right.  Later.

9          MR. LAUAR:  All right.

10

11          END OF RECORDING ON SIDE A

12

13

14

15

16

17

18

19

20

21

22

23