November 21, 1997

Curley Young Jr.

Enterprise, Al 36330



DEFENDANT'S EXHIBIT 15  2/27/07) young

Curley:

AlliedSignal's vision is to be one of the world's premier companies, distinctive and successful in everything we do. Our primary goal is to exceed our customer expectations by delivering competitive, quality products and services on time, every time.

This is an aggressive goal which can only be attained by recruiting and developing a talented workforce. AlliedSignal wants individuals who bring a diverse perspective to our business challenges, yet share our common values: customers, integrity, people, teamwork, speed, innovation, and performance. This combination - diverse perspectives and common values - will foster an innovative workforce with a common direction.

Through our assessment process, we believe you possess the technical knowledge and common values that will enhance the quality of our workforce. For that reason, we are pleased to offer you the position of Maintenance Trades Helper with AlliedSignal Technical Services reporting to James Hodges at a rate of 11.59 per hour. The attachment delineates the specifics of the position and conditions of employment.

AlliedSignal is in a unique position to offer employees opportunities to diversify their careers because of our myriad customers, markets, products and locations. These opportunities are enhanced by the organization's belief that we must grow our people to grow our business. In the end, it is committed employees who satisfy customers and realize our strategic objectives.

Please review the attached conditions of employment, indicate your decision on the second page, and return it in the enclosed envelope. If you have any questions, feel free to contact me at 598-8858. We hope that you will evaluate our employment offer favorably as we believe there is a strong match between your career interests and our opportunities.

Sincerely,

James Hodges
Acting Program Manager