

DEFENDANT'S EXHIBIT
17  2/27/07
young

## ACKNOWLEDGEMENT

I hereby acknowledge that I have received the Employees Handbook of the AlliedSignal Technical Services Corporation.

_Curley Young JR._
(Print Name)

_93787_      _0261_
(Employee or ID. No.)    (Location)

_Curley Young Jr._     _12/01/97_
(Signed)             (Date)

This acknowledgement must be completed, signed and returned to the Employee Relations Department, Columbia, MD, 21045-1897