# honeywell



DEFENDANT'S EXHIBIT 18  2/27/07  Young

Date:         March 15, 2006

From:        Kenneth A. Erickson – Project Manager

Subject:    Honeywell -The Five Initiatives and 12 Behaviors
             Fort Rucker Site Policies # 06-01 - # 06-09

The PDS Program allows for a more concise way of measuring and documenting an employee's job performance. During your face-to-face meeting with your section supervisor and myself you will receive the following:

- ☑ 2005 (PDS) Performance Development Summary
- ☑ Finalization of 2005 Goals
- ☑ 2006 Goal Summary Roll-out and discussion
- ☑ Verbal overview of Fort Rucker site policies # 06-01 - # 06-09
- ☑ # 06-01 – Vacation Leave / LNP-G / LNP-P Policy
- ☑ # 06-02 – Paid Absence Allowance (PAA) Policy
- ☑ # 06-03 – Contract Vehicle and Tool Security Policy
- ☑ # 06-04 – Range Safety Briefing Policy
- ☑ # 06-05 – PMCS – Vehicle and Equipment Maintenance Policy
- ☑ # 06-06 – Equipment Facility (SOP) Standard Operating Procedure
- ☑ # 06-07 – Standard Work Schedule / Comp Time / Tardiness Policy
- ☑ # 06-08 – Lock Out Tag Out Policy
- ☑ # 06-09 – Disciplinary Action Policy
- ☑ Honeywell's "The Five Initiatives and 12 Behaviors" on which your PDS / Goals are based
- ☐ Reference Guide – New Grading System on PDS Form
- ☐ Individual Topic:_____
- ☐ Individual Topic:_____
- ☐ Individual Topic:_____
- ☐ Individual Topic:_____
- ☐ Individual Topic:_____

By signing this document I am acknowledging that I have received the above information as part of my annual performance review. My Project Manager and section supervisor provided me with both verbal and written counseling regarding site Policy # 06-01 through # 06-09.

Employee – Print Name: _Curley Young JR._

Employee – Signature: _Curley Young Jr._

Section Supervisor – Print Name / Signature: _Jerry Temple / Jerry S. Temple_

Project Manager – Kenneth A. Erickson: _Kenneth Erickson_