**DEFENDANT'S EXHIBIT**
19  2/27/07
young

POLICY NO. 06-03                                              # Honeywell

Honeywell Technology Solutions, AQRC Bldg 24309, P.O. Box 620550, Ft. Rucker, AL 36362, Phone: 334.598-8858, Fax: 334.598-5037

Date: 23 February 2006

To: Employees affected by contract DABK 31-03-C-0001 Fort Rucker, AL

From: Kenneth A. Erickson, Project Manager

Subject: Contract Vehicle and Tool Security Policy

## I. PURPOSE:

The purpose of this policy is to be in compliance with Paragraph 3-5 Army Relation 190-51 and Paragraph 3-22 Army Regulation 190-51.

## II. POLICY:

Contract vehicles will be locked and secured at the end of each workday. Pickup trucks will be parked in the Pole Barn / Range Maintenance Yard as assigned with truck cab and toolboxes locked. Locally fabricated, lockable racks that, when locked, prevent toolbox lids from being opened or individually placed larger tools from being removed. Backhoes and dozer will have operator stations, instrument panels, and cabs locked where applicable. Dump trucks will continue to be parked in the Range Maintenance yard with cabs locked (unless staged at a particular gate for the next day's mission). ~~All equipment will have drip pans properly placed to prevent any environmental hazard.~~

## III. RESPONSIBLITIES:

*Employees* are responsible for securing their vehicles in accordance with AR 190-51.

*Supervisors:* are responsible for performing random checks to insure compliance and counseling employees who fail to meet compliance.

*Management* is responsible for performing random checks to insure compliance and counseling is being conducted.

Kenneth A. Erickson
Project Manager