POLICY NO 06-05

# Honeywell

Honeywell Technology Solutions, AGRC Bldg 24309, P.O. Box 620550, Ft. Rucker, AL 36362, Phone: 334.598-8858, Fax: 334.598-5037

Date:  23 February 2006

To:  Employees affected by contract DABK 31-03-C-0001 Fort Rucker,

From:  Kenneth A. Erickson, Project Manager

Subject:  PMCS - Vehicle and Equipment Maintenance

DEFENDANT'S EXHIBIT
20  2/27/07
Young

## I. PURPOSE:

The purpose of this policy is to ensure compliance with Maintenance requirements for vehicles and equipment.

## II. POLICY:

1. An operational check of all vehicles will be conducted at the beginning and at the end of each shift. Checks shall include all fluid levels, tires, brakes, lights, toolboxes, external or internal damage to the equipment. Any deficiency discovered on the operational checks that effect the safe operation of the motor vehicle shall be reported to the shift supervisor immediately. Operator of the motor vehicle must annotate all deficiencies on pre-trip and post trip inspection log that is associated with the vehicle that they are operating. While vehicles are being inspected during Post-trip and Pre-trip shall be locked out. The person conducting the inspection will accomplish this by placing vehicle ignition switch keys on his/her person.

2. All safety requirements identified in the safety policy letter 06-04 will be adhered to.

3. Associates operating motor vehicles must obey all state and federal laws while operating motor vehicles. Any violation of State and Federal Law will jeopardize the associate's employment with Honeywell, which may result in termination of employment.

4. Associates will not ride on the side rails, toolboxes or tailgates of the truck at any time. Unless otherwise directed, no employees will be transported in the rear of pick up truck. If a task dictates transportation of employees in the rear of a vehicle (Burn Plan), employees will be seated in the floor of the cargo area.

5. All vehicles with 4-wheel drive capabilities will be operated in four wheel drive when conditions are warranted, such as terrain which requires 4-wheel drive. Vehicles will be operated only in areas and on surfaces authorized by the scope of work being performed.

6. All vehicles will have oil changes and chassis lubrication as necessary.

7. Interior/exterior (to include toolboxes of vehicles) will be free of garbage at the end of each shift. For example, NO vehicle will be left by the operator at the end of the shift with drink bottles, candy wrappers, or discarded work material on the interior, or exterior of the vehicle.

Floorboards and cargo area of vehicles will be free of mud, dirt, and grime at the end of each shift. All discarded trash shall be placed in the proper container. For example, oily rags must go into the rag drum, used parts must go to the used parts bin, and other non-environmentally hazardous trash can be placed in trash receptacles. Shift supervisors will inspect and assure that the vehicles are cleaned, fueled and stocked for the next shift or business day.

8. All repairs or maintenance to vehicles will be logged on a 2407 with a work order number, signed off and inspected by the vehicle operator.

9. Air conditioning in vehicles must not be operated in slow or idle driving conditions, such as driving down range performing maintenance checks on equipment or idling with air conditioning on while maintenance is being performed.

10. Vehicles must not be left idling unattended at any time. (This includes vehicles in the bay area of the shop).

11. Vehicles shall be inventoried daily along with post trip and pre-trip inspections. Replacement parts will be requested through the supervisor of the operator of the vehicle. Minimal inventory balances shall correspond with the inventory that has been assigned to each vehicle. The assigned operator will be responsible for inventories and vehicle disposition.

12. Vehicles will not be parked in the ROW – right-of-way - of the road in front of the Honeywell Shop. The vehicles will be parked in a valid parking slot and secured prior to the employee leaving the vehicle.

## III. RESPONSIBLITIES:

*Operators* are responsible for Pre-trip and Post-trip inspections. They are also responsible for securing their vehicles in accordance with AR 190-51.

*Supervisors:* are responsible for performing random checks to insure compliance and counseling employees who fail to meet compliance.

*Management* is responsible for performing random checks to insure compliance and counseling is being conducted.

Kenneth A. Erickson
Project Manager