DEFENDANT'S EXHIBIT
22  2/27/07 Young

DEFENDANT'S EXHIBIT
21  2/27/07 Young

POLICY NO 06-07                                **Honeywell**

Honeywell Technology Solutions, AGRC Bldg 24309, P.O. Box 620550, Ft. Rucker, AL 36362, Phone: 334.598-8858, Fax: 334.598-5037

Date: 23 February 2006

To:   Employees affected by contract DABK 31-03-C-0001 Fort Rucker, AL

From: Kenneth A. Erickson, Project Manager

Subject: Standard Work Schedule / Comp Time / Tardiness

## I. PURPOSE:

The purpose of this policy is to provide all employees with guidelines on the standard work schedule here at the Fort Rucker, AL site. Employees are limited to working an eight (8) hour day in support of Contract DABK 31-03-C-001. Limiting an employee's workday to eight hours allows for the employee to be more productive and provides time for rest before the employee returns to the site to resume the next day's duties. <u>Any deviation from the mandated eight (8) hour workday requires prior approval from the Project Manager. All employees are required to document the actual hours that they work on HTSI timesheets. It is prohibited for any HTSI employee to work "off the clock" here at the Fort Rucker, AL site.</u>

## II. STANDARD WORK SCHEDULE:

- Standard Work Schedule – Monday through Friday and eight (8) hours per day.
- Exempt employees (Sr. Operations Technician and Facilities Maintenance Supervisor) shall limit workday to eight (8) hours and when the mission requires the accrual of Comp Time the employee must secure prior approval from the Project Manager to work over eight hours per day.
- Supply – employee shall limit workday to eight (8) hours and work Monday through Friday.
- Administrative Secretary – employee shall limit workday to eight (8) hours and work Monday through Friday from 0800 until 1630.
- Range Operations – employees shall limit workday to eight (8) hours and work Monday through Friday. Working Saturday and / or Sunday requires prior approval from the Project Manager.
- Range Maintenance - employees shall limit workday to eight (8) hours and work Monday through Friday. Shift times are from 0600 until 1430.
- Grounds Maintenance - employees shall limit workday to eight (8) hours and work Monday through Friday. Shift times are from 0600 until 1430.
- EOD Technicians – works as the mission requires.
- Firing Desk (Safety Inspector / Shift Leader) - employees shall limit workday to eight (8) hours per day. The Firing Desk is manned 24-hours per day and seven (7) days a week – Shift 1 / Shift 2 / Shift 3.
- RCS Operator – works as the mission requires but limited to working an eight (8) hour day.

### III. COMP TIME ACCRUAL BY EXEMPT EMPLOYEES:

The Sr. Operations Technician and Facilities Maintenance Supervisor must secure approval from the Project Manager prior to accruing any Comp Time. Comp Time accrual will be allowed as the mission requires however it shall not be commonplace.

### IV. TARDINESS:

It is important that employees arrive on time and are ready to work before their scheduled start time.

- Employees who arrive late for and / or leave early from their regularly scheduled shift will be required to secure approval from both the section Supervisor and Project Manager to make-up the time. The Project Manager will address each incident on a case-by-case basis.
- Each instance of tardiness will be documented via a written warning, which will become a permanent record in the employee's personnel file. The actual hours worked by the employee will be properly documented on his / her timesheet. In the event that the employee's tardiness is not excused and he / she is not allowed to make up the time it is imperative that the time be documented on the timesheet as LNP-P – Leave No Pay Personal. Employees are subject to disciplinary action if they exceed more than two (2) excused / unexcused tardy incidents in a 3-month period. Deviation from this policy will be deemed excessive and the employee will be subject to immediate disciplinary action and / or possible termination.
- A _late arrival_ is defined as employees arriving 1-30 minutes after start of scheduled shift time. Late arrival greater than 30 minutes is not subject to make-up.
- An _early leave_ is defined as employees leaving the site 1-30 minutes prior to the end of scheduled shift time. Early leave greater than 30 minutes is not subject to make-up.
- Employees who will be late or leave early must contact a section Supervisor or the Project Manager to advise of the reason for his / her tardiness. It is at the discretion of the section Supervisor and Project Manager to deem the reason for tardiness as excused or unexcused. The employee will not be allowed to make-up his / her time for any unexcused reason for tardiness.

### V. RESPONSIBILITIES:

_Employees_ are responsible for following this policy.

_Supervisors_ are responsible for performing random checks to insure compliance and counseling employees who fail to meet compliance.

_Management_ is responsible for performing random checks to insure compliance and counseling is being conducted.

*Kenneth A. Erickson*
Project Manager