## Memorandum for Record

**Date:** January 15, 1999
**Associate:** Robert B. Murphy
**Title:** Alternate Project Manager



On January 14, 1999, James L. Hodges observed Curley Young arrive at work driving a car with an expired, out of state license plate. Having previously warned Mr. Young that driving an uninsured, unlicensed vehicle violates ATSC policy, state law, and Fort Rucker military regulations, Mr. Hodges asked Mr. Young for proof of registration and insurance.

Mr. Young acknowledged that car was unlicensed and uninsured. He then proceeded to accuse Mr. Hodges of singling him out for policy infractions.

Mr. Hodges called Rodger Singletary (Range Tech Supervisor), Ricky Hornsby (Grounds Maintenance Supervisor), and me into his office. Jim Deloney (Crew Chief) and several other associates observed Mr. Young in the admin office standing in very close proximity to the Project Manager's door for a period of five minutes.

On January 15, 1999, Hr. Hodges called Mr. Young, Mr. Deloney, and me into his office.