# Honeywell Technology Solutions, Inc.

Presents

This Certificate To

**Curley Young, Jr.**

In Recognition Of Successful Completion Of

## Diversity Awareness

**Honeywell**

August 2000

Franklin W. Shap
Facilitator

Myra A. Dorsey
EEO/Diversity Specialist

**DEFENDANT'S EXHIBIT**

27   2/27/07
Young