# Honeywell

## Continuous Improvement Summary

Employee Name: Curley Young, Jr.
Social Security Number: 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

MAR 15 2000

### Performance Summary

*Performance Highlights and Targets Missed and Development Plan*
- Ensured the AGRC was 100% operational for all firing periods
- Achieved safety goal of no reportable accidents
- Built bracket for replacement of rectifier assembly in LJB-L box with a cost savings of $300 each.
- Engineered new modem panel retainer chip
- Engineered safety cover for power block inside LJB-L
- Gained a greater attitude for the overall vision of the Gunnery Range contract
- Completed TQ I & II training
- Completed DS/GS training on the Electric Armored Moving Target Carrier

### Success Attributes and Behaviors

| | EX | AS | ND | NA |
|---|---|---|---|---|
| Business Acumen | ☐ | ☐ | ☐ | ☐ |
| Customer Focus | ☐ | ☒ | ☐ | ☐ |
| Vision and Purpose | ☐ | ☒ | ☐ | ☐ |
| Values and Ethics | ☐ | ☒ | ☐ | ☐ |
| Bias for Action | ☒ | ☐ | ☐ | ☐ |
| Commitment | ☒ | ☐ | ☐ | ☐ |
| Teamwork | ☐ | ☐ | ☐ | ☐ |
| Innovation | ☐ | ☒ | ☒ | ☐ |
| Developing People | ☐ | ☐ | ☐ | ☐ |
| Performance | ☐ | ☒ | ☐ | ☐ |
| Technical Skills | ☐ | ☐ | ☒ | ☐ |

EX = Exceeds Standard    AS = At AlliedSignal Standard
ND = Needs Development   NA = Not Applicable

### Capabilities Summary

*Strengths*
- Makes efforts to support goals of the program
- Bias for action - always looking for improvements
- Flexible to meet changing work requirements
- Reliable to meet the needs of program goals
- Supports change and embraces new ideas
- Always looking for new innovative ideas for simplification of work task

*Development Needs*
- Develop a better understanding of the direct needs of the contract
- Develop an understanding of program goals and objectives
- Achieve a better understanding of HTSI policies
- Communicate more effectively with supervisors and other management personnel

### Development Actions and Timing

- 6/00   Enroll in College
- 9/00   UXO Training
- 10/00  Computer Courses
- 10/00  Scenario Programming for Target Systems

### Potential Next Moves

**Short Term - (0-2 Years)**
Develop in Place

**Long Term (2-5 Years)**
Range Technician Supervisor

---

_____ 3/9/00
Manager / Employee   Date

_____ 2/27/00  28 young
Second Level Review/Date

☐ Employee signature indicates that a joint discussion with the manager has taken place and does not necessarily signify employee's agreement of the manager's assessment/evaluation.

☐ Indicates Employee has made comments regarding objectives, discussion, etc. and the comments are attached

**DEFENDANT'S EXHIBIT**