Mr. Hodges,

Forwarded for your information and action as appropriate. If you need any further information or assistance please contact me. Request you advise us of your findings and final disposition.

Joe Webers
COR

DEFENDANT'S EXHIBIT
29  2/27/07
Young

> -----Original Message-----
> From:      Matthews, Ron
> Sent: Friday, September 29, 2000 12:48 PM
> To:   Webers, Joe
> Subject:   FW: HW-05 Incident (28 Sep 2000)
>
> Joe:
> Need you to get this to Jimmy at your earliest. Am sure he will evaluate
> the merits and initiate appropriate measures, if needed. However, sleeping
> or not, we don't need an associate giving the appearance of grinding an
> internal axe in our presence. Will promote an atmosphere we do not desire.
> VrRon
>
> -----Original Message-----
> From:      Leyh, William S.
> Sent: Friday, September 29, 2000 9:56 AM
> To:   Matthews, Ron
> Subject:   HW-05 Incident (28 Sep 2000)
>
> Mr. Matthews,
>
> The statement below is being provided FYI.
>
> On 28 September 2000 at approximately 0930, while conducting a monthly
> Quality Assurance Inspection of the Hotel Lane within the Aviation Gunnery
> Range Complex, I observed Mr. Curley Young (Honeywell 05) apparently
> asleep in a Honeywell vehicle parked at the H02L target location. As Mr.
> Robert Murphy (Honeywell QA) and I approached him in our vehicle, Mr.
> Young's head remained tilted back against the headrest of the vehicle.
> About 3 seconds after our vehicle came up beside Mr. Young's, he jerked as
> if awakened and appeared disoriented momentarily as he rapidly moved his
> head from side to side. Mr. Young was wearing sunglasses the entire time
> I observed him.
>
> When Mr. Young was asked what he was doing by Mr. Murphy, he stated that
> he was reviewing his paperwork. When Mr. Murphy questioned the validity
> of Mr. Young's response Mr. Young quickly became defensive. I informed

> Mr. Young of what I had observed and stated that unless the paperwork was
> located on the ceiling of his cab I did not see how he could be reviewing
> it. I also told him that in my opinion it appeared he had been sleeping
> as we approached his vehicle.
>
> Mr. Murphy and I departed the H02L location and continued with our
> inspection of the Hotel Lane. I relayed what I had observed to SFC
> Hendricks (NCOIC Range Division). SFC Hendricks then notified Mr.
> Matthews (Chief of Range Division).
>
> Later that morning Mr. James Hodges (Program Manager for Honeywell) called
> for Mr. Young and Mr. Murphy and told them to report to his office.
> Approximately 5 minutes later. Mr. Young arrived at the H05L target
> location where Mr. Murphy and I were conducting an inspection. He asked
> Mr. Murphy if he was being called in regarding the accusations made
> against him earlier. Mr. Murphy confirmed that this was indeed the reason
> he was being called in at which time Mr. Young replied saying "ya'll have
> been after me for the last year." Mr. Murphy informed Mr. Young that he
> had not yet briefed Mr. Hodges on the incident. Before Mr. Murphy could
> finish this sentence, Mr. Young replied by saying "I don't know how you
> could know my eyes were closed when I was wearing glasses." Since Mr.
> Young's comments appeared to be directed at Mr. Murphy, as well as myself,
> I informed Mr. Young that I made no such statement. Mr. Young continued
> to talk as he entered his vehicle and departed the H05L location. From my
> perspective Mr. Young chose to confront Mr. Murphy and I in an
> inappropriate environment and displayed behavior that was aggressive,
> belligerent, and confrontational in nature. I did not appreciate Mr.
> Young inferring that I have been after him for the last year, since this
> is the first such instance I have directly observed during an inspection
> involving Mr. Young. (End Statement)
>
> Recommend that this correspondence be provided to the Range O&M Contract
> COR.
>
> Respectfully,
>
> William S. Leyh
> Range Operations Technician/QAE
> Range Division, DPTMSEC
> Fort Rucker, Alabama 26262
> DSN: 558-4443, COM: (334) 255-4443
> e-mail: leyhw@rucker.army.mil