# Honeywell

Date:     October 1, 2000

To:       Curley Young

From:     Jimmy Hodges

Subject:  Incident on Thursday, September 28, 2000

On Thursday, September 28, 2000, in the early morning hours while you were conducting your daily target inspections, Mr. Bob Murphy and Mr. William Leyb were conducting a monthly Quality Assurance Inspection in the same area. You indicated you were sitting in your truck completing the necessary paperwork, but it is alleged that you may have been sleeping because of the position of your head as the two approached your vehicle. The decision was then made to send you home for the remainder of the day and the incident was further investigated. You then received a phone call from Lisa Evans late in the day informing you to report to work your normal time Friday, September 29, 2000. Let me caution you about the severity of sleeping on duty and that it can result in immediate discharge from Honeywell Technology Solutions Inc. per company policy. Also, this memo serves as a reminder that you should not engage in any conversations with Honeywell employees in the presence of Customer personnel. It is suggested you either wait until the Customer isn't present, or, call the Honeywell employee to the side before making comments that could be construed as confrontational by personnel outside of Honeywell.

Should you have any questions or wish to discuss this issue further, please call Lisa Evans, HR Generalist at 1-800-638-6417 (x7495).

Jimmy Hodges
Project Manager

cc: L. Evans
Personnel file

Acknowledged: _____  Date: _____
              Curley Young

**Deleted:**

DEFENDANT'S EXHIBIT 30  2/27/07 Young