# Honeywell

Date:       October 31, 2000

To:         Curley Young

From:       Jimmy Hodges

Subject     Safety Incident October 31, 2000

You failed to use lockout/ Tagout procedures while repairing chaffed wire inside the Low Power Junction Box located at the K09 target emplacement. Review of your training file indicates that you have received Lockout/ Tagout Training. Hazards of not using lockout/ tagout procedures endangers your safety and safety of co-workers. Furthermore, Honeywell's lockout tagout policy dictates procedures for lockout Tagout. Consequently, not following policy and procedures is considered insubordination, which can result in immediate discharge. Therefore, Lockout Tagout procedures will be used while performing maintenance on machines and equipment, which the release of energy, could cause harm to the technician performing the maintenance task.

Should you have any questions or wish to discuss this issue further, please call Lisa Evans, HR Generalist at 1-800-638-6417 (x7495).

cc: L. Evans
Personnel file

Acknowledged: _____  Date: _____
                                              Curley Young


DEFENDANT'S EXHIBIT 31  2/27/07 Young