

DEFENDANT'S EXHIBIT 32  2/27/07 Young

## Honeywell Technology Solutions, Incorporated

### REPORT OF INCIDENT/ACCIDENT/EXPOSURE
(THIS FORM COMPLIES WITH OSHA REPORTING REQUIREMENTS)

| HQ OFFICE USE ONLY |
|---|
| W/C ___ OSHA ___ DAYS LOST ___ DAYS RESTR. ___ V2K ___ DBASE ___ COPY - MED/VP ___ |

**A. GENERAL INFORMATION - TO BE COMPLETED BY EMPLOYEE. PLEASE TYPE OR PRINT.**

1. NAME: (LAST, FIRST, MI) ___Young, Jr., Curley___ BADGE NO. __93787__

2. HOME ORGANIZATION NUMBER: __1.1.32.09.01.0761.04__

3. ADDRESS: (STREET, CITY, STATE, ZIP) ~~[redacted]~~
   ___Enterprise, AL  36330___

4. SSN: __[redacted]-4413__  TELEPHONE: (HOME) (___) __[redacted]2863__  WORK (_334_) _598-8858_

5. JOB TITLE: __Maintenance Trade Helper (GLC 23580Z)__ HOW LONG AT CURRENT JOB TITLE: _4.5 years_

6. EMPLOYMENT DATE: __12/01/97__  BIRTH DATE: __[redacted]59__ AGE: _43_ MALE _X_ FEMALE ___

7. NUMBER OF HOURS WORKED PER DAY: _8.0_ USUAL SHIFT TIMES: _0600_ TO _1430_

8. CONTRACT NAME: __AGRC, Ft. Rucker, AL__

9. CONTRACT ADDRESS: _Hwy 27, AGRC Bldg 24309, PO Box 620050_  CITY: _Ozark_  STATE: _AL_

10. I UNDERSTAND THAT IF THIS INCIDENT/ACCIDENT/EXPOSURE IS HANDLED THROUGH WORKERS' COMPENSATION, ATSC WILL FOLLOW ALL APPLICABLE STATE/FEDERAL LAWS. YES _X_ NO ___ EMPLOYEE'S INITIALS ___

    IF "NO" REQUEST EXPLANATION FROM LOCATION REPRESENTATIVE. HAS AN EXPLANATION BEEN GIVEN AND DO YOU NOW UNDERSTAND? YES _X_ NO ___ EMPLOYEE'S INITIALS ___

**B. INCIDENT/NEAR MISS.** INCIDENTS ARE THOSE INJURIES THAT REQUIRE FIRST-AID TREATMENT ONLY, AND WILL NOT GENERATE A MEDICAL BILL. A NEAR MISS IS AN INDICATION THAT AN UNSAFE CONDITION OR UNSAFE ACT EXISTS. FOR THIS REPORT, A NEAR MISS INCLUDES ANY CONDITIONS THAT MIGHT HAVE CAUSED AN ACCIDENT OR INJURY, BUT FOR SOME REASON DID NOT.

1. DATE OF INCIDENT/NEAR MISS: __06/24/02__  TIME OF INCIDENT/NEAR MISS: __13:00 pm__

2. GIVE A COMPLETE DESCRIPTION OF THE INCIDENT/NEAR MISS: (ATTACH A SEPARATE SHEET IF NEEDED)

I was instructed to go to the Golf Mover to check the electrical status of the mover. After finding the status I began to give my report to my Crew Chief over the two way radio, while backing up my truck. I failed to notice the small trailer with the generator attached to my truck. The trailer jack knifed into the right rear of the quarter panel causing a large dent and breaking the tail light out on truck 99-03. I then stopped the truck, pulled it up about 6 or 7 feet to straighten the truck up. I then got out to check the actual damage. After the assessment I contacted my Crew Chief to inform him of the accident.

**C. ACCIDENT/EXPOSURE.** INJURY/ILLNESSES THAT REQUIRE MORE THAN FIRST-AID TREATMENT AND/OR WILL GENERATE A MEDICAL BILL FOR THE TREATMENT.

1. DATE OF ACCIDENT/EXPOSURE: __24 June 2002__  TIME OF ACCIDENT/EXPOSURE: __1300 hours__

2. ADDRESS WHERE ACCIDENT/EXPOSURE OCCURRED: __AGRC, GO1M Target location__
   CITY: _Ft. Rucker_ STATE: _AL_ IS THIS A TEMPORARY WORK LOCATION? _NO_

3. WAS THIS ACCIDENT/EXPOSURE WORK-RELATED? YES _X_ NO ___

ATSC 116 (3/97)

4. ALL EQUIPMENT, MATERIALS, OR CHEMICALS EMPLOYEE WAS USING WHEN THE EVENT OCCURRED.
   (e.g. Acetylene cutting torch, metal plate)

   1. Driving Company Truck (99-03).

5. SPECIFY ACTIVITY THE EMPLOYEE WAS ENGAGED IN WHEN THE EVENT OCCURRED.
   (e.g. Cutting metal plate for flooring) INDICATE IF ACTIVITY WAS PART OF NORMAL JOB DUTIES.

   Communicating with Crew chief on two way radio of the electrical status at G01M target location within the AGRC, Ft. Rucker, AL.

6. HOW INJURY OR ILLNESS OCCURRED. DESCRIBE THE SEQUENCE OF EVENTS AND INCLUDE ANY OBJECTS OR SUBSTANCES THAT DIRECTLY INJURED OR MADE THE EMPLOYEE ILL.
   (e.g. Worker stepped back to inspect work and slipped on some scrap metal. As she fell, worker brushed against the hot metal)

7. NAMES & WORK PHONE NUMBERS OF ANY WITNESS(S). ATTACH WRITTEN STATEMENT(S) ON A SEPARATE SHEET.

D. MEDICAL

1. NATURE AND EXTENT OF INJURY: _____
2. BASIC CAUSE: _____
3. PRE-EXISTING CONDITION OR PRIOR INJURY TO THE SAME PART OF THE BODY: _____
4. FIRST FULL DAY OF ABSENCE: _____ PROBABLE LENGTH OF ABSENCE: _____
5. DATE AND HOUR RETURNED TO WORK: _____ ARE THERE ANY RESTRICTIONS? _____
6. LENGTH OF TIME OF RESTRICTIONS: _____
7. DESCRIBE THE RESTRICTIONS. SEE ATTACHED PHYSICAL CAPACITIES FORM: _____
8. NAME AND ADDRESS OF TREATING MEDICAL FACILITY/PHYSICIAN: _____
9. DIAGNOSIS AND MEDICAL TREATMENT GIVEN: _____
10. WAS FOLLOW-UP TREATMENT REQUESTED/REQUIRED? _____
11. DID YOU REFUSE MEDICAL TREATMENT? YES _____ NO _____

I, _____, AUTHORIZE ALLIEDSIGNAL TECHNICAL SERVICES CORPORATION, IT'S EMPLOYEES, AGENTS AND REPRESENTATIVES, TO RECEIVE AND/OR RELEASE ANY AND ALL MEDICAL INFORMATION REGARDING MY CONDITION OF HEALTH. I FULLY UNDERSTAND THAT THIS INFORMATION MAY INCLUDE DOCUMENTS SUCH AS: MEDICAL HISTORY AND FINDINGS, CONSULTATION, PRESCRIPTIONS, TREATMENT, X-RAY, SPECIAL CONSULTATION REPORTS, DIAGNOSIS, AND PROGNOSIS.

EMPLOYEE'S SIGNATURE _____ DATE: _____

E. SUPERVISION - TO BE COMPLETED BY RESPONSIBLE AREA SUPERVISOR (IF NEAR MISS) OR EMPLOYEE'S SUPERVISOR (IF INCIDENT/ACCIDENT/EXPOSURE). SEPARATE SHEET IF NEEDED.

1. DATE AND TIME REPORTED TO SUPERVISOR: _____

2. IN DETAIL, DESCRIBE THE UNSAFE ACT(S) OR UNSAFE CONDITION(S): _____
   _____
   _____
   _____

3. RESULTS FROM INVESTIGATION: _____
   _____
   _____

4. ROOT CAUSES: _____

5. CONTRIBUTING FACTORS: _____

6. DESCRIBE THE IMMEDIATE CORRECTIVE ACTION(S) TAKEN, BY WHOM, ESTIMATED DATE: _____
   _____
   _____

7. DATE CORRECTIVE ACTIONS AND FOLLOW-UP ACTIONS COMPLETED _____
   _____

_____  _____  _____  _____  _____
SUPERVISOR (PRINT)       SUPERVISOR (SIGNATURE)   HS&E (INITIAL)  P. M. (INITIAL)  DATE

8. FOR OFFICE USE ONLY  TO BE COMPLETED BY SITE HS&E PERSONNEL. INFORMATION TO BE INCLUDED IN THE "800" REPORTING REQUIREMENTS TO OUR INSURANCE CARRIER. CHOOSE ONE FROM EACH CATEGORY. (Vision 2000 reporting)

Is this Incident/Accident/Exposure OSHA Recordable?   Yes _____   No _____

| PART OF BODY: | RESULT OF INJURY: | CAUSE OF ACCIDENT: |
|---|---|---|
| 100 ABDOMEN _____ | 100 ABRASION _____ | 100 ABSORPTION _____ |
| 110 ANKLE _____ | 110 ALLERGIC REACTION _____ | 110 CAUGHT IN/BETWEEN/UNDER _____ |
| 120 ARM _____ | 120 AMPUTATION _____ | 120 COLLAPSING OBJECT _____ |
| 130 BACK _____ | 130 ASPHYXIATION _____ | 130 CONTACT WITH ELECTRICITY _____ |
| 140 CHEST _____ | 140 AVULSION _____ | 140 DROWNING _____ |
| 150 CIRCULATORY SYSTEM _____ | 150 CARDIAC CONDITION _____ | 150 EXPOSURE TO CHEMICAL _____ |
| 160 DIGESTIVE SYSTEM _____ | 160 CHEMICAL BURN _____ | 160 EXPOSURE TO COLD OBJECT _____ |
| 170 ELBOW _____ | 170 CONCUSSION _____ | 170 EXPOSURE TO COLD TEMP. _____ |
| 180 EYES _____ | 180 CONTUSION _____ | 180 EXPOSURE TO GASES _____ |
| 190 FOOT _____ | 190 ELECTRIC SHOCK _____ | 190 EXPOSURE TO HOT OBJECT _____ |
| 200 GROIN _____ | 200 EYE (FOREIGN BODY) _____ | 200 EXPOSURE TO HOT TEMP. _____ |
| 210 HAND _____ | 210 EYE (IRRITATION) _____ | 210 EXPOSURE TO LOW OXYGEN _____ |
| 215 FINGERS _____ | 220 FRACTURE _____ | 220 EXPOSURE TO NOISE _____ |
| 220 HEAD _____ | 230 HEARING LOSS _____ | 230 EXPOSURE TO RADIATION _____ |
| 225 EARS _____ | 240 HEAT/COLD STRESS _____ | 240 EXPOSURE TO SUN _____ |
| 230 HIP _____ | 250 HERNIA _____ | 250 FALL (FROM ELEVATION) _____ |
| 235 NOSE _____ | 260 INFLAMMATION _____ | 260 FALL (OTHER) _____ |
| 240 KNEE _____ | 270 INTERNAL INJURY _____ | 270 FALL (SLIP) _____ |
| 250 LEG _____ | 280 LACERATION _____ | 280 FALL (TRIP) _____ |
| 260 MOUTH _____ | 290 MENTAL/EMOTIONAL STRESS _____ | 290 INGESTION _____ |
| 265 TEETH _____ | 300 MULTIPLE _____ | 300 INHALATION _____ |
| 270 MULTIPLE PARTS _____ | 310 MUSCLE SPASM _____ | 310 LIFTING _____ |
| 280 NECK _____ | 320 POISONING _____ | 320 NEAR MISS _____ |
| 290 NERVOUS SYSTEM _____ | 330 PULMONARY EDEMA _____ | 330 NOT WORK RELATED _____ |
| 300 REPRODUCTIVE SYSTEM _____ | 340 PUNCTURE _____ | 340 PINCHING _____ |
| 310 RESPIRATORY SYSTEM _____ | 350 SCRATCH _____ | 350 PULLING _____ |
| 320 SHOULDERS _____ | 360 SKIN IRRITATION _____ | 360 PUSHING _____ |
| 330 SPINE _____ | 370 SPRAIN _____ | 370 REPETITIVE MOTION _____ |
| 340 THROAT _____ | 380 STRAIN _____ | 380 SLIP (INDOORS) _____ |
| 350 WRIST _____ | 390 SYSTEMIC SHOCK _____ | 390 SLIP (OUTDOORS) _____ |
| 360 INTERNAL ORGANS _____ | 400 THERMAL BURN _____ | 400 SPLASH _____ |
| 999 OTHER _____ | 410 THROAT IRRITATION _____ | 410 STRUCK AGAINST _____ |
| | 999 OTHER _____ | 420 STRUCK BY _____ |
| | | 430 TRIP _____ |
| | | 440 VEHICLE ACCIDENT _____ |
| | | 999 OTHER _____ |

FAX FORM, AND ANY UPDATES, **IMMEDIATELY** TO ATSC HQ SAFETY OFFICE : FAX # **(410) 964-7753**