I, Thomas Mark Lavar, want to make the following statement under oath;
On 24 June, 02 around 12:50 Hrs a call was made by Jerry Temple on the
Radio about a small fender bender. I drove out to the incident site and the
Following was noted. I immediately shot pictures of the scene as it was
Upon arrival. The vehicle 99-03 was moved after incident by the driver Curley Young to observe damages.
I saw skid marks where the vehicle had backed up into the hitched trailer
Mounted with generator/welder creating a jack knife effect. Once the trailer and
The truck jacked knifed the force with backing into each other impacted both
Vehicles causing damage. No physical injury was caused by this incident.
I further think incident could have been avoided had the driver not rushed
Trying to get from point A to point B.



DEFENDANT'S EXHIBIT 33 2/27/07 Young