# honeywell

*Employees must abide by and uphold the Code of Business Conduct and all laws.*

## Continuous Improvement Summary

**Employee Name:** Curley Young Jr  **Employee ID:** E092639

**DEFENDANT'S EXHIBIT 35**  2/27/03 Young

### Performance Summary
- Completed Ammo 45 Training
- Completed AT level 1 awareness training
- Performed target maintenance on AGRC as required
- Performed monthly PM inspections on LJB-L's as required
- Performed quarterly PM inspections on GRs and LRs as required
- Performed monthly PM inspections on EAMTCs and AMTCs as required

### GOALS
Maintain the AGRC IAW contract to assist section in attaining a 90% award fee for my section
- ero days away from work (no lost-time accidents)
- Develop skills in other facets of target maintenance (ie. Learn about new solar targets and maintenance requirements)
- Develop the appropriate skills in order to attain a journeymans electricians license (ie. enroll in electricians course)

### Honeywell Behaviors
| Behavior | Rating |
|---|---|
| Growth and Customer Focus | EX |
| Leadership Impact | AS |
| Gets Results | AS |
| Makes People Better | AS |
| Champions Change and Six Sigma | AS |
| Fosters Teamwork and Diversity | AS |

Rate the Honeywell Behaviors using the following Ratings
EX = Exceed Standards   ND = Needs Development
AS = At Honeywell Standards   NA = Not Applicable/Not Demonstrated

| Behavior | Rating |
|---|---|
| Global Mindset | ND |
| Intelligent Risk Taking | AS |
| Self-Aware/Learner | AS |
| Effective Communicator | EX |
| Integrative Thinker | AS |
| Technical or Functional Excellence | AS |

### Mid-Year Update

### Strengths
- Team player in support of common goals
- Provides diversity on mission objectives
- Dedicated to achieving cost objectives
- Always strives to uphold policy and procedure

### Development Needs
- Development of electrician skills
- Strengthen knowledge in computer skills
- Continue to develop communication skills

### Development Actions
| Action | Type | Timing |
|---|---|---|
| Attend technical courses to strengthen electrical and electronic skills/abilities | Classroom | 2003 |
| Enroll in computer training courses | Self Study/Independent Study | 2003 |
| Attend a leadership/communications skills course | Self Study/Independent Study | 2003 |
| Take the lead and demonstrate leadership and communication skills when ever possible | Coaching/Mentoring Assignment Assignment | 2003 |

### Potential Next Move - Short Term (0-2 Years)
Electrician

### Potential Next Move - Long Term (2-5 Years)
Range Tech Supervisor

**Employee Signature*** [signed]  **Date** 2/24/03   **Manager Signature** [signed]  **Date** 2/24/03

**Manager Signature (Mid-Year Update)**

*Employee signature indicates that a discussion with the manager has taken place and does not necessarily signify employee's agreement of the manager's assessment/evaluation.