Statement
Dated: 2/28/05

On Monday 28 February 2005 at approximately 0635 hrs. I Thomas M. Lavar was performing vehicle PMCS spot inspections outside of building # 24309. During this random spot-check, I approached Mr. Curly Young in Government Vehicle # J002 which was parked outside Honeywell Shop and asked to see the current daily preventive maintenance work sheet.
At this time I was told that he did not have a current PMCS work sheet available for review. Also Curly Young told me he checked his vehicle for the PMCS but didn't have any blank copies on hand.

-------------------------------- End of Statement--------------------------------

*Thomas M. Lavar*
Inspector

**DEFENDANT'S EXHIBIT**
39  2/21/07
Young