

41 Young

**Honeywell**

## Interoffice Correspondence
Honeywell Technology Solutions, Inc.
Fort Rucker, AL 36362

Date: 03 March 2005

Subject: Written Warning

To: Curley Young, Jr.
Badge # 93787

From: Kenneth Erickson, Project Manager
Organization: 1.1.32.09.01.0761.04
Location: Fort Rucker, AL
Mail Stop: 4K-28
Telephone: 334 598 8858

Fax: 334 598 5037

On the morning of 28 February 2005, you did not properly perform the PMCS – preventive maintenance checks and services – on GSA Vehicle # J002. This action was a clear violation of the established HTSI PMCS Policy.

QC Inspector, Thomas Lavar, requested your PMCS form on GSA Vehicle # J002 and you stated that you had performed the PMCS on the vehicle but didn't have the completed form. You expressed that it was your intent to travel from the Range Maintenance Compound to the Honeywell Shop (Bldg. 24309) to retrieve a blank copy of the PMCS form in order to complete it. Please note that between the hours of 1330 and 1430 each day you are to prepare for the next day's work plan. This preparation time includes having the required blank forms readily available for the next day's mission.

This incident could have resulted in a safety violation by our Customer. In addition, this incident undermines the established site PMCS policy which has high visibility to our Customer. Any deviation from the PMCS Policy will not be tolerated.

The HTSI – Fort Rucker site PMCS Policy is that it is imperative that both Honeywell Technology and Government owned equipment and vehicles by PMCS'ed on a daily basis by the employee who will be operating the equipment or vehicle. Completed PMCS sheets will be turned in daily to the secretary in the ADMIN office. In the event that an employee does not PMCS the equipment or vehicle that he / she will be operating it is grounds for the Project Manager to take corrective action by suspending the employee for 40 hours of unpaid leave.

It is expected that you will maintain an acceptable level of performance throughout your continued employment. You are being placed on probation for a period of one year to run from 03 March 2005 until 02 March 2006. During this probationary period if you are counseled for any deviation from our established guidelines, policies and procedures you may be subject to immediate employment termination.

I HAVE READ AND UNDERSTAND THE INFORMATION DETAILED IN THIS WRITTEN WARNING:

_____  3/3/05        _____  3 March 2005
Curley Young, Jr.            Date          Kenneth Erickson            Date
Maintenance Trades Helper                  Project Manager

cc: Thomas Brothers
    Personnel File