Date:        April 6, 2005

To:          Ken Erickson

From:        Jerry Temple

Subject:     Tardiness

**DEFENDANT'S EXHIBIT**

42 Young

Ken
Curley Young called at about ten minutes after six this morning and informed me that he had overslept. He arrived to work at 0640 A.M. As you know this is a violation of the corporate policy and my recommendation is to not pay for one hour of work. I believe that I am correct in making this decision as far as the time frame, however I will check the policy to make sure. I told Curley that this would be documented and he is aware of it.

Thanks
Jerry Temple