Curley Young
April 05 Update

Curley has done a good job at the small arms range position. Curley has learned to troubleshoot these target systems as good as he new the aviation range. Curley has strong skills in the troubleshooting arena and continues to perform well for Honeywell. Curley has received the Crew Chief upgrade on several occasions and has performed to standard.

* On April 16 the range technicians found out that the ball in the government staffs court had been dropped and were asked to setup the MPMG range for a special firing practice. In the absence of the Range Maintenance Crew Chief, the work had to be completed by COB of Friday the 17th of April and the CPQC was scheduled to go to a hot status at 0700 hrs that would lead to a work stoppage on the MPMG until firing was complete. Curley after being asked to come to work one hour earlier than his normal work time responded like the veteran that he is. The work was completed prior to the CPQC range even requesting a hot time. Once again Honeywell has risen to the call of duty with a remarkable and outstanding performance.

! On the 6th of April less than three weeks from receiving his 05 goals, Curley was 40 minutes late for the regularly scheduled work time. When asked for a reason, Curley replied that he had overslept. Curley was docked one hour of pay for this incident and verbally counseled and documented.

! During a recent unannounced vehicle inspection it was discovered that Curley's vehicle was left without the proper environmental protection (due to a shortage) and small amount of litter in the vehicle.

! On April 16th it was discovered that Curley did not take part in the normal cleaning duties assigned to him.

*[signature] Curley C— 6/3/05*

DEFENDANT'S EXHIBIT 43 Young