# Honeywell

Honeywell Technology Solutions Inc. AGRC Bldg. 24309, P.O. Box 620550, Ft. Rucker, AL 36362-0550, Phone: (334) 598.8858, Fax: (334) 598.5037

## *Memorandum for Record*

Contract Number: DABK31-03-C-0001

Date: January 25, 2000

To: Ken Erickson

From: Thomas M. Lavar

Subject: Failure to comply with Honeywell Policies


DEFENDANT'S EXHIBIT
45 young

1. On January 24, 2006. I Thomas M. Lavar performed a PMCS on Government Vehicle (#J – 002) during the A. M. period. During my PMCS checks it was discovered that in the cab of the vehicle was a Small Engine Equipment (Blower). This blower contained a full tank of gas which violated the policy set by the supervisor Mr. Jerry Temple.

2. Another violation was found in the cab of vehicle and rear of the bed. Trash was in the cup holder (i. e. soda can, candy wrapper). Bed of truck was littered with soda cans and left over debris from previous trips.

3. Violation # 3 – was noted in the bed of the truck. Paint cans (i. e. spray cans, one gallon paint cans, WD – 40) were not properly stored in secondary containment containers. This situation could have caused an environmental hazardous waste clean- up that should be avoided at all cost. <u>ALL</u> hazardous material will be stored in secondary containers.

4. On this day 1/25/06 a request to see all PMCS sheets for equipment noted a completed PMCS was performed on vehicle # J – 002. Also requested to see PMCS sheet for the blower that was taken from EQ shed. No PMCS was conducted. Associate then pulled out a PMCS sheet and then started to fill it out.

*Thomas M. Lavar*
Thomas M. Lavar
Inspector
Honeywell