3345985037                    HONEYWELL TECHNOLOGY                    PAGE 02

# Honeywell

ell Technology Solutions Inc, AGRC Bldg. 24309, P.O. Box 620550, Ft. Rucker, AL 36362-0550, Phone: (334) 598.8858, Fax: (334) 598.5037

## Record of Counseling

Date: January 26, 2006

To: Curley Young

From: Kenneth A. Erickson

Subject: Failure to Comply with Honeywell Policies

On January 24, 2006, Mr. Thomas M. Lavar performed a PMCS on Government Vehicle (# J-002, your assigned truck), during the A. M. period. During his PMCS checks, he discovered a Small Engine Equipment (Blower) in the cab of the vehicle. This blower contained a full tank of gas which is a safety hazard and violated the policy set by the supervisor, Mr. Jerry Temple.

Another violation was found in the cab of vehicle and rear of the bed. Trash was found in the cup holder (i. e. soda can, candy wrapper), and the bed of the truck was littered with soda cans and leftover debris from previous trips.

A third violation was noted in the bed of the truck. Paint cans (i. e. spray cans, one gallon paint cans, WD-40) were not properly stored in secondary containment containers. This situation could have caused an environmental hazardous waste clean-up that should be avoided at all cost. ALL hazardous material must be stored in secondary containers.

On 1/25/06, a request to see all the PMCS sheets for your equipment noted a completed PMCS was performed on vehicle # J-002. It was also requested to see PMCS sheet for the blower that was taken from EQ shed, but no PMCS had been conducted. You then pulled out a PMCS sheet and started to fill it out. The standard is to perform PMCS when the equipment is checked out for use.

This is your second violation within a one year period where you failed to follow our policies regarding performance and maintenance checks and services. Failure to comply with these policies adversely affects our relationship with our customers and can lead to serious safety issues. Due to the repetitive nature of these violations, we have decided that you will be suspended without pay for the week of January 30, 2006, through February 3, 2006 (40 work hours).

You are expected to improve your behaviors immediately and sustain that improvement. Failure to demonstrate immediate improvement or continued disregard of policies and procedures may result in further disciplinary action, up to and including termination of employment.

I HAVE READ AND UNDERSTAND THE INFORMATION DETAILED IN THIS WRITTEN WARNING:

SIGNATURE REFUSAL
Curley Young Jr/Date
Maintenance Trade Helper

Jerry Temple/Date
Range Maintenance Supervisor

Kenneth A. Erickson/Date
Project Manager

cc: Carole Woodburn - Program Manager
    Official Personnel File
    Field Personnel File

**DEFENDANT'S EXHIBIT**

46 Young