
DEFENDANT'S EXHIBIT
47 young



















