# Honeywell

*Memorandum*

**DEFENDANT'S EXHIBIT**
48 Young

Date:    3 April 2006

To:    Curly Young

From:    Kenneth A. Erickson – Senior Project Manager, Ft. Rucker, AL

Subject:    **Improper supply accountability and improper posting of database**

On 3 April 2006, Mr Gregory Clay (Supply Technician) was conducting his 10% inventory when he discovered shortages at the Combat Pistol Qualification Range (CPQC). The Bin numbers that were short are CPQC 001 (Mannequins) and CPQC 134 (Hit Sensors).

I will address each bin location in a separate paragraph. The Mannequins inventory was two short and the database reflected on 30 March 2006 Task numbers 34021 and 35048 you performed maintenance at location CPQC 6-17 and CPQC 11-27 replacing mannequins. You drew two mannequins out of the PLL at the CPQC and failed to record their withdrawal. You have been counseled several times to maintain the DA Form 3318s to keep your balances and inventories correct. When the inventory was conducted it reflected that two were missing from the Record of Demand card (DD 3318).

The second issue is Hit Sensors. Again, the inventory reflected 8 on hand. Your DD 3318 Card reflected that you had 10 on hand and that you restocked your supply with 9 hit sensors. The database reflects that you used 6 hit sensors - location undetermined because you did not identify the target location for these hit sensors; rather you grouped them into one transaction. This does not allow for proper tracking of maintenance on the CPQC range. The inventory indicates 8 hit sensors inventoried and 10 should have been on hand. At a cost of $130.96 each this could add up to a considerable sum of money if not tracked properly.

You have been counseled numerous times on your inventory procedures. You were told to maintain the DA Form 3318 and when you removed an item from inventory, you were required to post it to the DA Form 3318. You have failed to keep track of your inventory which causes great concern. If the government had been conducting the inventory we would have had to justify and it would have been a deduction on our award fee for not maintaining proper inventory and tracking of replacement items.

This is the Third violation within a one year period where you have failed to comply with government and Honeywell policy. Failure to comply with these policies adversely affects our relationship with our customers and can lead to serious consequences when award fees are presented and also renewal of our contract.

Your failed to improve your behavior from your last counseling on 26 January 2006. I am recommending further disciplinary action to include termination of your employment.

_____
Curley Young Jr./Date
Maintenance Trade Helper

_____      _____
Jerry Temple/Date                  Kenneth A. Erickson
Range Maintenance Supervisor       Project Manager