IMSE-RCK-PLT-R
SUBJECT: Performance Evaluation Summary Report, Contract DABK31-03-C-0001

(1) Staffing and Personnel (80 points). This area is rated superior (95%). Personnel are well trained and highly motivated, and the PM continues to make staffing decisions that ensure the best mix of personnel to accomplish the mission. During the quarter, the PM made a difficult staffing termination that resulted in overall improved efficiency in the range maintenance area. Honeywell personnel have proven their flexibility and initiative in their outstanding support to new and different training events.



DEFENDANT'S EXHIBIT 50 young