# Honeywell

**CONFIDENTIAL**

Date:       May 30, 2006

To:         Curley Young, Jr.

From:       Jim Garrett

Re:         **Termination**

    Effective today, May 30, 2006, your employment is being terminated as a result of your performance. As you know, you previously were counseled and received written warnings on January 26, 2006, and March 3, 2005, concerning your failure to comply with Company policies related to the proper maintenance of government equipment. On March 30, 2006, you again failed to comply with Company policies related to the proper accountability of government equipment. After a review of these incidents and your overall performance history at Honeywell, the Company made its decision to end your employment.

    Because of the circumstances of your termination, you are eligible for benefits under the applicable Honeywell Severance Pay Plan. A Separation Agreement and Release that explains the nature of these benefits was provided to you during your meeting with Ken Erickson. To receive severance benefits, you must sign and return the agreement to the designated point-of-contact by the date specified in the agreement.

    If you have any questions, please contact me at (410) 964-7179.



PLAINTIFF'S EXHIBIT
1   Young