# DECLARATION OF WILLIAM S. LEYH

1.  My name is William Leyh. I am a white male. I am over the age of 19 years and am otherwise competent to testify. I have personal knowledge of the matters set forth in this Declaration.

2.  I am currently the Training Division Chief at Fort Rucker. I am a civilian employee of the Department of the Army. My primary responsibility is to oversee all the small arms ranges, aviation gunnery ranges and all training area facilities used by soldiers at Ft. Rucker.

3.  From 1994-1997, I was an employee of Honeywell. I started as a Range Tech and then became Deputy Project Manager. I left Honeywell to work with the Army. I am also retired from the Army.

4.  In my position as Training Division Chief, I work with Honeywell employees on a daily basis, and being a former Honeywell employee, I am aware of the job duties of the Range Techs.

5.  In September 2000, Mr. Robert Murphy, the Honeywell Quality Assurance Inspector and I (at that time I was also working in Quality Assurance for Ft. Rucker) drove up on Mr. Young in his truck at the Hotel 2 Target Lifter location. I believe that Mr. Young was asleep when we arrived and as I approached the vehicle, Mr. Young's head was leaning back against the head rest. Mr. Young jerked his head as if awakened.

6.  I reported this incident to my supervisor, Mr. Ron Mathews. Later that day, Mr. Murphy and I were approached Mr. Young and he asked if he was being called in regarding the

1

incident earlier in the day. Mr. Young then accused me of being after him for at least a year. Mr. Young was aggressive and belligerent and acted totally inappropriately.

    7. The gunnery ranges are extremely dangerous. These ranges are areas where soldiers engage in weapon training. The last thing one would want to be is asleep at the range.

    8. I spoke with the Project Manager, Jimmy Hodges, about this matter and warned him that based on previous knowledge of Mr. Young's poor job performance, and that in conjunction with this incident, I thought they should reconsider his employment.

    9. Since that time, Mr. Erickson and I drove up on Mr. Young at the Juliet Mover target location and found Mr. Young sitting in his truck. He appeared to be reading a magazine. Mr. Young had not called in arrival at the Juliet Mover target location which is a violation of established range operation and safety procedures.

    10. From my observations, Mr. Young had an established trend of poor performance and repeated violations of range and safety protocols.

    11. Since his termination, the reports from my Quality Assurance Evaluators indicate a marked improvement in the quality of maintenance and repairs to Ft. Rucker's small arms ranges.

    Further declarant saith not.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE ABOVE AND FOREGOING IS TRUE AND CORRECT.

_William D. Leyh_
William Leyh

_27 Mar 2007_
Date

2