**Page 1**

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE MIDDLE DISTRICT OF ALABAMA
 3                 SOUTHERN DIVISION
 4
 5   CURLY YOUNG,                )
 6        Plaintiff,             )
 7   vs.                         ) CIVIL ACTION:
 8   HONEYWELL TECHNOLOGY        ) 1:02-CV-00563-SRW
 9   SOLUTIONS, et al,           )
10        Defendants.            )
11
12            STIPULATIONS:
13        IT IS STIPULATED AND AGREED by
14   and between the parties through their
15   respective counsel, that the deposition
16   of JERRY L. TEMPLE may be taken before
17   Winters O. Hope, Alabama CSR #104,
18   Commissioner and Notary Public, State of
19   Alabama at Large, at the offices of Mr.
20   Joe W. Adams, Attorney at Law, 1278
21   Andrews Avenue, Ozark, Alabama, 36360, on
22   the 27th day of March, 2007.
23        IT IS FURTHER STIPULATED AND
```

**Page 2**

```
 1   AGREED that the signature to and the
 2   reading of the deposition by the witness
 3   is waived, the deposition to have the
 4   same force and effect as if full
 5   compliance had been had with all laws and
 6   rules of Court relating to the taking of
 7   depositions.
 8        IT IS FURTHER STIPULATED AND
 9   AGREED that it shall not be necessary for
10   any objections to be made by counsel as
11   to any questions, except as to form or
12   leading questions, and that counsel for
13   the parties may make objections and
14   assign grounds at the time of trial, or
15   at the time said deposition is offered in
16   evidence or prior thereto.
17        IT IS STIPULATED AND AGREED that
18   this deposition is taken after issuance
19   of formal notice.
20
21
22            INDEX:
23
```

**Page 3**

```
 1   EXAMINATION BY:           PAGE:
 2   MR. BENNITT               4 22
 3   MS. REISS                 22 - 25
 4
 5   - - - - - - - - - - - -
 6
 7   BEFORE:
 8        Winters O. Hope, Commissioner.
 9   APPEARANCES:
10        Mr. Jeffrey W. Bennitt,
11   Attorney at Law, 4898 Valleydale Road,
12   Birmingham, Alabama, 35242, appearing for
13   the Plaintiff.
14        Ms. Sandra B. Reiss, Attorney at
15   Law, of the firm of Ogletree, Deakins,
16   Nash, Smoak & Stewart, P.C., One Federal
17   Place, Suite 1000, 1819 5th Avenue North,
18   Birmingham, Alabama, 35203, appearing for
19   the Defendants.
20        Also in appearance:
21        Mr. Curly Young, Plaintiff.
22        Mr. Kenneth A. Erickson.
23
```

**Page 4**

```
 1        I, Winters O. Hope, Alabama CSR
 2   104, and Notary Public for the State of
 3   Alabama at Large, acting as Commissioner,
 4   certify that on this date, as provided by
 5   The Federal Rules of Civil Procedure and
 6   the foregoing stipulation by counsel,
 7   there came before me at 12:48 p.m.,
 8   Central Daylight Time, on March 27, 2007,
 9   JERRY L. TEMPLE, witness in the above
10   cause for oral examination, whereupon the
11   following was had and done:
12
13
14              JERRY TEMPLE:
15        having been duly sworn, was
16   examined and testified as follows:
17
18   EXAMINATION BY MR. BENNITT:
19   Q    State your name, please, sir.
20   A    Jerry Lamar Temple.
21   Q    Who do you work for?
22   A    Honeywell Technology Solutions,
23   Incorporated.
```

**Page 5**

```
 1   Q    How long have you worked for
 2   Honeywell?
 3   A    Approximately 16 years, 8 months.
 4   Q    How long have you been the
 5   immediate supervisor over the Range
 6   Techs?
 7   A    I have been in a Crew Chief
 8   capacity for approximately nine years.
 9   Q    You do Range Tech work and
10   supervisory work --
11   A    Yes.
12   Q    -- together?
13   A    Yes, sir, I do.
14   Q    Did you know Chris Hines before
15   he went to work for Honeywell?
16   A    No, sir, I did not.
17   Q    Did you have any input in
18   recommending that Chris Hines take Mr.
19   Young's place, after Mr. Young left in
20   May of '06?
21   A    Can you clarify the question for
22   me?
23   Q    Did Mr. Erickson --
```

**Page 6**

```
 1   A    I don't really understand what
 2   you're asking.  I'm a supervisor, and
 3   it's my job to make sure that this gets
 4   done.  So, yes, I did have some input
 5   into the decision-making about who would
 6   be working on those small arms ranges.
 7   Yes, sir, I did.
 8   Q    Who did you recommend?
 9   A    Chris Hines.
10   Q    And you recommended that to Mr.
11   Erickson?
12   A    Yes, sir.  I guess you could say
13   so.
14   Q    Did you recommend that he be --
15   that Mr. Young be terminated?
16   A    No, sir, I did not.
17   Q    No one asked for your
18   recommendation?
19   A    No, sir.
20   Q    Why did you recommend that Chris
21   Hines take over Mr. Young's place?
22   A    Because Chris Hines had been an
23   RCS Operator prior to that position, and
```

Page 7

```
1   he was familiar with all the small arms
2   ranges.
3   Q     Have you -- on the work side,
4   have you ever used any racial slurs?
5   A     No, sir, I have not.
6   Q     Have you ever used the phrase,
7   "Little 'N-word' catfish," or words to
8   that effect?
9   A     No, sir. I don't recall ever
10  using that phrase.
11  Q     You never said the "N" word?
12  A     No, sir.
13  Q     Did you have a diary or manual
14  that you kept on the work habits of Mr.
15  Young, outside of his personnel file?
16  A     Well, the only thing I can think
17  of that you may be referring to, sir, is
18  the Performance and Development Summary
19  updates that I do on a regular basis for
20  all my employees, in order for end of the
21  year evaluations and merit increases.
22  Q     Where do you keep these
23  documents?
```

Page 8

```
1   A     I keep them in a PDS binder in
2   the Project Manager's office.
3   Q     Are they designated by the names
4   of the people you supervise?
5   A     Yes, sir, they are.
6   Q     What are the names on those
7   files?
8   A     Calvin Flowers, Chris Hines,
9   Curly Young and Doug Wriston.
10  Q     And the purpose of keeping these
11  files is to refresh your recollection
12  when it came time to do Performance
13  Evaluations?
14  A     Yes, sir. For merit increases at
15  the end of the year.
16  Q     After the Performance Evaluation,
17  what did you do with this material?
18  A     I don't -- I don't have any idea.
19  I'm sure -- I guess they're still in the
20  PDS file. That's not under my control.
21  Q     Tell me what PDS means.
22  A     Performance and Development
23  Summary. I thought I already stated
```

Page 9

```
1   that.
2   Q     I'm sorry.
3   A     Yes, sir. That's where they
4   stay. I don't have any control over the
5   binder. I just add updates to it on a
6   quarterly basis, or monthly, or whenever
7   I feel necessary that I need to put
8   something in it.
9   Q     Well, this binder, is it -- I
10  mean, is it outside of the personnel
11  files?
12  A     Yes, sir.
13  Q     And whose -- under whose
14  authority was this binder created? Who
15  created this?
16  A     Well, Ken Erickson had suggested
17  that I keep up with all my employees in
18  this manner, in order to justify merit
19  increases at the end of the year. If
20  somebody came to me and said, "I didn't
21  get no money." I'd say, "Well, you look
22  at your performance."
23  Q     So that binder is still active?
```

Page 10

```
1   I mean, what I'm saying is, you don't
2   purge it after the year is over?
3   A     No, sir. I don't purge it at
4   all. It's not mine to purge.
5   Q     Whose is it?
6   A     Like I say, I add the updates and
7   --
8   Q     Whose is it?
9   A     -- the binder stays in the office
10  of the Project Manager.
11  Q     Whose binder is it?
12  A     The Project Manager's.
13  Q     It's Mr. Erickson's binder?
14  A     Well, if that's what you want to
15  call it. Yes, sir. I guess it would be
16  his binder. I don't think it had his
17  name on it, but it is in his office.
18  Q     Did you train Mr. Hines on the
19  incident involving his electrocution?
20  And I use the word "electrocution." I
21  mean, he was -- I mean, obviously, he was
22  shocked.
23  A     Yes, sir. I guess you could say
```

Page 11

```
1   that I had given him some training. But
2   I would also like to add that all of my
3   people work together to help each other
4   in -- in the time of need. Especially,
5   if we've got a new employee coming in, I
6   may not provide all the training. I've
7   got people, you know, in a lead capacity
8   role that can do training, as well.
9   Q     Who assigned him the job in the
10  bunker?
11  A     That's part of his normal duties,
12  monthly. I don't assign tasks on a daily
13  basis. I -- I've got a certain amount of
14  tasks that I have to complete every month
15  and every quarter, and the guys who are
16  working on different parts of the range
17  know what those tasks are, and they
18  perform them on a regular basis.
19  Q     Initially, though, at some point
20  initially, someone had to say, "You go
21  work in the bunker. That's what your job
22  is." And my question is, who -- who sent
23  him to the bunker, initially?
```

Page 12

```
1   A     I didn't send him to no bunker.
2   I might have said, "Mr. Young, you know --" I mean,
3   "Mr. Hines, your Preventative
4   Maintenance Checks and Service for the
5   month is due on the Hotel Mover.
6   Q     All right. I'm not making myself
7   clear. When was -- who put him on the
8   bunker for the first time, of the first
9   day of the job of working in the bunker?
10  Who sent him there? Do you understand?
11  Am I being vague?
12  A     No, sir. I don't think I
13  understand what you're getting at.
14  Q     Okay.
15  A     Mr. Hines was taken to a bunker
16  and shown what a bunker was.
17  Q     Okay. Before he was taken to the
18  bunker, did he work for Honeywell?
19  A     Yes, sir, he did.
20  Q     What did he do?
21  A     He was an RCS Operator.
22  Q     Okay. And then he switched jobs
23  with Mr. Young. Correct?
```

### Page 13

1    A    After he became a Maintenance
2 Trades Helper, which is a Junior Range
3 Technician, yeah.
4    Q    Okay. So somebody -- somebody
5 made the decision that said, "Go work in
6 the bunker now." Correct?
7    A    Yes, sir. But not after
8 training.
9    Q    Okay. I'm just checking. Who
10 said, "Go work in the bunker"? Or --
11      MS. REISS: I'm going to --
12    Q    -- who sent him to the bunker?
13    A    I don't -- I don't --
14      MS. REISS: I'm going to object,
15 to the extent that he was asked and
16 answered this. He basically said he
17 assigned them to the ranges, and that's
18 part of their duties. He doesn't assign
19 each duty at the range.
20    A    That's right. I don't.
21      MS. REISS: He's already said
22 that.
23    Q    Here's what I'm trying to ask.

### Page 14

1 And it just was a bad question. I don't
2 think it's that complicated. I know you
3 don't do a daily assignment. I know
4 that. But, initially, at the very
5 beginning, somebody pointed out to Mr.
6 Hines that, "This is now your job."
7 Okay?
8    A    Okay.
9    Q    And who was that?
10    A    I don't recall. It could have
11 been Mr. Young.
12    Q    Mr. Young?
13    A    Yes, sir. It could have been Mr.
14 Young. Mr. Hines could have rode with
15 Mr. Young for up to a month, training on
16 that part of the range. I frequently do
17 that. I send people out to train for --
18 cross-train for other jobs with my Junior
19 Range Techs. RCS Operators ride with
20 them frequently.
21    Q    Whose responsibility was it to
22 train Mr. Hines in properly locking out
23 that bunker?

### Page 15

1    A    I would have to say it was
2 partially my job and partially the Safety
3 Representative for our company. And the
4 Q.A.Q.C. Specialist also does it.
5    Q    What are the names of those
6 people?
7    A    Thomas Lavar and Mark -- well,
8 let's see. What would be the safety
9 man's name down there then?
10      MS. REISS: Wait. No, no, no.
11 Don't -- (Directed to Mr. Erickson.)
12    A    I don't recall his name. Robert
13 -- I don't recall his name. But he was
14 the Safety Representative for all of
15 Honeywell down here. At the present time
16 he is currently no longer employed by
17 Honeywell. He moved on to another
18 position.
19    Q    Mr. Erickson stated in his
20 deposition that Mr. Hines was not
21 properly trained. Is that a true -- is
22 that a correct statement, when he got
23 shocked?

### Page 16

1    A    He said that he was not properly
2 trained?
3    Q    Yes, sir. Or words to that
4 effect.
5    A    Well, I -- yes, sir. I guess
6 that is a true statement, because being
7 properly trained, he wouldn't have done
8 it on purpose. Nobody is going to stick
9 a screwdriver in a hot box.
10    Q    Now, describe that procedure,
11 sticking a screwdriver in a hot box.
12 First of all, describe what a hot box is.
13    A    What happened was, in order to
14 perform lock-out, tag-out on a mover,
15 there are up to three breakers that have
16 to be locked and tagged out. One of them
17 operates the motor start box; one of them
18 operates a motor starter; and the other
19 operates the isolation transformer or the
20 bus phases. Okay? And Mr. Young -- I
21 mean, Mr. Hines did not have one of those
22 breakers tagged out, and it went to a 110
23 source on the motor starter, in which he

### Page 17

1 was checking the screw tightness, which
2 ultimately led to the shorting of the
3 screwdriver.
4      MS. REISS: Did you understand
5 that?
6    Q    Should -- should he have known
7 that he was putting a screwdriver in a
8 hot box?
9      MS. REISS: I'm going to object
10 to the form. Answer, if you know what he
11 should have known.
12    Q    Even if you're not trained in
13 electronics, shouldn't you know not to
14 stick your screwdriver in a hot box?
15    A    Well, certainly. Everybody
16 would.
17    Q    Yeah.
18    A    But Mr. -- the thing about it is,
19 Mr. Hines had performed this job on
20 numerous occasions prior to. I'm not
21 saying that, you know, he wasn't
22 thoroughly trained. He had done this
23 same job over and over and over,

### Page 18

1 repetitious. It was a monthly check that
2 is done every month on at least five
3 locations on his side of the range.
4    Q    I want to know, did Mr. Young
5 deliver the mannequins to the sites in a
6 timely and proper manner, day, after day,
7 after day?
8    A    Can you rephrase the question, or
9 clarify it? "Deliver them to the site,"
10 I don't understand.
11    Q    All right.
12    A    Mr. Young was responsible for
13 several small arms ranges' supply rooms
14 on those small arms ranges; that he was
15 the only one that had keys to those
16 rooms, other than the people at Range
17 Control, which are under our key control
18 deal, which we have very little to do
19 with. Mr. Young was the only one that
20 had a set of keys to those supply rooms
21 at various ranges. The Modified Record
22 Fire Range, the Multipurpose Machine Gun
23 Range. The C.P.Q.C. Range, or Combat

Page 19

Pistol Qualification Range, does have a key ring and a key box that several people have access to. But this was not where this incident occurred. This incident was at the Multipurpose Machine Gun range. But he was the only one that had control of those keys. And, also, let me go ahead and tell you that Mr. Young was warned on several occasions of random inspections by me, immediately thereafter staff meetings -- which I knew that it was going to come up -- and I told him he needed to get his records straightened out. And then this last issue came up, about him not having his records straight.
Q  His job was to deliver mannequins to the ranges. That's what he was hired to do.
A  No, sir. No, sir. Mr. Young was hired to do preventative maintenance. We work on a $5,000,000 preventative maintenance contract. That's what we do.

Page 20

We prevent things from happening. If something does happen, we repair it.
Q  So he -- who replaces mannequins? I just -- help me with this. I thought he was a Range Tech --
A  He was.
Q  -- and he delivers mannequins.
A  He does not deliver mannequins, except unless he is running out, and then he might get some from the Supply Technician, who would -- he would then be delivering them to his range, for his supply room, to update his supply. But, no, his job does not just necessarily entail him delivering mannequins. He has multiple duties, just as everybody else does.
Q  Whose job is it to deliver mannequins?
A  I just told you Mr. Young's job: to deliver the mannequins to update his supply room.
Q  Okay. Did you work construction

Page 21

prior to coming to work for Honeywell?
A  Yes, sir, I did.
Q  And how many years did you do that?
A  Approximately 15 to 17 years.
Q  And you acquired a knowledge in electricity?
A  I already had some knowledge.
Q  Okay. Did you expand your knowledge in electricity by working construction?
A  Yes, sir. Somewhat.
Q  Could you rewire a house?
A  Yes, sir, I could.
Q  And I said "rewire." I should have said "wire."
A  Yes, sir. I could wire a house.
Q  Hook it up to a main --
A  Yes, sir.
Q  -- box, that's sitting out there in the front yard?
A  Yes, sir.
Q  And when you finish, unhook it,

Page 22

and so on, and so forth?
A  Yes, sir.
    MR. BENNITT:  I'm going to take a few minutes.
    MS. REISS:  Sure.
    (At this point, the proceedings were held in recess and reconvened as follows:)
    MR. BENNITT:  We're done.
EXAMINATION BY MS. REISS:
Q  I have a couple of questions, Mr. Temple.
A  Yes, ma'am.
Q  When Mr. Hines -- after Mr. Young was terminated and Mr. Hines was performing his -- was he performing Mr. Young's duties, in addition to his own range duties?
A  Yes, ma'am. Partial -- part of the time. Yes.
Q  Was he paid any extra for that?
A  No.

Page 23

Q  Did he complain to you about it?
A  No.
Q  Is Mr. Young a complainer -- Mr. Hines a complainer?
A  No, he's not.
Q  How was it to work with Mr. Young, as far as attitude?
A  Aggressive, abusive, unruly, pretty much 50% of the time he worked there.
Q  Did you ever receive complaints from any of Mr. Young's co-workers about his work habits?
A  Oh, yes, I did. Several times.
Q  Can you give me an example?
A  Well, Calvin and Chris were having to do work on the small arms ranges to help Curly out, to keep him up to date.
Q  And Calvin who?
A  Calvin Flowers and Chris Hines.
Q  And what's Calvin Flowers' race?
A  He is a Maintenance Trades

Page 24

Helper, or Junior Range Technician. Whatever you want to call it.
Q  And what's his race?
A  He's black.
Q  Okay. And Chris Hines was the other Range Tech?
A  Yes.
Q  Okay.
A  Both of them had to do work to help Curly keep his ranges caught up. And which I had -- the question was asked to me several times that, why wasn't Mr. Young taking all the equipment he needed to do preventative maintenance on his range on a daily basis. And I checked into it one day, which resulted in a big argument between me and him. But Curly never would -- he never wanted to do all the job. He wanted to do the parts of the job he wanted to do, and that was it.
Q  Did you receive complaints from any other employees about Mr. Young?
A  Yes, I did. On one of the

Page 25

```
 1  moments -- or one of the mornings in
 2  question, Roger Ingles had complained to
 3  me about, why he didn't ever get all the
 4  equipment he needed, and the rest of my
 5  Range Techs did. David Holland had
 6  mentioned it on occasion. I can't
 7  remember if anybody else did.
 8  Q     Did you ever come up on Mr. Young
 9  when he was just sitting in his truck
10  when he should have been working?
11  A     Yes, I did.
12  Q     How many times?
13  A     If I were to just say off the top
14  of my head -- because I don't recall all
15  of them -- I know of at least four or
16  five times, yes. One time was with Mr.
17  Erickson, when he knocked on the window.
18        MS. REISS: That's it.
19        MR. BENNITT: All done. Thank
20  you, sir.
21  A     Yes, sir.
22
23         FURTHER THE DEPONENT SAITH NOT.
```

Page 26

```
 1           C E R T I F I C A T E
 2
 3  STATE OF ALABAMA     )
 4  JEFFERSON COUNTY     )
 5
 6        I, Winters O. Hope, Alabama CSR 104,
 7  and Notary Public for the State of Alabama at
 8  Large, do hereby certify that I recorded by
 9  means of shorthand the foregoing deposition of
10  JERRY L. TEMPLE at the time and place stated in
11  the caption hereof. That said witness was
12  first duly sworn to speak the truth. That
13  later, under my supervision, the deposition was
14  reduced to typewriting and the foregoing pages
15  contain a full, true and correct transcript of
16  the testimony of said witness on said occasion.
17        I further certify that I am neither of
18  counsel nor of kin to any parties of said
19  cause, nor in any manner interested in the
20  result thereof.
21
22
23         _____
                COMMISSIONER
```

Page 27

```
 1       CERTIFICATE OF REASONABLENESS
 2             OF INVOICE
 3
 4        I hereby certify that I am the Court
 5  Reporter who has taken and transcribed the
 6  deposition of JERRY L. TEMPLE, witness in the
 7  case cited in the caption hereof, and the
 8  following charges for said services are fair,
 9  reasonable and comparable charges to those of
10  others in my profession in this State.
11
12     Per diem:    _____ days    $_____
13     Original:    _____ pgs.    $_____
14     Copy:        _____ pgs.    $_____
15     Exhibits:    _____ pgs.    $_____
16     Video:       _____ hrs.    $_____
17     Postage/Parking:           $_____
18     Mileage:     _____ mi.     $_____
19     Condensed Xcript:          $_____
20     Total:                     $_____
21
22
23        _____
             WINTERS O. HOPE
```

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| #104 [1] | 1:17 | Answer [1] | 17:10 | C.P.Q.C [1] | 18:23 | Control [1] | 18:17 | DIVISION [1] 1:3 |
| $ [9] | 27:12  27:13 | answered [1] | 13:16 | call [2] 10:15 | 24:2 | control [4] | 8:20 | documents [1] 7:23 |
| 27:14  27:15  27:16 | | anybody [1] | 25:7 | Calvin [5] | 8:8 | 9:4  18:17 | 19:7 | Don't [1] 15:11 |
| 27:17  27:18  27:19 | | appearance [1] | 3:20 | 23:16  23:20  23:21 | | Copy [1] | 27:14 | done [7] 4:11  6:4 |
| 27:20 | | APPEARANCES [1] | | 23:22 | | Correct [2] | 12:23 | 16:7  17:22  18:2 |
| $5,000,000 [1] | 19:22 | 3:9 | | capacity [2] | 5:8 | 13:6 | | 22:10  25:19 |
| '06 [1] | 5:20 | appearing [2] | 3:12 | 11:7 | | Could [1] | 21:13 | Doug [1] 8:9 |
| . [2] 4:18 | 22:11 | 3:18 | | caption [2] | 26:11 | counsel [5] | 1:15 | down [2] 15:9  15:15 |
| 02-CV-00563-SRW | | Approximately [2] | | 27:7 | | 2:10  2:12 | 4:6 | due [1] 12:5 |
| [1] | 1:8 | 5:3  21:5 | | catfish [1] | 7:7 | 26:18 | | duly [2] 4:15  26:12 |
| 1 [1] | 1:8 | approximately [1] | | caught [1] | 24:10 | COUNTY [1] | 26:4 | duties [5] 11:11 |
| 1000 [1] | 3:17 | 5:8 | | cause [2] 4:10 | 26:19 | couple [1] | 22:12 | 13:18  20:16  22:18 |
| 104 [2] 4:2 | 26:6 | argument [1] | 24:17 | ceedings [1] | 22:7 | COURT [1] | 1:1 | 22:19 |
| 110 [1] | 16:22 | arms [5] 6:6 | 7:1 | Central [1] | 4:8 | Court [2] | 2:6 | duty [1] 13:19 |
| 12 [1] | 4:7 | 18:13  18:14  23:17 | | certain [1] | 11:13 | 27:4 | | E [16] 1:16  2:23 |
| 1278 [1] | 1:20 | assign [3] | 2:14 | certainly [1] | 17:15 | created [2] | 9:14 | 3:1  3:1  4:9 |
| 15 [1] | 21:5 | 11:12  13:18 | | CERTIFICATE [1] | | 9:15 | | 4:14  4:14  4:14 |
| 16 [1] | 5:3 | assigned [2] | 11:9 | 27:1 | | Crew [1] 5:7 | | 4:18  4:18  22:11 |
| 17 [1] | 21:5 | 13:17 | | certify [4] | 4:4 | cross-train [1] | 14:18 | 22:11  26:1  26:1 |
| 1819 [1] | 3:17 | assignment [1] | 14:3 | 26:8  26:17 | 27:4 | CSR [3] 1:17 | 4:1 | 26:10  27:6 |
| 2007 [2] 1:22 | 4:8 | attitude [1] | 23:7 | charges [2] | 27:8 | 26:6 | | each [2] 11:3  13:19 |
| 22 [2] 3:2 | 3:3 | Attorney [3] | 1:20 | 27:9 | | CURLY [1] | 1:5 | effect [3] 2:4 |
| 25 [1] | 3:3 | 3:11  3:14 | | check [1] | 18:1 | Curly [5] | 3:21 | 7:8  16:4 |
| 27 [1] | 4:8 | authority [1] | 9:14 | checked [1] | 24:15 | 8:9  23:18  24:10 | | electricity [2] 21:7 |
| 27th [1] | 1:22 | Avenue [2] | 1:21 | checking [2] | 13:9 | 24:17 | | 21:10 |
| 35203 [1] | 3:18 | 3:17 | | 17:1 | | currently [1] | 15:16 | electrocution [2] |
| 35242 [1] | 3:12 | B [5] 3:1 | 3:14 | Checks [1] | 12:4 | D [1] | 2:23 | 10:19  10:20 |
| 36360 [1] | 1:21 | 4:18  4:18  22:11 | | Chief [1] 5:7 | | daily [3] 11:12 | 14:3 | electronics [1] 17:13 |
| 4 [1] | 3:2 | bad [1] | 14:1 | Chris [9] 5:14 | 5:18 | 24:15 | | EM [4] 1:16  4:9 |
| 48 [1] | 4:7 | basically [1] | 13:16 | 6:9  6:20 | 6:22 | date [2] 4:4 | 23:19 | 26:10  27:6 |
| 4898 [1] | 3:11 | basis [5] 7:19 | 9:6 | 8:8  23:16 | 23:21 | David [1] | 25:5 | employed [1] 15:16 |
| 50% [1] | 23:9 | 11:13  11:18  24:15 | | 24:5 | | Daylight [1] | 4:8 | employee [1] 11:5 |
| 5th [1] | 3:17 | became [1] | 13:1 | cited [1] 27:7 | | Deakins [1] | 3:15 | employees [3] 7:20 |
| 8 [1] | 5:3 | Because [1] | 6:22 | CIVIL [1] | 1:7 | deal [1] 18:18 | | 9:17  24:22 |
| above [1] | 4:9 | because [2] | 16:6 | Civil [1] 4:5 | | decision [1] | 13:5 | end [3] 7:20  8:15 |
| abusive [1] | 23:8 | 25:14 | | clarify [2] | 5:21 | decision-making [1] | | 9:19 |
| access [1] | 19:3 | BEFORE [1] | 3:7 | 18:9 | | 6:5 | | entail [1] 20:15 |
| acquired [1] | 21:6 | Before [1] | 12:17 | clear [1] 12:7 | | Defendants [2] | 1:10 | equipment [2] 24:13 |
| acting [1] | 4:3 | beginning [1] | 14:5 | co-workers [1] | 23:12 | 3:19 | | 25:4 |
| ACTION [1] | 1:7 | BENNITT [4] | 3:2 | Combat [1] | 18:23 | Deliver [1] | 18:9 | ER [4] 1:16  4:9 |
| active [1] | 9:23 | 22:3  22:10  25:19 | | come [2] 19:12 | 25:8 | deliver [5] | 18:5 | 26:10  27:6 |
| Adams [1] | 1:20 | Bennitt [1] | 3:10 | coming [2] | 11:5 | 19:17  20:8  20:18 | | Erickson [7] 3:22 |
| add [3] 9:5 | 10:6 | between [2] | 1:14 | 21:1 | | 20:21 | | 5:23  6:11  9:16 |
| 11:2 | | 24:17 | | COMMISSIONER [1] | | delivering [2] | 20:12 | 15:11  15:19  25:17 |
| addition [1] | 22:18 | binder [9] | 8:1 | 26:23 | | 20:15 | | Erickson's [1] 10:13 |
| After [2] 8:16 | 13:1 | 9:5  9:9  9:14 | | Commissioner [3] | | delivers [1] | 20:7 | Especially [1] 11:4 |
| Aggressive [1] | 23:8 | 9:23  10:9  10:11 | | 1:18  3:8 | 4:3 | DEPONENT [1] | | et [1] 1:9 |
| AGREED [4] | 1:13 | 10:13  10:16 | | company [1] | 15:3 | 25:23 | | Evaluation [1] 8:16 |
| 2:1  2:9 | 2:17 | Birmingham [1] 3:12 | | comparable [1] | 27:9 | deposition [9] | 1:15 | Evaluations [1] 8:13 |
| ahead [1] | 19:8 | 3:18 | | complain [1] | 23:1 | 2:2  2:3 | 2:15 | evaluations [1] 7:21 |
| al [1] | 1:9 | black [1] 24:4 | | complained [1] | 25:2 | 2:18  15:20 | 26:9 | Even [1] 17:12 |
| ALABAMA [2] | 1:2 | Both [1] 24:9 | | complainer [2] | 23:3 | 26:13  27:6 | | every [3] 11:14  11:15 |
| 26:3 | | box [8] 16:9 | 16:11 | 23:4 | | depositions [1] | 2:7 | 18:2 |
| Alabama [9] | 1:17 | 16:12  16:17  17:8 | | complaints [2] | 23:11 | describe [2] | 16:10 | Everybody [1] 17:15 |
| 1:19  1:21 | 3:12 | 17:14  19:2  21:20 | | 24:21 | | 16:12 | | everybody [1] 20:16 |
| 3:18  4:1 | 4:3 | breakers [2] | 16:15 | complete [1] | 11:14 | designated [1] | 8:3 | evidence [1] 2:16 |
| 26:6  26:7 | | 16:22 | | compliance [1] | 2:5 | Development [2] | | examination [1] 4:10 |
| Am [1] | 12:11 | bunker [13] | 11:10 | complicated [1] 14:2 | | 7:18  8:22 | | examined [1] 4:16 |
| amount [1] | 11:13 | 11:21  11:23  12:1 | | Condensed [1] | 27:19 | diary [1] 7:13 | | example [1] 23:15 |
| Andrews [1] | 1:21 | 12:8  12:9  12:15 | | construction [2] 20:23 | | diem [1] 27:12 | | except [2] 2:11 |
| another [1] | 15:17 | 12:16  12:18  13:6 | | 21:11 | | different [1] | 11:16 | 20:9 |
| | | 13:10  13:12  14:23 | | contain [1] | 26:15 | Directed [1] | 15:11 | Exhibits [1] 27:15 |
| | | bus [1] 16:20 | | contract [1] | 19:23 | DISTRICT [2] | 1:1 | expand [1] 21:9 |
| | | C [2] 26:1 | 26:1 | | | 1:2 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| extent [1] | 13:15 | Helper [2] | 13:2 | 15:2 17:19 17:23 | made [2] 2:10 | 13:5 | N [11] | 1:12 2:23 |
| extra [1] | 22:22 | | 24:1 | 19:17 20:14 20:18 | main [1] 21:18 | | 3:1 | 3:1 4:18 |
| F [1] | 26:1 | Here's [1] | 13:23 | 20:20 24:19 24:20 | Maintenance [3] | | 4:18 | 4:18 4:18 |
| fair [1] | 27:8 | hereby [2] | 26:8 | jobs [2] 12:22 14:18 | 12:4 13:1 23:23 | | 7:11 | 22:11 22:11 |
| familiar [1] | 7:1 | | 27:4 | Joe [1] 1:20 | maintenance [3] 19:21 | | name [5] 4:19 | 10:17 |
| far [1] | 23:7 | hereof [2] | 26:11 | Junior [3] 13:2 | 19:23 24:14 | | 15:9 | 15:12 15:13 |
| Federal [2] | 3:16 | | 27:7 | 14:18 24:1 | making [1] | 12:6 | names [1] | 8:3 |
| 4:5 | | Hines [20] | 5:14 | justify [1] 9:18 | man's [1] | 15:9 | 8:6 | 15:5 |
| feel [1] | 9:7 | 5:18 6:9 | 6:21 | keep [5] 7:22 8:1 | Manager [1] | 10:10 | Nash [1] 3:16 | |
| few [1] | 22:4 | 6:22 8:8 | 10:18 | 9:17 23:18 24:10 | Manager's [2] | 8:2 | necessarily [1] | 20:14 |
| file [2] 7:15 | 8:20 | 12:3 12:15 | 14:6 | keeping [1] 8:10 | 10:12 | | necessary [2] | 2:9 |
| files [3] 8:7 | 8:11 | 14:14 14:22 | 15:20 | Ken [1] 9:16 | mannequins [8] | 18:5 | 9:7 | |
| 9:11 | | 16:21 17:19 | 22:15 | Kenneth [1] 3:22 | 19:17 20:3 | 20:7 | need [2] 9:7 | 11:4 |
| finish [1] | 21:23 | 22:16 23:4 | 23:21 | kept [1] 7:14 | 20:8 20:15 | 20:19 | needed [3] | 19:13 |
| Fire [1] | 18:22 | 24:5 | | key [3] 18:17 19:2 | 20:21 | | 24:13 25:4 | |
| firm [1] | 3:15 | hired [2] 19:18 | 19:21 | 19:2 | manner [3] | 9:18 | neither [1] | 26:17 |
| First [1] | 16:12 | His [1] 19:17 | | keys [3] 18:15 18:20 | 18:6 26:19 | | never [3] 7:11 | 24:18 |
| five [2] 18:2 | 25:16 | Holland [1] | 25:5 | 19:7 | manual [1] | 7:13 | 24:18 | |
| Flowers [2] | 8:8 | HONEYWELL [1] | | kin [1] 26:18 | many [2] 21:3 | 25:12 | new [1] 11:5 | |
| 23:21 | | 1:8 | | knew [1] 19:11 | March [2] | 1:22 | nine [1] 5:8 | |
| Flowers' [1] | 23:22 | Honeywell [7] | 4:22 | knocked [1] 25:17 | 4:8 | | Nobody [1] | 16:8 |
| following [2] | 4:11 | 5:2 5:15 | 12:18 | knowledge [3] 21:6 | Mark [1] 15:7 | | nor [2] 26:18 | 26:19 |
| 27:8 | | 15:15 15:17 | 21:1 | 21:8 21:10 | material [1] | 8:17 | normal [1] | 11:11 |
| follows [2] | 4:16 | Hook [1] 21:18 | | known [2] | 17:6 | May [1] 5:20 | | North [1] | 3:17 |
| 22:9 | | HOPE [1] | 27:23 | 17:11 | may [4] 1:16 | 2:13 | NOT [1] 25:23 | |
| FOR [1] 1:2 | | Hope [4] 1:17 | 3:8 | L [6] 1:12 1:16 | 7:17 11:6 | | Notary [3] | 1:18 |
| force [1] 2:4 | | 4:1 26:6 | | 4:9 4:14 26:10 | mean [6] 9:10 | 10:1 | 4:2 26:7 | |
| foregoing [3] | 4:6 | hot [5] 16:9 | 16:11 | 27:6 | 10:21 10:21 | 12:2 | notice [1] | 2:19 |
| 26:9 26:14 | | 16:12 17:8 | 17:14 | L. [4] 1:16 4:9 | 16:21 | | Now [1] 16:10 | |
| formal [1] | 2:19 | Hotel [1] 12:5 | | 26:10 27:6 | means [2] | 8:21 | numerous [1] | 17:20 |
| forth [1] 22:1 | | house [2] | 21:13 | Lamar [1] 4:20 | 26:9 | | object [2] | 13:14 |
| four [1] 25:15 | | 21:17 | | Large [3] 1:19 | meetings [1] | 19:11 | 17:9 | |
| frequently [2] | 14:16 | hrs [1] 27:16 | | 4:3 26:8 | mentioned [1] | 25:6 | objections [2] | 2:10 |
| 14:20 | | idea [1] 8:18 | | last [1] 19:14 | merit [3] 7:21 | 8:14 | 2:13 | |
| front [1] 21:21 | | immediate [1] | 5:5 | later [1] 26:13 | 9:18 | | obviously [1] | 10:21 |
| full [2] 2:4 | 26:15 | immediately [1] 19:10 | | Lavar [1] 15:7 | mi [1] 27:18 | | occasion [2] | 25:6 |
| FURTHER [3] | 1:23 | incident [3] | 10:19 | Law [3] 1:20 3:11 | MIDDLE [1] | 1:2 | 26:16 | |
| 2:8 25:23 | | 19:4 19:5 | | 3:15 | might [2] | 12:2 | occasions [2] | 17:20 |
| further [1] | 26:17 | Incorporated [1] | | laws [1] 2:5 | 20:10 | | 19:9 | |
| G [1] 3:1 | | 4:23 | | LE [4] 1:16 4:9 | Mileage [1] | 27:18 | occurred [1] | 19:4 |
| gets [1] 6:3 | | increases [3] | 7:21 | 26:10 27:6 | mine [1] 10:4 | | offered [1] | 2:15 |
| getting [1] | 12:13 | 8:14 9:19 | | lead [1] 11:7 | minutes [1] | 22:4 | office [3] | 8:2 |
| give [1] 23:15 | | Ingles [1] | 25:2 | leading [1] | 2:12 | Modified [1] | 18:21 | 10:9 10:17 | |
| given [1] 11:1 | | Initially [1] | 11:19 | least [2] 18:2 25:15 | moments [1] | 25:1 | offices [1] | 1:19 |
| Go [2] 13:5 | 13:10 | initially [3] | 11:20 | led [1] 17:2 | money [1] | 9:21 | Ogletree [1] | 3:15 |
| grounds [1] | 2:14 | 11:23 14:4 | | left [1] 5:19 | month [4] | 11:14 | On [1] 24:23 | |
| guess [5] 6:12 | 8:19 | input [2] 5:17 | 6:4 | Like [1] 10:6 | 12:5 14:15 | 18:2 | One [3] 3:16 | 16:16 |
| 10:15 10:23 | 16:5 | inspections [1] | 19:10 | Little [1] 7:7 | monthly [3] | 9:6 | 25:16 | |
| Gun [2] 18:22 | 19:6 | interested [1] | 26:19 | little [1] 18:18 | 11:12 18:1 | | only [4] 7:16 | 18:15 |
| guys [1] 11:15 | | INVOICE [1] | 27:2 | locations [1] | 18:3 | months [1] | 5:3 | 18:19 19:6 | |
| habits [2] | 7:14 | involving [1] | 10:19 | lock-out [1] | 16:14 | mornings [1] | 25:1 | operates [3] | 16:17 |
| 23:13 | | isolation [1] | 16:19 | locked [1] | 16:16 | motor [3] | 16:17 | 16:18 16:19 | |
| happen [1] | 20:2 | issuance [1] | 2:18 | locking [1] | 14:22 | 16:18 16:23 | | Operator [2] | 6:23 |
| happened [1] | 16:13 | issue [1] 19:15 | | long [2] 5:1 5:4 | moved [1] | 15:17 | 12:21 | |
| happening [1] | 20:1 | J [5] 1:16 4:9 | | longer [1] | 15:16 | Mover [1] | 12:5 | Operators [1] | 14:19 |
| Have [2] 7:3 | 7:6 | 4:14 26:10 | 27:6 | look [1] 9:21 | mover [1] | 16:14 | oral [1] 4:10 | |
| having [3] | 4:15 | JE [4] 1:16 4:9 | | M [6] 3:1 4:14 | MP [4] 1:16 | 4:9 | order [3] 7:20 | 9:18 |
| 19:15 23:17 | | 26:10 27:6 | | 4:18 4:18 22:11 | 26:10 27:6 | | 16:13 | |
| head [1] 25:14 | | JEFFERSON [1] | | 22:11 | much [1] 23:9 | | Original [1] | 27:13 |
| held [1] 22:7 | | 26:4 | | ma'am [2] 22:14 | multiple [1] | 20:16 | others [1] | 27:10 |
| help [4] 11:3 | 20:4 | Jeffrey [1] | 3:10 | 22:20 | Multipurpose [2] | | our [2] 15:3 | 18:17 |
| 23:18 24:10 | | Jerry [1] 4:20 | | Machine [2] | 18:22 | 18:22 19:5 | | outside [2] | 7:15 |
| | | job [14] 6:3 | 11:9 | 19:5 | myself [1] | 12:6 | 9:10 | |
| | | 11:21 12:9 | 14:6 | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| over [7] | 5:5 | 6:21 | Procedure [1] | 4:5 | recommending [1] | | screw [1] | 17:1 | 16:23 |
| 9:4 | 10:2 | 17:23 | procedure [1] | 16:10 | 5:18 | | screwdriver [5] | 16:9 | STATE [1] 26:3 |
| 17:23 | 17:23 | | profession [1] | 27:10 | reconvened [1] | 22:8 | 16:11 17:3 | 17:7 | State [5] 1:18 4:2 |
| own [1] | 22:18 | | Project [3] | 8:2 | Record [1] | 18:21 | 17:14 | | 4:19 26:7 27:10 |
| Ozark [1] | 1:21 | | 10:10 10:12 | | recorded [1] | 26:8 | see [1] | 15:8 | stated [3] 8:23 |
| P [3] | 1:12 | 3:1 | proper [1] | 18:6 | records [2] | 19:13 | send [2] 12:1 | 14:17 | 15:19 26:10 |
| 4:14 | | | properly [4] | 14:22 | 19:16 | | sent [3] 11:22 | 12:10 | statement [2] 15:22 |
| P.C [1] | 3:16 | | 15:21 16:1 | 16:7 | reduced [1] | 26:14 | 13:12 | | 16:6 |
| p.m [1] | 4:7 | | provide [1] | 11:6 | referring [1] | 7:17 | Service [1] | 12:4 | STATES [1] 1:1 |
| pages [1] | | 26:14 | provided [1] | 4:4 | refresh [1] | 8:11 | services [1] | 27:8 | stay [1] 9:4 |
| paid [1] | 22:22 | | Public [3] | 1:18 | regular [2] | 7:19 | set [1] 18:20 | | stays [1] 10:9 |
| part [4] | 11:11 | 13:18 | 4:2 26:7 | | 11:18 | | Several [1] | 23:14 | Stewart [1] 3:16 |
| 14:16 | 22:20 | | purge [3] | 10:2 | REISS [9] | 3:3 | several [4] | 18:13 | stick [2] 16:8 17:14 |
| Partial [1] | | 22:20 | 10:3 10:4 | | 13:11 13:14 | 13:21 | 19:2 19:9 | 24:12 | sticking [1] 16:11 |
| partially [2] | | 15:2 | purpose [2] | 8:10 | 15:10 17:4 | 17:9 | shall [1] 2:9 | | still [2] 8:19 9:23 |
| 15:2 | | | 16:8 | | 22:5 25:18 | | shocked [2] | 10:22 | STIPULATED [4] |
| parties [3] | | 1:14 | putting [1] | 17:7 | Reiss [1] 3:14 | | 15:23 | | 1:13 1:23 2:8 |
| 2:13 | 26:18 | | Q.A.Q.C [1] | 15:4 | relating [1] | 2:6 | shorthand [1] | 26:9 | 2:17 |
| parts [2] | 11:16 | 24:19 | Qualification [1] | | remember [1] | 25:7 | shorting [1] | 17:2 | stipulation [1] 4:6 |
| PDS [3] | 8:1 | 8:20 | 19:1 | | repair [1] | 20:2 | Should [1] | 17:6 | straight [1] 19:16 |
| 8:21 | | | quarter [1] | 11:15 | repetitious [1] | 18:1 | should [4] | 17:6 | straightened [1] 19:14 |
| people [7] | | 8:4 | quarterly [1] | 9:6 | rephrase [1] | 18:8 | 17:11 21:15 | 25:10 | suggested [1] 9:16 |
| 11:3 | 11:7 | 14:17 | question [6] | 5:21 | replaces [1] | 20:3 | shouldn't [1] | 17:13 | Suite [1] 3:17 |
| 15:6 | 18:16 | 19:3 | 11:22 14:1 | 18:8 | Reporter [1] | 27:5 | shown [1] | 12:16 | Summary [2] 7:18 |
| Per [1] | 27:12 | | 24:11 25:2 | | Representative [2] | | side [2] 7:3 | 18:3 | 8:23 |
| perform [2] | | 11:18 | questions [3] | 2:11 | 15:3 15:14 | | signature [1] | 2:1 | supervise [1] 8:4 |
| 16:14 | | | 2:12 22:12 | | respective [1] | 1:15 | sir [35] | 4:19 5:13 | supervision [1] 26:13 |
| Performance [4] 7:18 | | | R [5] 4:14 | 4:14 | responsibility [1] | | 5:16 6:7 | 6:12 | supervisor [2] 5:5 |
| 8:12 | 8:16 | 8:22 | 4:18 22:11 | 26:1 | 14:21 | | 6:16 6:19 | 7:5 | 6:2 |
| performance [1] 9:22 | | | race [2] 23:22 | 24:3 | responsible [1] | 18:12 | 7:9 7:12 | 7:17 | supervisory [1] 5:10 |
| performed [1] | | 17:19 | racial [1] | 7:4 | rest [1] 25:4 | | 8:5 8:14 | 9:3 | Supply [1] 20:10 |
| performing [2] | | 22:17 | random [1] | 19:10 | result [1] | 26:20 | 9:12 10:3 | 10:15 | supply [5] 18:13 |
| 22:17 | | | Range [13] | 5:5 | resulted [1] | 24:16 | 10:23 12:12 | 12:19 | 18:20 20:13 20:13 |
| personnel [2] | | 7:15 | 5:9 13:2 | 14:19 | rewire [2] | 21:13 | 13:7 14:13 | 16:3 | 20:22 |
| 9:10 | | | 18:16 18:22 | 18:23 | 21:15 | | 16:5 19:20 | 19:20 | Sure [1] 22:5 |
| pgs [3] | 27:13 | 27:14 | 18:23 19:1 | 20:5 | ride [1] 14:19 | | 21:2 21:12 | 21:14 | sure [2] 6:3 8:19 |
| 27:15 | | | 24:1 24:6 | 25:5 | ring [1] 19:2 | | 21:17 21:19 | 21:22 | switched [1] 12:22 |
| phases [1] | | 16:20 | range [8] 11:16 | 13:19 | Road [1] 3:11 | | 22:2 25:20 | 25:21 | sworn [2] 4:15 |
| phrase [2] | | 7:6 | 14:16 18:3 | 19:6 | Robert [1] | 15:12 | site [1] 18:9 | | 26:12 |
| 7:10 | | | 20:12 22:19 | 24:15 | rode [1] 14:14 | | sites [1] 18:5 | | T [14] 1:12 1:12 |
| Pistol [1] | | 19:1 | ranges [8] | 6:6 | Roger [1] | 25:2 | sitting [2] | 21:20 | 1:16 3:1 4:9 |
| PL [4] | 1:16 | 4:9 | 7:2 13:17 | 18:14 | role [1] 11:8 | | 25:9 | | 4:14 4:18 4:18 |
| 26:10 | 27:6 | | 18:21 19:18 | 23:18 | room [2] 20:13 | 20:22 | slurs [1] 7:4 | | 4:18 22:11 26:1 |
| Place [1] 3:17 | | | 24:10 | | rooms [3] | 18:13 | small [5] 6:6 | 7:1 | 26:1 26:10 27:6 |
| place [3] 5:19 | | 6:21 | ranges' [1] | 18:13 | 18:16 18:20 | | 18:13 18:14 | 23:17 | tag-out [1] 16:14 |
| 26:10 | | | RCS [3] 6:23 | 12:21 | RR [4] 1:16 | 4:9 | Smoak [1] | 3:16 | tagged [2] 16:16 |
| Plaintiff [3] | | 1:6 | 14:19 | | 26:10 27:6 | | SOLUTIONS [1] | | 16:22 |
| 3:13 | 3:21 | | reading [1] | 2:2 | Rules [1] | 4:5 | 1:9 | | take [3] 5:18 6:21 |
| please [1] | | 4:19 | really [1] | 6:1 | rules [1] 2:6 | | Solutions [1] | 4:22 | 22:3 |
| point [2] 11:19 | | 22:6 | reasonable [1] | 27:9 | running [1] | 20:9 | somebody [4] | 9:20 | taken [5] 1:16 2:18 |
| pointed [1] | | 14:5 | REASONABLENESS | | RY [4] 1:16 | 4:9 | 13:4 13:4 | 14:5 | 12:15 12:17 27:5 |
| position [2] | | 6:23 | [1] 27:1 | | 26:10 27:6 | | someone [1] | 11:20 | taking [2] 2:6 |
| 15:18 | | | recall [5] | 7:9 | S [5] 1:12 | 1:12 | something [2] | 9:8 | 24:13 |
| Postage/Parking [1] | | | 14:10 15:12 | 15:13 | 22:11 22:11 | 22:11 | 20:2 | | tasks [3] 11:12 11:14 |
| 27:17 | | | 25:14 | | Safety [2] | 15:2 | Somewhat [1] | 21:12 | 11:17 |
| present [1] | | 15:15 | receive [2] | 23:11 | 15:14 | | sorry [1] 9:2 | | TE [4] 1:16 4:9 |
| pretty [1] | | 23:9 | 24:21 | | safety [1] | 15:8 | source [1] | 16:23 | 26:10 27:6 |
| prevent [1] | | 20:1 | recess [1] | 22:8 | SAITH [1] | 25:23 | SOUTHERN [1] | | Tech [3] 5:9 20:5 |
| Preventative [1] 12:3 | | | recollection [1] | 8:11 | same [2] 2:4 | 17:23 | 1:3 | | 24:6 |
| preventative [3] 19:21 | | | recommend [3] | 6:8 | Sandra [1] | 3:14 | speak [1] | 26:12 | Technician [3] 13:3 |
| 19:22 | 24:14 | | 6:14 6:20 | | saying [2] | 10:1 | Specialist [1] | 15:4 | 20:11 24:1 |
| prior [4] 2:16 | | 6:23 | recommendation [1] | | 17:21 | | staff [1] 19:11 | | TECHNOLOGY [1] |
| 17:20 | 21:1 | | 6:18 | | | | start [1] 16:17 | | 1:8 |
| pro [1] | 22:6 | | recommended [1] | | | | starter [2] | 16:18 | Technology [1] 4:22 |
| | | | 6:10 | | | | | | |

Transcribed by: Winters O. Hope, AL CSR 104

Index Page 3

| | | | | | | |
|---|---|---|---|---|---|---|
| Techs [3] | 5:6 | 18:10 | | 21:1 | 23:6 | 23:13 |
| 14:19 | 25:5 | unhook [1] | 21:23 | 23:17 | 24:9 | |
| Tell [1] | 8:21 | UNITED [1] | 1:1 | worked [2] | | 5:1 |
| tell [1] | 19:8 | unless [1] | 20:9 | 23:9 | | |
| Temple [2] | 4:20 | unruly [1] | 23:8 | working [5] | | 6:6 |
| 22:13 | | update [2] | 20:13 | 11:16 | 12:9 | 21:10 |
| terminated [2] | 6:15 | 20:21 | | 25:10 | | |
| 22:16 | | updates [3] | 7:19 | Wriston [1] | | 8:9 |
| testified [1] | 4:16 | 9:5 | 10:6 | X [4] | 2:23 | 3:1 |
| testimony [1] | 26:16 | use [1] | 10:20 | 4:18 | 22:11 | |
| Thank [1] | 25:19 | used [2] | 7:4 | 7:6 | Xcript [1] | | 27:19 |
| THE [3] 1:1 | 1:2 | using [1] | 7:10 | | Y [8] | 1:16 | 3:1 |
| 25:23 | | vague [1] | 12:11 | 4:9 | 4:14 | 4:18 |
| thereafter [1] | 19:11 | Valleydale [1] | 3:11 | 22:11 | 26:10 | 27:6 |
| thereof [1] | 26:20 | various [1] | 18:21 | yard [1] | 21:21 | |
| thereto [1] | 2:16 | very [2] 14:4 | 18:18 | year [4] | 7:21 | 8:15 |
| they're [1] | 8:19 | Video [1] | 27:16 | 9:19 | 10:2 | |
| things [1] | 20:1 | vs [1] | 1:7 | years [4] 5:3 | | 5:8 |
| think [4] 7:16 | 10:16 | W [2] | 1:20 | 3:10 | 21:3 | 21:5 | |
| 12:12 | 14:2 | Wait [1] 15:10 | | YOUNG [1] | | 1:5 |
| Thomas [1] | 15:7 | waived [1] | 2:3 | Young [23] | | 3:21 |
| thoroughly [1] | 17:22 | want [3] 10:14 | 18:4 | 5:19 | 6:15 | 7:15 |
| though [1] | 11:19 | 24:2 | | 8:9 | 12:2 | 12:23 |
| thought [2] | 8:23 | wanted [3] | 24:18 | 14:11 | 14:12 | 14:14 |
| 20:4 | | 24:19 | 24:20 | 14:15 | 16:20 | 18:4 |
| three [1] 16:15 | | warned [1] | 19:9 | 18:12 | 18:19 | 19:9 |
| through [1] | 1:14 | wasn't [2] | 17:21 | 19:20 | 22:15 | 23:3 |
| tightness [1] | 17:1 | 24:12 | | 23:7 | 24:13 | 24:22 |
| Time [1] 4:8 | | We're [1] | 22:10 | 25:8 | | |
| timely [1] | 18:6 | we've [1] | 11:5 | Young's [5] | | 5:19 |
| times [4] 23:14 | 24:12 | went [2] 5:15 | 16:22 | 6:21 | 20:20 | 22:18 |
| 25:12 | 25:16 | Whatever [1] | 24:2 | 23:12 | | |
| together [2] | 5:12 | whenever [1] | 9:6 | 'N-word' [1] | | 7:7 |
| 11:3 | | Where [1] | 7:22 | | | |
| told [2] 19:13 | 20:20 | whereupon [1] | 4:10 | | | |
| top [1] 25:13 | | which [8] | 13:2 | | | |
| Total [1] 27:20 | | 16:23 | 17:1 | 18:17 | | | |
| Trades [2] | 13:2 | 18:18 | 19:11 | 24:11 | | | |
| 23:23 | | 24:16 | | | | |
| train [3] 10:18 | 14:17 | Who [6] 4:21 | 6:8 | | | |
| 14:22 | | 9:14 | 11:9 | 12:10 | | | |
| trained [5] | 15:21 | 13:9 | | | | |
| 16:2 | 16:7 | 17:12 | Whose [5] | 10:5 | | | |
| 17:22 | | 10:8 | 10:11 | 14:21 | | | |
| training [5] | 11:1 | 20:18 | | | | |
| 11:6 | 11:8 | 13:8 | Why [1] 6:20 | | | | |
| 14:15 | | why [2] 24:12 | 25:3 | | | |
| transcribed [1] | 27:5 | window [1] | 25:17 | | | |
| transcript [1] | 26:15 | WINTERS [1] | 27:23 | | | |
| transformer [1] | 16:19 | Winters [4] | 1:17 | | | |
| trial [1] 2:14 | | 3:8 | 4:1 | 26:6 | | | |
| truck [1] 25:9 | | wire [2] 21:16 | 21:17 | | | |
| true [3] 15:21 | 16:6 | witness [5] | 2:2 | | | |
| 26:15 | | 4:9 | 26:11 | 26:16 | | | |
| truth [1] 26:12 | | 27:6 | | | | |
| trying [1] | 13:23 | word [2] 7:11 | 10:20 | | | |
| typewriting [1] | 26:14 | words [2] | 7:7 | | | |
| U [1] | 1:12 | 16:3 | | | | |
| ultimately [1] | 17:2 | work [18] | 4:21 | | | |
| under [4] | 8:20 | 5:9 | 5:10 | 5:15 | | | |
| 9:13 | 18:17 | 26:13 | 7:3 | 7:14 | 11:3 | | | |
| understand [5] | 6:1 | 11:21 | 12:18 | 13:5 | | | |
| 12:10 | 12:13 | 17:4 | 13:10 | 19:22 | 20:23 | | | |

Transcribed by: Winters O. Hope, AL CSR 104