# DECLARATION OF THOMAS LAVAR

1.  My name is Thomas Lavar. I am a black male. I am over the age of 19 years and am otherwise competent to testify. I have personal knowledge of the matters set forth in this declaration.

2.  I was hired in April 1994, as a Grounds Laborer. I was previously employed by the Army as an enlisted soldier. I am retired from the Army. I have worked my way up with Honeywell and now hold the position of Inspector with Quality Control. I reported to Ken Erickson, the Project Manager, until approximately a month ago, and now report to Carole Woodburn, the Program Manager who is located in Maryland.

3.  As an Inspector, I have performed random checks on everything from scheduled preventative maintenance to truck inspections. In order to insure that preventive maintenance is performed on range machinery, I leave tags in the machinery in very plain view so that when the maintenance is performed the tag can be pulled and returned. I have taken photos when Mr. Young did not pull his tags. True and correct copies of the photographs taken are labeled as Tab A, Ex. 47 of the Evidentiary Submission.

4.  Mr. Young was by far the worst Range Tech I have ever had to work with at Honeywell. He did not perform his Range Tech duties and had numerous PMCS form violations. I found him many times without the form in his possession which he was supposed to keep at all times.

5.  Mr. Young did not have difficult ranges to keep up. However, did not perform the preventative maintenance as scheduled and failed to meet contract requirements.

1

6. Mr. Young did not observe safety regulations at Ft. Rucker. The gunnery ranges are very dangerous places and the last thing an individual would want to do is to fall asleep at the range. At times, I found him reading magazines in his truck instead of performing his duties.

7. Mr. Young was also involved in an accident with his truck that was due to pure carelessness. I thought he should have been fired at that time.

8. I also took photos of Mr. Young's truck, which is actually owned by the government, on a particularly bad day when he left a blower full of gasoline on the floor next to spray paint cans. He also had a number of food and candy wrappers in the truck and a number of items were not stored in secondary containers in keeping with policy. Such items included spray paint cans and WD-40. As the photos show, this truck was a disaster waiting to happen and could have caused harm to both property and individuals. Also, if the government had found the truck in this state, Honeywell would have been fined.

9. I am required to check on all Honeywell employees to make sure they are complying with Honeywell and Army policy. I do not play favorites and do spot checks on everyone equally.

10. Because I found Mr. Young either not working or failing to follow procedures so many times, I concluded that because he worked alone a lot of time, that he would take advantage of that situation as much as he could.

11. I have never had Mr. Hines fail to pull a preventive maintenance tag or found him in violation of any Quality Control issues. He keeps his gunnery ranges in good shape and follows procedure.

12. After Mr. Young left Honeywell, he called me at home one night which I thought was strange as we are not friends outside of work. He repeatedly told me that he was happier since he left Honeywell and had a new job at some sort of nursing facility.

13. I do not believe that Mr. Young was fired because of his race, but because he simply did not perform his job duties or follow procedures. He was constantly complaining and affected morale.

14. I have worked for and with Mr. Jerry Temple. He is fair as long as you are doing your job. Since Mr. Erickson has come on board, a lot of issues have been resolved and we are in much better shape with regard to the contract and Army relations. Mr. Erickson is fair and a good leader at the site.

Further declarant saith not.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE ABOVE AND FOREGOING IS TRUE AND CORRECT.

_____
Thomas Lavar

4/17/07
_____
Date