## DECLARATION OF SEAN SPARKS

1. My name is Sean Sparks. I am a white male. I am over the age of 19 years and am otherwise competent to testify. I have personal knowledge of the matters set forth in this Declaration.

2. I am currently a Quality Assurance Evaluator with the Department of Defense, Army. I am a civilian employee. I have been in this position since October 2005. Before that, I was a Force Protection Specialist with the Department of Defense, Army.

3. I previously worked for Honeywell at Ft. Rucker from 2000-2002 as a Senior Shift Supervisor. In that position, I was responsible for all range safety employees and shift leaders and their operations within gunnery range complex.

4. I first met Curley Young in July 2000, when I started with Honeywell as a Grounds Laborer.

5. While at Honeywell, I noticed that Mr. Young was always irritated, upset or complaining about his duties. He always thought everyone was being unfair to him with regard to his work load and performance. He never mentioned he thought others were unfair due to his race. I did not want to be around him as he rarely said anything positive.

6. After I went to work for the Department of Defense, I was responsible for making sure contract personnel, including Curley Young, were performing their duties.

7. On multiple occasions, I would pull up on the ranges for which Mr. Young was responsible and found work that was not completed or even started. For example, most of the equipment was not in an acceptable state or up to government standards such as failure to perform regular maintenance and the machinery was dirty

1

8. I also noticed Mr. Young sitting in his truck on numerous occasions and as soon as I arrived he would get out of his truck and start working. His response was always the same, he was just ending his break. However, he said this no mater what time I came on the range. It did not take me long to figure out he was simply lazy.

9. I have not had this experience with other Range Techs employed by Honeywell.

10. Since Mr. Young has left Honeywell, the level of support provided by the Range Techs to the Army has increased dramatically.

Further declarant saith not.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE ABOVE AND FOREGOING IS TRUE AND CORRECT.

_____
Sean Sparks

27 March 2007
Date

2