# Honeywell

Date:       March 18, 2005

From:       Kenneth A. Erickson – Project Manager

Subject:    **Honeywell -The Five Initiatives and 12 Behaviors**
            **Fort Rucker Site Policies # 03-01 - # 03-07**
            **Reference Guide – New Grading System on PDS Form**

In late 2004 Honeywell Corporate rolled out a new performance review program. This new program is called Performance Development Summary or PDS. The PDS Program replaces the old CIS - Continuous Improvement Summary Program. The PDS Program allows for a more concise way of measuring and documenting an employee's job performance.

During your face-to-face meeting with your section supervisor and myself you will receive the following:

- ☑ 2004 (PDS) Performance Development Summary
- ☑ Finalization of 2004 Goals
- ☑ 2005 Goal Summary Roll-out and discussion
- ☑ Verbal overview of Fort Rucker site policies # 03-01 - # 03-07
- ☑ # 03-01 – Vacation Leave / LNP-G / LNP-P Policy
- ☑ # 03-02 – Paid Absence Allowance (PAA) Policy
- ☑ # 03-03 – Contract Vehicle and Tool Security Policy
- ☑ # 03-04 – Range Safety Briefing Policy
- ☑ # 03-05 – PMCS – Vehicle and Equipment Maintenance Policy
- ☑ # 03-06 – Equipment Facility (SOP) Standard Operating Procedure
- ☑ # 03-07 – Standard Work Schedule / Comp Time / Tardiness Policy
- ☑ Honeywell's "The Five Initiatives and 12 Behaviors" on which your PDS / Goals are based
- ☑ Reference Guide – New Grading System on PDS Form
- ☑ Individual Topic: _LEARNING MANAGEMENT SYSTEM (MICROSOFT ACCESS)_
- ☑ Individual Topic: _NOMINATE 1 EMPLOYEE FOR BRAVO OR R+R PROGRAM_
- ☑ Individual Topic: _OBTAIN GREENBELT CERTIFICATION (SIX SIGMA)_
- ☑ Individual Topic: _Come up with 1 Six Sigma Project_
- ☐ Individual Topic: _____

By signing this document I am acknowledging that I have received the above information as part of my annual performance review. My Project Manager and section supervisor provided me with both verbal and written counseling regarding site Policy # 03-01 through # 03-07.

Employee – Print Name: _Curley Young_

Employee – Signature: _[signature]_

Section Supervisor – Print Name / Signature: _JERRY TEMPLE   Jerry J. Temple_

Project Manager – Kenneth A. Erickson: _[signature]_