*JOB TITLE: ELECTROINIC TECHNICIAN – ELECTRONIC TECHNICIAN MAINTENANCE LEVEL I (GLC 23181Z)*

*JOB DESCRIPTION:*

Perform electrical trade functions, including installation, maintenance, and repair of electronic equipment. Write scenario programs for various stationary and portable range control computer systems. Apply alternating and direct current theory. Use technical manuals, drawings, and schematics to diagnose and locate faults in range equipment. Replace components at both the system and circuit card level. Apply technical knowledge to perform simple and routine tasks following detailed instructions and using common test measurement and diagnostic equipment such as digital multimeters, signal generators, circuit analyzers, clamp meters, load testers, and oscilloscopes. Maintain bench stocks of electronic components. Own or acquire personal hand tools.

Receive technical guidance, as required, from supervisor or higher level technician. Work is spot-checked for quality and accuracy.

*Education/Experience/Skills Sought:*

- Technical / vocation school graduate or DS/GS military training and experience
- One to Three years experience in the electronics maintenance field
- Ability to use soldering and desoldering equipment
- Knowledge of computer operating systems and application software
- Able to perform is rugged conditions and lift 50 pounds
- Possess a current Alabama driver's license.