# TAB N - UNDER SEAL
(Being held pending Court ruling)[1]

---

Description:   Selected portions of Christopher Hines' personnel file

---

[1] The identified records are <u>not attached</u> as they are the subject of a ***Motion to File Records Under Seal*** which has been filed simultaneously with Defendant's Motion for Summary Judgment, Brief, and Evidentiary Submission, and is further presented to this Court in accordance with Section 5 of the Protective Order entered by this Court on April 18, 2007. Following a court ruling, the records will be submitted as evidence in the manner prescribed by the Court.