IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CURLY YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06cv563-SRW |
| | ) | (WO) |
| HONEYWELL TECHNOLOGY | ) | |
| SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of defendant's motion for leave to file records under seal (Doc. # 25), it is

ORDERED that the motion is GRANTED. Defendant is DIRECTED to file the sealed documents, and provide them to opposing counsel, no later than May 7, 2007.

Done, this 2nd day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE