IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CURLY YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06cv563-SRW |
| | ) | (WO) |
| HONEYWELL TECHNOLOGY | ) | |
| SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This action is presently before the court on the motion for summary judgment filed by defendant on May 1, 2007. The parties are DIRECTED to comply with the order of this court entered on November 3, 2006 (Doc. #12), which establishes the briefing schedule. Additionally, it is

ORDERED that the parties are DIRECTED to mail or deliver to the court, in chambers, on or before June 5, 2007, bound and tabbed courtesy copies of their summary judgment submissions.

Done, this 2nd day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE