IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURLY YOUNG,<br><br>    Plaintiff,<br><br>vs.<br><br>HONEYWELL TECHNOLOGY SOLUTIONS, INC.,<br><br>    Defendant.<br>_____ | :<br>:<br>:<br>:  CASE NO:<br>:<br>:  1:06-CV-00563-SRW<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT'S NOTICE OF COMPLIANCE**
**REGARDING SEALED RECORDS**

**COMES NOW** Defendant, Honeywell Technology Solutions, Inc. ("Defendant" or "Honeywell"), by and through its undersigned counsel, and represents that pursuant to this Court's Order of May 2, 2007 Granting the Motion for Leave to File Records Under Seal (Doc. 26), it has sent via Fed-Ex the Sealed documents to the Clerk of Court on this 3rd day of May, 2007, and has prepared a Sealed packet for opposing counsel to be received by Jeffrey Bennitt on Friday, May 4, 2007.

More specifically, the records are identified pursuant to the Evidentiary Submission as indicated:

Tab L        UNDER SEAL - Selected portions of Robert Hadley personnel file

Tab M        UNDER SEAL - Selected portions of William Culpepper personnel file

Tab N        UNDER SEAL - Selected portions of Christopher Hines personnel file

1

Respectfully Submitted,

/s/Sandra B. Reiss
Sandra B. Reiss (ASB-3650-S80S)
Ryan M. Aday (ASB-3789-A54A)
**OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: sandra.reiss@odnss.com
          ryan.aday@odnss.com
*Counsel for Defendant, Honeywell
Technology Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2007, the foregoing Notice of Compliance Regarding Sealed Records was filed via this Court's CM/ECF, and that an electronic notice of the same will be served to Jeffrey W. Bennitt pursuant to this Court's electronic filing service.

/s/Sandra B. Reiss
Sandra B. Reiss (ASB-3650-S80S)
Ryan M. Aday (ASB-3789-A54A)
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: sandra.reiss@odnss.com
          ryan.aday@odnss.com
*Counsel for Defendant, Honeywell
Technology Solutions, Inc.*