IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURLY YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO: 1:06-CV-00563-SRW |
| vs. ) | |
| ) | |
| HONEYWELL TECHNOLOGY ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S RESPONSE TO THE DEFENDANT'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

COMES NOW the undersigned counsel of record for the Plaintiff, Curly Young, **and** hereby files his response to the Defendant's Motion to File Certain Documents Under Seal and states he has no objection to Defendant's Motion.

Respectfully Submitted,

_/s/_ Jeffrey W. Bennitt, Esq_
Jeffrey W. Bennitt, Esq.
ASB 0774 N51J
Attorney for the Plaintiff

1

**OF COUNSEL**

Jeffrey W. Bennitt, Esq.
Jeffrey W. Bennitt & Associates, LLC
4898 Valleydale Rd., Ste. A3
Birmingham, AL 35242
Email: Bennittlaw@aol.com
Phone: 205-408-7240
Fax: 205-408-9236

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Reinstate was served upon all counsel listed below by making use of CM/ECF electronic filing system in place in the United States District Court, Northern District of Alabama, on this the 7th day of May, 2007.

Sandra Reiss, Esq.
Ogletree, Deakins
One Federal Place, Ste. 1000
1819 5th Ave. North
Birmingham, AL 35223