IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURLEY YOUNG, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) CIVIL ACTION NO.: ) 6-563 |
| HONEYWELL TECHNOLOGY SOLUTIONS, INC., | ) ) ) |
| Defendant. | ) ) |

PLAINTIFF'S EVIDENTIARY SUBMISSION

1. Jerry Temple deposition
2. Kenneth Erickson deposition
3. Discipline policy
4. Cardinal Safety Rules of Honeywell
5. April 05 Update on Chris Hines
6. Curley Young Update
7. Report of Incident/Accident
8. Curley Young Update, third/fourth quarter update
9. Developmental Counseling Form
10. Truck and Tools Box at the close the business day–3/19/03
11. Incident on Thursday, September 28, 2000 from Jimmy Hodge to Curley Young
12. March 3, 2000 Memo to Jerry Temple
13. Memo to Young personnel file from Jerry Temple dated 24 November 2004
14. Awards of Curley Young
15. Curley Young evaluations
16. Temple evaluations
17. Notes from the files of Human Resource Specialist, Shawnda Hunt, dated 2004–See affidavit of James Garrett, para 12.

/s/ Jeff Bennitt
_____
Jeffrey W. Bennitt ASB N51J
BENOO4

Jeff Bennitt & Associates, LLC,
Suite A-3 4898 Valleydale Rd., Birmingham, Al 35242 (205) 408-7240

fax: (205) 408-9236   e-mail: Bennittlaw@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above was served on the defendant corporation and former counsel by mail/email on 5/21/07.

Hon. Ryan M. Aday
Hon. Sandra Reiss
Ogletree, Deakins, Nash
One Federal Place
1819 Fifth Ave North, Suite 1000
Birmingham, Al   35203


                                                /s/ Jeff Bennitt
                                                _____