# Exhibit 3

**Honeywell**

Honeywell Technology Solutions Inc.

| Supersedes<br>December 10, 2004 | Policy Title<br><br>**DISCIPLINE** | Policy Number<br>**45.304** |
|---|---|---|
| Originating Department<br>Employee Relations | | Date<br>February 2, 2005 |
| | | Page<br>1 of 5 |

I. **PURPOSE**

The satisfactory conduct of business, including protection of the rights and privileges of both employers and employees, requires that the behavior of employees as well as their job performance meet certain standards. It is the purpose of this policy to specify that provisions be made for the proper and appropriate disciplining of employees who fail to meet established standards as well as the disciplinary action to be followed in cases of misconduct.

II. **POLICY**

It is the policy of the Honeywell Technology Solutions, Inc. ("HTSI" or "the Company") to require that employees adhere to certain standards of conduct, to specify, to specify behavior or types of behavior that are considered a deviation from such standards, and to establish criteria for a written warning and an immediate discharge. The Human Resources Department is responsible for advice on and approval for any potential or actual discipline. Importantly, while this policy sets forth recommended disciplinary actions, the actual discipline imposed may vary based on the facts and circumstances of a particular situation, in the sole discretion of management. Moreover, nothing in this Policy is intended to create any requirement of progressive discipline, or to in any way alter an employee's status as an employee at will. **"Employee at will"** means you may leave your employment at HTSI at any time and for any reason, just as HTSI may terminate your employment at any time and for any reason.

III. **AFFECTED ACTIVITIES**

This policy applies to all non-bargaining unit personnel at all locations.

IV. **RESPONSIBILITIES**

A supervisor must consult with the Human Resources Department before taking action. When required or requested to investigate disciplinary action taken, it shall be the responsibility of Human Resources to determine if the discipline was proper. However, the primary source of dispute settlement should always be between the employee and the supervisor and, if required, should involve the supervisor's supervisor.

Oral warnings may be given at the discretion of the supervisor without HR approval. Such oral warnings must be documented, forwarded to Human Resources, and placed in the employee's personnel file. Oral warnings which are documented must be marked "Oral Warning" and shall not be construed as a written warning under this policy. There is no requirement that a written warning be preceded by an oral warning.

Written warnings must be documented, forwarded to Human Resources, and placed within the employee's personnel file. Such letters of warning typically should include at least the following information:

- Employee's name and badge number, department name and number, and section, if appropriate.

Young v. Honeywell
1602

**Honeywell**

| Honeywell Technology Solutions Inc. | | |
|---|---|---|
| **Supersedes**<br>December 10, 2004 | **Policy Title**<br><br>**DISCIPLINE** | **Policy Number**<br>45.304 |
| | | **Date**<br>February 2, 2005 |
| **Originating Department**<br>Employee Relations | | **Page**<br>2 of 5 |

- Nature of infraction (cite section of applicable policy).

- Date of infraction.

- Date of warning (should be as soon as possible after the infraction and an investigation of the facts).

- A statement notifying the employee that further violation will result in further disciplinary action up to and including discharge.

- Name and signature of the supervisor.

A written warning should be given to the employee and the employee should acknowledge receipt of the warning. Should the employee refuse to acknowledge receipt, this fact should be noted on the letter of warning and initialed by the supervisor. A written warning, once placed in the employee's file, cannot be removed and is evaluated in the event subsequent discipline is required. Certainly, the supervisor must weigh the significance of earlier discipline in light of time, relevance, and continuing employee performance.

<u>IT IS IMPORTANT TO NOTE THAT PERFORMANCE REVIEWS ARE NOT THE PROPER VEHICLE FOR DISCIPLINARY ACTION AND WHILE PERFORMANCE DEFICIENCIES MUST BE NOTED AND CONSTRUCTIVE CRITICISM OFFERED, DISCIPLINE SHOULD NOT BE INTENDED IN A PERFORMANCE REVIEW.</u>

V. <u>DEFINITIONS</u>

   None.

VI. <u>PROCEDURES</u>

   A. <u>Immediate Discharge</u>

   The following are among those actions which will prompt immediate discharge if the incident occurs in such a manner as to involve the employer or its customers. This list is not all-inclusive.

   1. Certain infractions of the HON Drug & Alcohol policy. See Honeywell Policy 341 at http://my.honeywell.com/hr/docs/Final_Drug_and_Alcohol_Policy_5-04.pdf

   2. Fighting (except necessary self-defense)

   3. Theft, willful defacing, or misuse of the Company's or fellow employees' property, and/or removing such property from the premises without a proper pass. (This would include

# Honeywell

Honeywell Technology Solutions Inc.

| Supersedes<br><br>December 10, 2004 | Policy Title<br><br>**DISCIPLINE** | Policy Number<br>**45.304** |
|---|---|---|
| | | Date<br>February 2, 2005 |
| Originating Department<br><br>**Employee Relations** | | Page<br><br>3 of 5 |

      violations such as the unauthorized use of the Company's or its customer's computers and/or auxiliary equipment.)

   4. Deliberately defrauding the Company by falsifying timecards, inaccurately recording production, and related infractions.

   5. Criminal or immoral behavior.

   6. Unauthorized possession of a dangerous weapon.

   7. Giving a Company badge or identification to any person not entitled to it, or assisting any person to enter Company premises without the Company's permission.

   8. Concealing, or attempting to conceal, defective work.

   9. Violation of rules established by or for the benefit of Honeywell.

   10. Willful violation or neglect of safety regulations or procedures contained in standard internal operating practices, cardinal safety rules, and procedure manuals, where the violation or neglect had the potential to cause physical injury or harm to personnel or property.

   11. Willful violation or neglect of security regulations or procedures. (A security violation that results in actual loss or compromise of classified information.)

   12. Sleeping on duty during a critical operational period.

   13. Violation of the Corporation's Equal Employment Policies in such a manner as to affect the terms and conditions of another employee's employment, - (i.e. compensation, employment status, performance reviews, promotion, transfer or demotion, or physical sexual advances), or acting in a manner that creates a hostile work environment.

   14. Engaging in activity that violates the Honeywell Code of Business conduct.

B.   <u>Written Warning, Followed by Discharge</u>

    The following are among those actions which may result in immediate discharge, but generally will first warrant a written warning, in the sole discretion of management. This list is not all-inclusive.

   1. Performance

   2. Insubordination or refusal to accept job assignments.

   3. Violation of safety rules or safe operations procedures.

Young v. Honeywell
1604

**Honeywell**

| Honeywell Technology Solutions Inc. | | |
|---|---|---|
| Supersedes<br><br>December 10, 2004 | Policy Title<br><br>**DISCIPLINE** | Policy Number<br><br>**45.304** |
| | | Date<br><br>February 2, 2005 |
| Originating Department<br><br>Employee Relations | | Page<br><br>4 of 5 |

    4. Excessive tardiness or excessive absenteeism.

    5. Misconduct, such as gambling, or use of obscene language.

    6. Stopping work or otherwise preparing to leave before the authorized time, or exceeding lunch periods.

    7. Violation or neglect of security management policies, regulations or procedures.

    8. Sleeping on duty.

    9. Non compliant with Timekeeping Policy.

  C. In addition to the above policy guidelines, the company reserves the right to discipline any employee who exhibits behavior that is detrimental to the Company business or that disrupts the work, as determined by the Company. These actions, while not specifically delineated, may result in discipline up to and including discharge. Such discipline must have the prior approval of the Human Resources Department.

VII. <u>ATTENDANCE GUIDELINES</u>

Regular attendance and punctuality contribute greatly to the efficiency and smooth operation of the company. The following absence procedures should be followed. If these guidelines are not followed, progressive disciplinary action will be applied up to and including termination.

  A. An employee is required to notify their Supervisor of a pending absence. Providing the reason for the absence and the date of probably return.  *[Formatted: Bullets and Numbering]*

  B. If under a physician's care due to illness or injury, it may be necessary to provide documentation from your doctor regarding the probable date of return. This information should be provided to the medical office.

  C. If an absence has been due to illness requiring a physician's care, a release from a medical doctor certifying the period of disability and return to work release may be request by the medical department.

  D. Supervisors may require written documentation for any absence regardless of duration.

  E. Employees absent for 3 consecutive workdays without reporting the absence to the Supervisor, including the cause of such absence, will be considered a voluntary quit and terminated from employment unless cause satisfactory to the company is furnished regarding such failure to report.

Young v. Honeywell<br>1605

# Honeywell

Honeywell Technology Solutions Inc.

| Supersedes | Policy Title | Policy Number |
|---|---|---|
| December 10, 2004 | | 45.304 |
| | **DISCIPLINE** | Date |
| Originating Department | | February 2, 2005 |
| Employee Relations | | Page |
| | | 5 of 5 |

F.    All leaves of absence are subject to the approval of Supervisor and Human Resources and must be fully documented. It is the responsibility of the employee to provide all the necessary information when applying for a leave of absence. Also see Policy 45.113.

VIII.   RELATED POLICIES/PROCEDURES/WORK INSTRUCTIONS

None.

IX.   FORM USED (IF APPLICABLE)


SIGNATURE ON FILE
Clyde Willard
Director, Human Resources

4705757_1.DOC       **HONEYWELL CONFIDENTIAL**      3/16/2007 10:40 AM

Honeywell

Honeywell Technology Solutions Inc.

| Supersedes | Policy Title | Policy Number |
|---|---|---|
| 3.005 March 17, 1989 | **DISCIPLINE** | 45.304 |
| Originating Department | | Date: December 10, 2004 |
| Employee Relations | | Page: 1 of 1 |

## POLICY CURRENTLY UNDER REVIEW.

Contact your HR Generalist for questions regarding this policy.

_____
Clyde Willard
Director, Human Resources

Young v. Honeywell
1607