# Exhibit 4



# Honeywell

## HTSI CARDINAL SAFETY RULES ( Fort Rucker )

④

No employee in this facility may:

1. Perform any surface or ground digging anywhere down range without prior **approval** from Range Control Operations Section.

2. Knowingly place her/himself or another person in physical danger, conceal a known hazard, enter a known surface danger zone ( SDZ ), picking up any ordnance without Government approval, or fail to promptly obtain attention for a personal injury or incident.

3. Conduct Preventive Maintenance Checks and Services ( PMCS ) on equipment without following proper check sheet forms, Lockout/Tagout procedures, and posting inspection failures to HTSI's database for proper supply turn-in.

4. Work at heights, either from a ladder or aerial work platform, without proper training on safe work practices or Fall Protection equipment (when required). All established safety precautions and procedures must be followed.

5. Perform any work without using the proper Personal Protective Equipment.

6. Engage in horseplay or disorderly conduct that endangers or injures employees, risks damage or actually does damage to company property

The actions listed above have been found to have such great potential for serious injury that any employee that engages in such actions will be subject to termination from the Plant regardless of previous performance. This policy is intended to protect the employee and his/her co-workers.

All employees are expected to understand and adhere to these Cardinal Rules and to request assistance in questionable situations. Further, all employees are encouraged to question the safety of all plant operations and become involved in improving them.

"I HEREBY ACKNOWLEDGE THAT I HAVE RECEIVED AND FULLY UNDERSTAND THE "CARDINAL RULES" AND AGREE THAT ANY VIOLATION OF THESE RULES MAY SUBJECT ME TO IMMEDIATE TERMINATION."

Employee: _Jerry S. Temple_

Project Manager: _Ken Erickson_

Safety Coordinator: _Robert Rinehardt_

Date: _5/26/05_

(Retain For Supervisor's Records)

Young v. Honeywell
0368