# Exhibit 5



## Chris Hines
## April 05 Update

Chris possesses an enormous amount of potential; he has very strong computer skills and a decent understanding of maintenance and troubleshooting skills. Chris is takes a proactive approach to any task asked of him no matter what the priority level. Chris has received the Crew Chief upgrade a few times now and has performed to standard.

* On April 16 the range technicians found out that the ball in the government staffs court had been dropped and were asked to setup the MPMG range for a special firing practice. In the absence of the Range Maintenance Crew Chief, the work had to be completed by COB of Friday the 17th of April and the CPQC was scheduled to go to a hot status at 0700 hrs that would lead to a work stoppage on the MPMG until firing was complete. Chris after being asked to come to work one hour earlier than his normal work time responded like a champion. The work was completed prior to the CPQC range even requesting a hot time. Once again Honeywell has risen to the call of duty with a remarkable and outstanding performance.

! ~~During a recent unannounced vehicle inspection it was determined that Chris's vehicle had a small amount of litter left inside the vehicle.~~

! On April 16th it was determined that Chris did not take part in any cleaning duties assigned to him.

*Chris H̶ (signature)*

3-June-05

Young v. Honeywell
1193