# Exhibit 6



# Curley Young
## August update

Curley does a good job at troubleshooting the target system problems on all the ranges. Curley continues to perform well in this arena. Curley possesses a strong background in maintenance serving close to eight years now as a range technician.

- Curley has done an outstanding job isolating and facilitating repairs to some of the small arms ranges, (IE) MRF, CPQC and MPMG.
- Curley is performing to standard at keeping his supply levels up to date.
- Curley performs to standard when asked to act as a crew chief.

! Curley continues to have minor problems with data input. The QAQC, Checks the input regularly and has found tasks that Curley completes wrong Or not completely filled out. Curley has spent time with the QAQC in An effort to correct these problems.

* On one occasion in June, Curley was taking an unscheduled break while Working on the MRF range. When confronted about it by the Program Manager he only replied that he had missed his morning break. The Perception from the customer is that we are always on break. We had Discussed this on several occasions and everyone knows the policy for Break and lunch periods.

* Curley's cleaning habits have been less than desirable. The last three weeks Of July, Curley has not taken part of or has spent a small amount of time during the cleanup of building 24309. This was part of the 05 goals for all of the range technicians in which everyone had a clear understanding and signed as such.

* On July the 22, Curley came to work late and had no excusable reason. Curley is always on the edge of tardiness and just refuses to do any different.

* On the 3rd of August, Curley came in the building at approximately 6:02 A.M. When asked about why he was late, he only replied he thought he was On time.

* On the 8th of August 2005 the Project Manager requested that I Thomas Lavar conduct a site visit to each Small Arms Range to see how high the vegetation was, and to give him a report. I reached CPQC Range and observed target panel box lids placed on top of berm boards ( two each ). I asked Curley why these were left uncovered, and Curley Replied he was performing PMCS on Friday the week prior to and left them uncovered. This could have created damage to the internal components of the GPB-9.

Young v. Honeywell
0103