# Exhibit 7



# Honeywell Technology Solutions, Incorporated

## REPORT OF INCIDENT/ACCIDENT/EXPOSURE
(THIS FORM COMPLIES WITH OSHA REPORTING REQUIREMENTS)

| HQ OFFICE USE ONLY |
|---|
| W/C ___ OSHA ___ DAYS LOST ____ DAYS RESTR. ____ V2K ____ DBASE ____ COPY - MED/VP ____ |

**A. GENERAL INFORMATION - TO BE COMPLETED BY EMPLOYEE. PLEASE TYPE OR PRINT.**

1. NAME: (LAST, FIRST, MI) __Young, Jr., Curley__  BADGE NO. __93787__

2. HOME ORGANIZATION NUMBER: __1.1.32.09.01.0761.04__

3. ADDRESS: (STREET, CITY, STATE, ZIP) __121 Independence Avenue__
   __Enterprise, AL   36330__

4. SSN: __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__  TELEPHONE: (HOME) (__334__) __348-2863__  WORK (__334__) __598-8858__

5. JOB TITLE: __Maintenance Trade Helper (GLC 23580Z)__  HOW LONG AT CURRENT JOB TITLE: __4.5 years__

6. EMPLOYMENT DATE: __12/01/97__  BIRTH DATE: __01/26/59__  AGE: __43__  MALE __X__  FEMALE ____

7. NUMBER OF HOURS WORKED PER DAY: __8.0__  USUAL SHIFT TIMES: __0600__ TO __1430__

8. CONTRACT NAME: __AGRC, Ft. Rucker, AL__

9. CONTRACT ADDRESS: __Hwy 27, AGRC Bldg 24309, PO Box 620050__  CITY: __Ozark__  STATE: __AL__

10. I UNDERSTAND THAT IF THIS INCIDENT/ACCIDENT/EXPOSURE IS HANDLED THROUGH WORKERS' COMPENSATION, ATSC WILL FOLLOW ALL APPLICABLE STATE/FEDERAL LAWS  YES __X__  NO ____  EMPLOYEE'S INITIALS ____

    IF "NO" REQUEST EXPLANATION FROM LOCATION REPRESENTATIVE. HAS AN EXPLANATION BEEN GIVEN AND DO YOU NOW UNDERSTAND? YES __X__  NO ____  EMPLOYEE'S INITIALS ____

**B. INCIDENT/NEAR MISS.** INCIDENTS ARE THOSE INJURIES THAT REQUIRE FIRST-AID TREATMENT ONLY, AND WILL NOT GENERATE A MEDICAL BILL. A NEAR MISS IS AN INDICATION THAT AN UNSAFE CONDITION OR UNSAFE ACT EXISTS. FOR THIS REPORT, A NEAR MISS INCLUDES ANY CONDITIONS THAT MIGHT HAVE CAUSED AN ACCIDENT OR INJURY, BUT FOR SOME REASON DID NOT.

1. DATE OF INCIDENT/NEAR MISS: __06/24/02__  TIME OF INCIDENT/NEAR MISS: __13:00 pm__

2. GIVE A COMPLETE DESCRIPTION OF THE INCIDENT/NEAR MISS: (ATTACH A SEPARATE SHEET IF NEEDED)

I was instructed to go to the Golf Mover to check the electrical status of the mover. After finding the status I began to give my report to my Crew Chief over the two way radio, while backing up my truck. I failed to notice the small trailer with the generator attached to my truck. The trailer jack knifted into the right rear of the quarter panel causing a large dent and breaking the tail light out on truck 99-03. I then stopped the truck, pulled it up about 6 or 7 feet to straighten the truck up. I then got out to check the actual damage. After the assessment I contacted my Crew Chief to inform him of the accident.

**C. ACCIDENT/EXPOSURE.** INJURY/ILLNESSES THAT REQUIRE MORE THAN FIRST-AID TREATMENT AND/OR WILL GENERATE A MEDICAL BILL FOR THE TREATMENT.

1. DATE OF ACCIDENT/EXPOSURE: __24 June 2002__  TIME OF ACCIDENT/EXPOSURE: __1300 hours__

2. ADDRESS WHERE ACCIDENT/EXPOSURE OCCURRED: __AGRC, G01M Target location__
   CITY: __Ft. Rucker__  STATE: __AL__  IS THIS A TEMPORARY WORK LOCATION? __NO__

3. WAS THIS ACCIDENT/EXPOSURE WORK-RELATED?  YES __X__  NO ____