# Exhibit 9



# DEVELOPMENTAL COUNSELING FORM

For use of this form, see FM 22-100; the proponent agency is TRADOC

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** 5 USC 301, Departmental Regulations; 10 USC 3013, Secretary of the Army and E.O. 9397 (SSN)
**PRINCIPAL** To assist leaders in conducting and recording counseling data pertaining to subordinates.
**ROUTINE USES:** For subordinate leader development IAW FM 22-100. Leaders should use this form as necessary.
**DISCLOSURE:** Disclosure is voluntary.

## PART I - ADMINISTRATIVE DATA

| Name (Last, First, MI) | Rank/Grade | Social Security No. | Date of Counseling |
|---|---|---|---|
| YOUNG, Curley | Contract | 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 | 18 March 2003 |

| Organization | Name and Title of Counselor |
|---|---|
| Honeywell | Kenneth A. Erickson - Project Manager |

## PART II - BACKGROUND INFORMATION

**Purpose of Counseling:** *(Leader states the reason for the counseling, e.g., performance/professional growth or event-oriented counseling, and includes the leader's facts and observations prior to the counseling.)*

You left your truck #03-08 unsecure 1500 hours on Friday, 14 March 2003. All of the tool boxes and the right passenger door was not locked. You left tools (hammer drill and saw) in the back of the truck that belonged in the tool room. Not only were the tools unsecure but they were being exposed to rain. This is not acceptable behavior.

## PART III - SUMMARY OF COUNSELING
Complete this section during or immediately subsequent to counseling.

**Key Points of Discussion:**
SECURITY OF TRUCK

SECURITY OF TOOL BOXES

SECURITY OF TOOLS

## OTHER INSTRUCTIONS
This form will be destroyed upon: reassignment *(other than rehabilitative transfers)*, separation at ETS, or upon retirement. For separation requirements and notification of loss of benefits/consequences see local directives and AR 635-200.

DA FORM 4856, JUN 1999   EDITION OF JUN 85 IS OBSOLETE   USAPA V1.00