# Exhibit 10

**Plan of Action:** *(Outlines actions that the subordinate will do after the counseling session to reach the agreed upon goal(s). The actions must be specific enough to modify or maintain the subordinate's behavior and include a specified time line for implementation and assessment (Part IV below).)*

SECURE TRUCK AND TOOLS BOXES AT THE CLOSE OF THE BUSINESS DAY.

TURN IN TOOLS INTO THE TOOL ROOM AT THE CLOSE OF THE BUSINESS DAY.

**Session Closing:** *(The leader summarizes the key points of the session and checks if the subordinate understands the plan of action. The subordinate agrees/disagrees and provides remarks if appropriate.)*

Individual counseled: [X] I agree   [ ] disagree with the information above.

Individual counseled remarks:

Signature of Individual Counseled: _[signature]_   Date: 3/19/03

**Leader Responsibilities:** *(Leader's responsibilities in implementing the plan of action.)*
NO ACTION TAKEN OTHER THAN INITIAL COUNSELING.

Signature of Counselor: _Kenneth Erik_   Date: 3/19/03

### PART IV - ASSESSMENT OF THE PLAN OF ACTION

**Assessment:** *(Did the plan of action achieve the desired results? This section is completed by both the leader and the individual counseled and provides useful information for follow-up counseling.)*
ISOLATED INCIDENT SHOULD NOT HAPPEN AGAIN.

Counselor: _KEC_   Individual Counseled: _____   Date of Assessment: _____

**Note: Both the counselor and the individual counseled should retain a record of the counseling.**

REVERSE, DA FORM 4856, JUN 1999   USAPA V1.00

Young v. Honeywell
0121