# Exhibit 12

# Honeywell

## *Memo*

Honeywell Technology Solutions Inc.
AGRC Bldg. 24309. P.O. Box 620550
Ft. Rucker, AL 36362-0550
Phone: (334)598-8858
Fax: (334)598-5037

**Date:**        March 3, 2000

**To:**         Jerry Temple, Pat Little, Curley Young

**From:**        James Hodges

This memo is to notify you of a discrepancy in the proper completion of the vehicle daily checklist for vehicle 99-05. On Wednesday, March 1at 0600 the spare tire was located in 99-05's truck bed and was visibly flat. The spare tire for this vehicle has not been on the truck since Wednesday, March 1. Item thirty-five of the checklist was not checked or noted in the comment section. More attention to detail should be exercised in completing this form. This will insure no lost productivity will occur due to returning to the shop for a spare tire when a flat tire occurs.

Filename: vehiclechecklistlMemo

Printed: March 3, 2000

Young v. Honeywell
0123