# Exhibit 13

Date:           23 November 2004

To:             Ken Erickson (Program Manager)

From:           Jerry Temple (Range Tech. Supervisor)

Subject:        Tardiness

On Monday the 22 of November 2004, Curley Young was approximately four minutes late for work. Curley has been verbally counseled on this issue and understands that tardiness will not be tolerated without just cause and prior notice. The next incident will justify a written warning.

Young v. Honeywell
0104