# Exhibit 14

(14)

# Honeywell Technology Solutions, Inc.

Presents this Certificate to

Curley Young, Jr.

For outstanding safety performance at Honeywell Technology Solutions Corporation during the First Quarter of FY04. Thank you for a job well done in the operation and maintenance of the Fort Rucker Gunnery Range Complex.

**Honeywell**

February 20, 2004

_Kenneth A. Erickson_, Project Manager

Young v. Honeywell
0142

 

October 10, 2003

Curley Young
Jr. Range Technician
Fort Rucker Aerial Gunnery Range Complex

**Letter of Appreciation**

On behalf of Honeywell Technology Solutions Inc. we would like to extend our sincerest thanks for your superior efforts during the last fiscal year quarter ending September 30, 2003. On October 9, 2003, our customer delivered their latest award fee evaluation containing an overall score of 94 points. This evaluation, which equates to 93% of the award fee pool, represents the highest fee earned on the contract in over five years. Your constant drive to increasing customer satisfaction and continual process improvement has been recognized by our customer.

The Fort Rucker Aerial Gunnery Range Complex (AGRC) availability is at all-time highs because of your relentless pursuit of excellence. These world-class availability metrics provide the war fighter with key advantages in training. What makes this evaluation even more satisfying is knowing that it was accomplished during an exceptionally challenging time. Two high profile special projects were completed. The Multi-Purpose Machine Gun (MPMG) and Hand Grenade (HG) ranges were built in record times at the highest quality levels.

You should take time and reflect on your accomplishments and know that an exacting customer, with high standards of operational excellence, has recognized your performance as superior. You met the challenges up front and delivered. Remain focused and continue your drive for success. Thank you for a job well done!

With gratitude and appreciation,


Thomas G. Brothers
Program Manager,
Army Programs

John Murray
Director,
Navy & Intelligence Programs

Young v. Honeywell
0144



# HTSI
# Reward & Recognition Program
## Award Order Form

**Employee's Name:** Curley Young, Jr.   **SS#** 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   **Badge #** 93787

### Charge Information:
Charge Number: 9084-01 / 912-008 / 1.1.32.09.01.0761.01
Nominating Dept. Name/No.: AGRC, Ft. Rucker, AL / 5015   and Loc. Code: 0761 / 27J

### Award Amount:
} Gift Certificates only

Retailer Choice: J.C. Penny's   Amt. $ 100.00

Alternate Retailer Choice: Red Lobster   Amt. $ 100.00

### Administrative Information:
From:
HTSI
7000 Columbia Gateway Drive
Columbia, MD 21046-5555
Attn: R&R Administrator

Admin. or Local TRP Coordinator (name): **Carol Trabal**
Full Mailing Address: Hwy 27 N, AGRC Bldg 24309, PO Box 620550
Ft. Rucker, AL 36362-0550   Phone: (334) 598-8858

Employee signature: _[signature]_

*Please note: If ordering three or more gift certificates, please complete additional order forms and attach all order forms together. Approved Nomination Form must be attached*



# Honeywell Technology Solutions, Inc.

Presents this Certificate to

## Curley Young, Jr.

*In Recognition for extraordinary effort and personal commitment resulting in Employee of the Second Quarter, Fiscal Year 2001*

**Honeywell**

December 14, 2001

_____
James L. Hodges, Project Manager

02/24/2007  12:46  3345985037  HONEYWELL TECHNOLOGY  PAGE  85



## Lump Sum Notification Letter

Name:                   Young Jr,Curley
SBU:                    ASES
SBE:                    HTSI
Department:             Ft. Rucker AGRC
Current Title:          Maintenance Trades Helper (16)
Current Band/Grade:     AR
Mgr Name:               Brothers,Thomas

Dear Curley :

Congratulations! On 9/6/2002 you will receive a lump sum merit increase in the amount of $600.00.

The entire lump sum merit amount is included in the first paycheck of the month to ensure contribution of your 401k and, if applicable, pensionable earnings. Federal and State taxes are withheld at your regular tax rate.

Should you have any questions, please contact your supervisor or manager.

Young v. Honeywell
0154