# Exhibit 15

## AlliedSignal Technical Services Corporate

# INITIAL REVIEW PERIOD REPORT



This form is to be filled in by the immediate supervisor of the new employee, approximately at the end of 30, 90, 120, and 180 days. A copy of the completed form must be sent promptly to Human Relations at the end of the 180 day period.

Employee __Curley Young JR__   Dept./Employee No. __93787__

Classification __Maint Trades Helper__   Pay Code __D__   Date Employed __12/01/97__

Organization __1.1.32.09.0261.01__   Location __0761__   Supervisor/Lead _____

| Characteristic | Performance | | | |
| --- | --- | --- | --- | --- |
| | 1/01/97 30 days | 2/01/97 90 days | 3/01/97 120 days | 4/01/97 180 days |
| **Work** - Consider job performance and quality and quantity of work. | S- | | | |
| **Conduct** - Consider cooperation, compatibility with fellow employees, and adherence to departmental rules. | G | | | |
| **Ability** - Consider judgement, ability to learn, and initiative. | S+ | | | |
| **Attendance** - Consider reliability to be at work on time every day, except for good reason. | S- | | | |
| **Safety Habits** - Consider work methods as they affect safety of self and others, and observance of all safety rules. | S | | | |
| Date Reviewed by Employee - (Supervisor/Lead and employee must initial and date.) | CY G 2/3/98 | | | |

Codes for initial performance grade:   E, Excellent;   G, Good;   S, Satisfactory;   U, Unsatisfactory

Recommendation regarding continued employment as measured by the first 180 days (Explain):

_____
_____
_____
_____

_____   _____
Immediate Supervisor/Lead   Date     Immediate Supervisor/Lead's Superior   Date

Supervisor/Lead's Note: Please advise employee that although we hope that employment with the Company will be mutually satisfactory over the long term, of course, either the employee or the Company are free to terminate the employment relationship at any time.

ATSC-119 1/95

Young v. Honeywell
0146

# AlliedSignal
## CONTINUOUS IMPROVEMENT SUMMARY

**Employee Name:** Curley Young    **SSN:** 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

### Results Overview
**Performance Highlights and Targets Missed (results compared to objectives)**
- Ensure the AGRC was 100% operational for all firing periods.
- Achieved safety goal of no reportable accidents.
- Assisted in achieving 100% award fee for the Third quarter in 1998.
- Innovated new replacement cannon plugs for LGB-J boxes.
- Innovated new fold-over clips to repair stripped treats in LCB-J box covers.

### Strengths / Development Needs

**Strengths**
- Makes effort to meet goals of the program
- Bias for action, always looking for improvements
- Flexible to meet changing work requirements
- Reliable to meet the needs of programs goals
- Supports change and embraces new ideas
- Always looking for new innovative ideas for simplification of work task.

**Development Needs**
- Develop a better understanding of the direct needs of the contract
- Develop an understanding of program goals and objectives.
- Achieve a better understanding of ATSG policies.
- Communicate more effectively with supervisors and other management personnel.

### Success Highlights and Codes

| (Summarize Highlights & Development Needs) | | Code* |
|---|---|---|
| Business Acumen | Demonstrates interest/ aptitude in target maintenance | ND |
| Customer Focus | Focuses on work process to meet customer satisfaction | AS |
| Vision and Purpose | Sees possibilities and is optimistic about change, promotes reduced cycle time | AS |
| Values and Ethics | Understands ASTC values and ethics works to achieve this goal | AS |
| Bias for Action | Seizes opportunity, focuses and supports the common goal | ND |
| Commitment | Candid and is forthright with actions | EX |
| Teamwork | Supports meaningful projects serves on problem solving teams | AS |
| Innovation | Promotes creativity and strives for new innovation on a daily basis | EX |
| Developing People | Demonstrates commitment to the team and ATSC goals at Ft. Rucker. | AS |
| Performance | Strives for continuous improvement and works toward the common goals of the organization | AS |
| Technical | Need to study the hydraulic systems and understand the electronic components. | ND |

*EX=Exceeds Standard  AS=At Standard  ND=Needs Development  NA=Not Applicable/Not Demonstrated

### Development Actions and Timing
| | |
|---|---|
| 3/99 | TQ Training |
| 6/99 | Enroll In College |
| 9/99 | UXO Training |

**Potential Next Moves**    Short Term (0-2 years): Develop in place
                            Long Term (2-5 years): Range Tech Supervisor

_HODGES, JAMES_ /Manager                    _Curley Young_ /Employee  2/23/99 Date            Second Level Review/Date

Employee Signature indicates that a joint discussion with the manager has taken place and does not necessarily signify employee's agreement to the manager's assessment/evaluation

☐ Indicates Employee has made comments regarding objectives, discussion, etc and the comments are attached


Young v. Honeywell 0149

# Honeywell

## Continuous Improvement Summary

**Employee Name:** Curley Young, Jr.
**Social Security Number:** 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

### Performance Summary
*Performance Highlights and Targets Missed and Development Plan*
- Ensured the AGRC was 100% operational for all firing periods
- Achieved safety goal of no reportable accidents
- Built bracket for replacement of rectifier assembly in LJB-L box with a cost savings of $300 each.
- Engineered new modem panel retainer chip
- Engineered safety cover for power block inside LJB-L
- Gained a greater attitude for the overall vision of the Gunnery Range contract
- Completed TQ I & II training
- Completed DS/GS training on the Electric Armored Moving Target Carrier

### Success Attributes and Behaviors

| | EX | AS | ND | NA |
|---|---|---|---|---|
| Business Acumen | | | ■ | |
| Customer Focus | | ■ | | |
| Vision and Purpose | | ■ | | |
| Values and Ethics | | ■ | | |
| Bias for Action | ■ | | | |
| Commitment | ■ | | | |
| Teamwork | | | | |
| Innovation | | | | |
| Developing People | | | | |
| Performance | | ■ | | |
| Technical Skills | | | ■ | |

EX = Exceeds Standard   AS = At AlliedSignal Standard
ND = Needs Development   NA = Not Applicable

### Development Needs
- Develop a better understanding of the direct needs of the contract
- Develop an understanding of program goals and objectives
- Achieve a better understanding of HTSI policies
- Communicate more effectively with supervisors and other management personnel

### Capabilities Summary
**Strengths**
- Makes efforts to support goals of the program
- Bias for action - always looking for improvements
- Flexible to meet changing work requirements
- Reliable to meet the needs of program goals
- Supports change and embraces new ideas
- Always looking for new innovative ideas for simplification of work task

### Development Actions and Timing
- 6/00   Enroll in College
- 9/00   UXO Training
- 10/00  Computer Courses
- 10/00  Scenario Programming for Target Systems

### Potential Next Moves

**Short Term - (0-2 Years)**
Develop in Place

**Long Term (2-5 Years)**
Range Technician Supervisor

_____  3/9/00
Manager / Employee    Date

Second Level Review/Date _____

Employee signature indicates that a joint discussion with the manager has taken place and does not necessarily signify employee's agreement of the manager's assessment /evaluation.

☐ Indicates Employee has made comments regarding objectives, discussion, etc. and the comments are attached

Young v. Honeywell 0148

# Honeywell
## CONTINUOUS IMPROVEMENT SUMMARY



**Employee Name:** CURLEY YOUNG, JR.

### Results Overview
**Performance Highlights and Targets Missed** (results compared to objectives)

- Ensured the AGRC was 100% operational for all firing periods
- Achieved safety goal of no reportable accidents
- Received award for employee of the 2nd Quarter
- Gained a greater attitude for the overall vision of the Gunnery Range contract
- Need to develop better understanding of electrical code
- Develop scenario writing ability

### Success Attributes and Behaviors
(Summarize Highlights & Development Needs)

| | | Code* |
|---|---|---|
| Business Acumen | Demonstrates interest/aptitude in target maintenance. | EX |
| Customer Focus | Focuses on work process to meet customer satisfaction. | AS |
| Vision and Purpose | Sees possibilities and is optimistic about change, promotes reduced cycle time. | AS |
| Values and Ethics | Understands Honeywell values and work ethic. | AS |
| Bias for Action | Seizes opportunity, focuses and supports the common goal. | AS |
| Commitment | Candid and is forthright with actions. | EX |
| Teamwork | Willing to help. Develops new personnel into productive team members. | AS |
| Innovation | Promotes creativity and strives for new innovation on a daily basis. | AS |
| Developing People | Demonstrates commitment to the team and Honeywell goals. | AS |
| Performance | Strives for continuous improvement and works toward the common goals of the organization. | AS |
| Technical | Develop better understanding of EAMTC's troubleshooting procedures. | AS |

*EX=Exceeds Standard  AS=At Standard  ND=Needs Development  NA=Not Applicable/Not Demonstrated

### Summary

| Development Needs |
|---|
| • Develop a better understanding of the direct needs of the contract |
| • Develop an understanding of program goals and objectives |

**Strengths**
- Makes efforts to support goals of the program
- Bias for action- always looking for improvements
- Flexible to meet changing work requirements
- Reliable to meet the needs of program goals
- Supports change and embraces new ideas
- Always looking for new innovative ideas for simplification of work task

### Development Actions and Timing
- Enroll in College
- 2002 UXO Training
- 2002 Computer Courses
- 2002 Scenario Programming for Target Systems
- 2002 Pass the Journeyman Electricians Exam

| Potential Next Moves | Short Term (0-2 years): | Develop in place |
|---|---|---|
| | Long Term (2-5 years): | Range Technician Supervisor |

_Curley Young, Jr._   02/04/2002
Employee                Date

_Rodger L. Singletary_
Manager

_____  _____
Second Level Review/Date

Employee Signature indicates that a joint discussion with the manager has taken place and does not necessarily signify employee's agreement to the manager's assessment/evaluation

☐ Indicates Employee has made comments regarding objectives, discussion, etc and the comments are attached

Young v. Honeywell
0147

# Honeywell

## Continuous Improvement Summary

*Employees must abide by and uphold the Code of Business Conduct and all laws.*

**Employee Name:** Curley Young Jr                **Employee ID:** E092639

### Performance Summary
- Completed Ammo 45 Training
- Completed AT level 1 awareness training
- Performed target maintenance on AGRC as required
- Performed monthly PM inspections on LJB-L's as required
- Performed quarterly PM inspections on GRs and LRs as required
- Performed monthly PM inspections on EAMTCs and AMTCs as required

### Honeywell Behaviors

| Behavior | Rating |         | Behavior | Rating |
|---|---|---|---|---|
| Growth and Customer Focus | EX | | Global Mindset | ND |
| Leadership Impact | AS | | Intelligent Risk Taking | AS |
| Gets Results | AS | | Self-Aware/Learner | EX |
| Makes People Better | AS | | Effective Communicator | AS |
| Champions Change and Six Sigma | AS | | Integrative Thinker | AS |
| Fosters Teamwork and Diversity | AS | | Technical or Functional Excellence | AS |

Rate the Honeywell Behaviors using the following Ratings
EX = Exceed Standards       ND = Needs Development
AS = At Honeywell Standards  NA = Not Applicable/Not Demonstrated

### Mid-Year Update

### GOALS
Maintain the AGRC IAW contract to assist section in attaining a 90% award fee for my section
Zero days away from work (no lost-time accidents)
Develop skills in other facets of target maintenance (ie. Learn about new solar targets and maintenance requirements)
Develop the appropriate skills in order to attain a journeymans electricians license (ie. enroll in electricians course)

### Strengths
Team player in support of common goals
Provides diversity on mission objectives
Dedicated to achieving cost objectives
Always strives to uphold policy and procedure

### Development Needs
- Development of electrician skills
- Strengthen knowledge in computer skills
- Continue to develop communication skills

### Development Actions
Attend technical courses to strengthen electrical and electronic skills/abilities
Enroll in computer training courses
Attend a leadership/communications skills course
Take the lead and demonstrate leadership and communication skills when ever possible

| Type | Timing |
|---|---|
| Classroom | 2003 |
| Self Study/Independent Study | 2003 |
| Self Study/Independent Study | 2003 |
| Coaching/Mentoring | 2003 |
| Assignment | |
| Assignment | |

**Potential Next Move - Short Term (0-2 Years)**       **Potential Next Move - Long Term (2-5 Years)**
Electrician                                            Range Tech Supervisor

Employee Signature*  [signature]   Date 2/24/03   Manager Signature [signature]  Date 2/24/03   Manager Signature (Mid-Year Update)

*Employee signature indicates that discussion with the manager has taken place and does not necessarily signify employee's agreement of the manager's assessment/evaluation.

Young v. Honeywell
0145

# Performance & Development Summary

**Honeywell**

Employee Name: Curley Young, Jr.  EID: E092639   Title: Maintenance Trades Helper   Business Unit: ASES / HTSI   Performance Year: 2004

## Results Assessment

| Goal Name | *E | A | B |
|---|---|---|---|
| 1. Growth and Customer Focus | ☐ | ☒ | ☐ |
| 2. Sales | ☐ | ☒ | ☐ |
| 3. Learning | ☐ | ☒ | ☐ |
| 4. Safety | ☐ | ☒ | ☐ |
| 5. Intelligent Risk Taking | ☐ | ☒ | ☐ |
| 6. Production Control | ☐ | ☒ | ☐ |
| 7. Champions Change and Six Sigma | ☐ | ☒ | ☐ |
| 8. Financials | ☐ | ☒ | ☐ |

*Rating Key:
E=Exceed Honeywell Standard
A=At Honeywell Standard
B=Below Honeywell Standard

## Behavioral Assessment

| | *E | A | B |  | *E | A | B |
|---|---|---|---|---|---|---|---|
| Growth & Customer Focus | ☐ | ☒ | ☐ | Global Mindset | ☐ | ☒ | ☐ |
| Leadership Impact | ☐ | ☒ | ☐ | Intelligent Risk Taking | ☐ | ☒ | ☐ |
| Gets Results | ☐ | ☒ | ☐ | Effective Communicator | ☐ | ☒ | ☐ |
| Makes People Better | ☐ | ☒ | ☐ | Self Aware/Learner | ☐ | ☒ | ☐ |
| Champions Change & Six Sigma | ☐ | ☒ | ☐ | Integrative Thinker | ☐ | ☒ | ☐ |
| Fosters Teamwork & Diversity | ☐ | ☐ | ☒ | Technical/Functional Excellence | ☐ | ☐ | ☒ |

**Comments on Behaviors that Exceed Honeywell Standard:** Curley has the knowledge and skills to complete missions with no supervision.

**Comments on Behaviors that are Below Honeywell Standard:**

## Overall Performance Summary

**Comments:**
Mr. Young is performing at Honeywell standards in most cases. Mr. Young is performing at a sub-standard level in regard to the timely submittal of required paperwork on equipment and vehicle housekeeping practices.

Compensation (%):
MER:
LSM:

## Development Planning

Continue development in computer skills and strategic planning. Radio Frequency Training - Honeywell driven training. Complete required paperwork in a thorough and timely manner. Complete 40 hours of continuing education yearly.

## Business Unit Moves

Promotable at Fort Rucker, AL site only.

Manager-1st Level: Jerry Temple   25 Jan 05    Manager-2nd Level: Kenneth A. Erickson   25 Jan 05    Employee: [signature] Date: 3/23/05

PDS10-2004

Young v. Honeywell
0108