# Exhibit 16

# AlliedSignal

**Employee Name:** Temple, Jerry     **S.S. No:** 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

## Continuous Improvement Summary

### Performance Highlights and Targets Missed (Results compared to objectives)

- Assisted in the achievement of a 100% operational status on the AGRC for all scheduled inspections and firing periods.
- Assisted in the achievement of an average award fee score of 97.5%.
- Assisted Program Manager in exceeding the cost savings goal for FY-95 by 132%.
- Performed duties as safety representative in an outstanding manner. Contributed significantly in the areas of training, inspections sites specific plan, and raising associate awareness levels.
- Consistently performs most tasks in a timely manner and ensures quality results.
- Improved customer satisfaction by exhibiting a "can do", positive attitude.

### Summary

**Strengths**
- Completes assigned tasks with little or no supervision.
- Self motivated.
- Timeliness
- Supports customer excellence.
- Seeks to improve skills
- Seeks positions of greater responsibility

**Development Needs**
- Requires training and more hands on experience in electronics and circuit card repair.
- Requires certification as a safety representative.
- Develop TQ skills and utilize tools
- Written and verbal communication skills (choice of words/tact)
- Making the tough decision early enough.
- Leadership skills and developing subordinates leadership and technical skills.
- Exposure to, and development toward understanding the "big picture". (contract, customer, corporation)

### (Summarize Highlights & Development Needs)

| Category | Code |
|---|---|
| Business Acumen - Strives to enhance the reputation of AlliedSignal, but needs to develop communication skills and broaden perspective of the contract. | ND |
| Customer Focus - Strongly committed to obtaining a high degree of customer satisfaction. | AS |
| Vision and Purpose - Usually takes positive steps to meet management's objectives. Sometimes unable to see the big picture. | AS |
| Values and Ethics - Communicates honestly, and clearly communicates concerns to management. | AS |
| Bias for Action - Self starter who usually manages priorities and completes assigned tasks correctly the first time. Allocates time effectively. | EX |
| Commitment - Supports management's objectives in most cases. Has been hesitant at times to support new methods. | AS |
| Teamwork - Actively participates in TQ sessions and endeavors to maintain a strong relationship with co-workers. Must learn to repel the negative influence of others. | AS |
| Innovation - Continues to seek cost saving opportunities and improvements to current operations. Must learn to listen to others and try new ideas. | ND |
| Developing People - Constantly ensures that safety is at the forefront of everyone's mind. Needs to develop and demonstrate leadership capabilities. | AS |
| Performance - Consistent in the performance of daily duties. Performs most assigned tasks to standard. | AS |
| Technical - Displays a knowledge in most areas of target systems and equipment associated with the AGRC. Needs to develop skills in the areas of electrical and electronic troubleshooting. | ND |

EX = Exceeds Standard    AS = At Standard    ND = Needs Development    NA = Not Applicable/ Not Demonstrated

- Attend college courses to improve written and verbal communication skills
- Attend technical courses to improve electrical/electronic technical skills.
- Practice using different tools to facilitate the TQ process.
- Train associates and share knowledge to enhance their growth.
- Participation in activities/events that will provide exposure and understanding of the "big picture".
- Learn supply/maintenance support systems and documentation by reviewing appropriate manuals and hands on experience.

### Potential Next Moves

**Short Term - (0-2 Years)** Supervisor/QA/QC Specialist

**Long-Term (2-5 Years)** Deputy Project Manager

| Manager | Employee | Date | Second Level Review/Date |
|---|---|---|---|
| [signature] | [signature] Jerry S. Temple | 8/21/95 | |

☐ Employee Signature indicates that a joint discussion with the manager has taken place and does not necessarily signify employee's agreement to the manager's assessment/evaluation.

☐ Indicates Employee has made comments regarding objectives, discussion, etc. and the comments are attached

SS 8886   1/95

Young v. Honeywell
0389

# AlliedSignal — Continuous Improvement Summary

**Employee Name:** Jerry L. Temple  **S.S. No:** 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

## (Summarize Highlights & Development Needs)

| | Code* (see below) |
|---|---|
| **Business Acumen** Needs to further develop communication and learn the contract requirements. Needs to portray his self more professionally. | ND |
| **Customer Focus** Has a great attitude toward customer satisfaction. Always willing to meet customer needs. | EX |
| **Vision and Purpose** Always supports managements goals. | AS |
| **Values and Ethics** Honest and ethical to the highest standard, and voices concerns to management when something is amiss, always follows policy and procedure. | EX |
| **Bias for Action** Self-starter who effectively manages time. Improvement of organizational skills are necessary. | AS |
| **Commitment** Supports new ideas and methods. Needs to calculate on the voices of associates and management to expand on changes. | ND |
| **Teamwork** Actively participates in TQ sessions and listens to ideas of others. | AS |
| **Innovation** Seeks cost saving opportunities and improvements to current operations. Needs to actively listen to subordinates and expand upon innovative ideas. | AS |
| **Developing People** Safety focused, sets the example for others to emulate. Performance Consistent on a daily basis. Maintains a high level of motivation. Needs to help others achieve new innovation. | AS |
| **Technical** Displays a strong knowledge of target systems and equipment associated with the AGRC. Needs to develop more depth of electrical and electronics technical skills. | ND |

\* EX = Exceeds Standard  AS = At Standard
  ND = Needs Development  NA = Not Applicable/ Not Demonstrated

- Assisted in the achievement of 100% operational status on the AGRC.
- Assisted in the achievement of 99% performance score for FY 97.
- Assisted the Program Manager in exceeding the cost savings goal of $45,000 by 176%.
- Performed duties as associate safety representative in an outstanding manner. There were no recordable accidents during FY 97.
- Improved customer satisfaction by exhibiting a positive "will do" attitude.
- Took the lead in completing the stairs handrail "u-do-it" project to bring the railing up to OSHA Standards.

## Summary

| Strengths | Development Needs |
|---|---|
| • Highly self-motivated. | • Improve technical skills (electrical and electronic). |
| • Supports customer excellence. | • Requires certification as a safety representative/ forklift trainer. |
| • Willingly takes on other areas of responsibility. | • Develop TQ skills and utilize tools. |
| • Timely. | • Written and verbal communication skills needs development. |
| • Reliability - has been there when we needed him. | • Making the tough decision. |
| • Focuses on safety. | • Developing subordinates leadership and technical skills. |
| • Shares knowledge with co-workers to enhance their growth. | • Familiarization with contract. |
| • Able to follow and enforce policy and procedure. | |
| • Flexibility of work schedule. | |

## Potential Next Moves

**Short Term - (0-2 Years)**
QA/QC

**Long-Term (2-5 Years)**
Deputy Project Manager

| | | | |
|---|---|---|---|
| *[signature]* | *[signature] Jerry L. Temple* | 3/6/98 | |
| Manager | Employee | Date | |
| | *[signature]* 4/5/98 | | |
| | Second Level Review/Date | | |

- • Attend courses or workshops to improve written and verbal communication skills.
- • Attend technical courses to improve electrical/ electronic troubleshooting skills.
- • Learn the contract.
- • Practice utilization of TQ skills/ tools on a daily basis.

Employee Signature indicates that a joint discussion with the manager has taken place and does not necessarily signify employee's agreement to the manager's assessment/evaluation.
☐ Indicates Employee has made comments regarding objectives, discussion, etc. and the comments are attached

SS 8966  1/95

16

Young v. Honeywell
0394



# CONTINUOUS IMPROVEMENT SUMMARY

**Employee Name:** Jerry Temple  **SSN:** 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

## Performance Highlights and Targets Missed (Results compared to objectives)
(Summarize Highlights & Development Needs)

- Assisted in the achievement of 100% operational status on the AGRC.
- Assisted in the achievement of 100% performance score for FY 98 in the third quarter.
- Performed duties as associate safety representative in an outstanding manner. There were no recordable accidents during FY 98.
- Presented and displayed a positive attitude toward the customer at all times.
- Assisted in charge of the supply parts system by taking charge and having a "can do attitude"
- Assisted in the manufacture of new Combined Relay Automated Box (CRAB) to operate AMTCs.

## Strengths
- Highly self-motivated.
- Supports customer excellence.
- Willingly takes on other areas of responsibility.
- Timely.
- Reliability - has been there when we needed him.
- Focuses on safety.
- Shares knowledge with co-workers to enhance their growth.
- Able to follow and enforce policy and procedure.
- Flexibility of work schedule.

## Development Needs
- Improve technical skills, such as, Computer software applications and high pressure hydraulics.
- Requires certification as a safety representative/ forklift trainer.
- Develop TQ skills and utilize tools.
- Written and verbal communication skills needs development.
- Developing subordinates leadership and technical skills.
- Familiarization with contract.

| | | Code* |
|---|---|---|
| Business Acumen | Understands contract requirements. Familiar with range operations and can adjust to the customer needs on short notice. | ND |
| Customer Focus | Has a great attitude toward customer satisfaction. Always willing to meet customer needs. | EX |
| Vision and Purpose | Supports management goals. Assist in meeting Army's goals and training requirements. | AS |
| Values and Ethics | Honest and ethical to the highest standard, and voices concerns to management when something is amiss, readily supports policy and procedure. | AS |
| Bias for Action | Self-starter needs to manage logistic time away from field. Improvements of organizational skills are necessary. | AS |
| Commitment | Takes ownership of job task and delivers on commitments. | EX |
| Teamwork | Actively participates in TQ sessions and listens to ideas of others. Needs to help others achieve new innovation. | AS |
| Innovation | Seeks cost saving opportunities and improvements to current operations. Needs to establish process for continuous improvement | AS |
| Developing People | Safety focused, sets the example for others to emulate. | EX |
| Performance | Consistent on a daily basis. Maintains a high level of motivation. | EX |
| Technical | Displays a strong knowledge of target systems and equipment associated with the AGRC. Needs to develop more depth of electrical and electronics technical skills. | ND |

*EX=Exceeds Standard  AS=At Standard  ND=Needs Development  NA=Not Applicable/Not Demonstrated

## Potential-Next Moves

**Short Term (0-2 years):** QA/QC   **Long Term (2-5 years):**

Attend courses or workshops to improve written and verbal communication skills.
Attend technical courses to improve software applications troubleshooting skills
Practice utilization of TQ skills/ tools on a daily basis.

| | | |
|---|---|---|
| *signature* HODGES, James L. | *signature* Jerry Temple | 2/25/99 |
| Manager | Employee | Date |
| | Deputy Project Manager | Second Level Review/Date |

Employee Signature indicates that a joint discussion with the manager has taken place and does not necessary signify employee's agreement to the manager's assessment/evaluation
☐ Indicates Employee has made comments regarding objectives, discussion, etc and the comments are attached

Young v. Honeywell
0393

# Honeywell

## Continuous Improvement Summary

Employee Name: Jerry L. Temple  
Social Security Number: 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

### Performance Summary
Performance Highlights and Targets Missed and Development Plan

- Performed duties as Associate Safety Representative in an outstanding manner.
- Organized and arrange Supply Room to facilitate better accountability standards.
- Aided in the design of Petroleum, Oil, Lube (POL) Storage Facility.
- Presented and displayed a positive attitude towards the customer at all times.
- Commence developing associates to a higher maintenance standards.
- Completed DS/GS Training.

### Capabilities Summary

**Strengths**
- Highly Self-motivated
- Supports Customer Excellence
- Willingly takes on other areas of responsibility
- Timely
- Reliability - has been there when we needed him.
- Focuses on safety.
- Shares knowledge with co-workers to enhance their growth
- Able to follow and enforce policy and procedure
- Flexibility of work schedule

### Development Actions and Timing
- Attend courses or workshops to improve written and verbal communication skills.
- Attend technical courses to improve software application troubleshooting skills and electronics knowledge
- Practice utilization of TQ skills/tools on a daily basis

### Potential Next Moves

**Short Term - (0-2 Years)**  
QA/QC

**Long Term (2-5 Years)**  
Deputy Project Manager

### Success Attributes and Behaviors

| | EX | AS | ND | NA |
|---|---|---|---|---|
| Business Acumen | | ■ | | |
| Customer Focus | | ■ | | |
| Vision and Purpose | | | ■ | |
| Values and Ethics | ■ | | | |
| Bias for Action | | ■ | | |
| Commitment | | ■ | | |
| Teamwork | | ■ | | |
| Innovation | | | ■ | |
| Developing People | | ■ | | |
| Performance | | ■ | | |
| Technical Skills | | | ■ | |

EX = Exceeds Standard  
ND = Needs Development  
AS = At AlliedSignal Standard  
NA = Not Applicable

### Development Needs
- Improve technical skills, such as, computer software applications and electronics
- Requires certification as a safety representative/ forklift trainer
- Develop TQ skills and utilize tools
- Written verbal communication skills need development
- Developing subordinates leadership and technical skills
- Familiarization with contract

_[Signature]_ Manager  
_Jerry L. Temple_ 3/9/00 Employee / Date  
_____ Second Level Review/Date

☐ Indicates: Employee has made comments regarding objectives, discussion, etc. and the comments are attached

Employee signature indicates that a joint discussion with the manager has taken place and does not necessarily signify employee's agreement of the manager's assessment /evaluation.

Young v. Honeywell
0387

# Honeywell

# CONTINUOUS IMPROVEMENT SUMMARY

**Employee Name:** JERRY L. TEMPLE

## Results Overview

**Performance Highlights and Targets Missed** (results compared to objectives)

- Assisted in the achievement of 100% operational status on the AGRC.
- Assisted in the achievement of 94% performance score for FY 2000 as an overall average.
- Performed duties as associate safety representative in an outstanding manner. There were no recordable accidents during FY 2000.
- Presented and displayed a positive attitude toward the customer at all times.
- Assisted in change of targetry systems and needs of the customer by taking charge and having a "can do attitude".
- Assisted in the TQ process in order to fulfill customer requirements.

## Summary

### Strengths
- Highly self-motivated.
- Supports customer excellence.
- Willingly takes on other areas of responsibility.
- Timely.
- Reliability - has been there when we needed him.
- Focuses on safety.
- Shares knowledge with co-workers to enhance their growth.
- Able to follow and enforce policy and procedure.
- Flexibility of work schedule.

### Development Needs
- Improve technical skills, such as, Computer software applications.
- Improve TQ skills and utilize tools.
- Written and verbal communication skills needs development.
- Developing subordinates leadership and technical skills.
- Further familiarization with contract.

## Success Attributes and Behaviors
(Summarize Highlights & Development Needs)

| | | Code* |
|---|---|---|
| Business Acumen | Understands contract requirements. Familiar with range operations and can adjust to the customer needs on short notice. | AS |
| Customer Focus | Has a great attitude toward customer satisfaction. Always willing to meet customer needs. | EX |
| Vision and Purpose | Supports management goals. Assist in meeting Army's goals and training requirements. | AS |
| Values and Ethics | Honest and ethical to the highest standard, timeliness a strong attribute, readily supports policy and procedure. | EX |
| Bias for Action | Self-starter needs to manage logistic time away from field. Improvement of organizational skills are necessary. | ND |
| Commitment | Takes ownership of job task and delivers on commitments. Wants everyone to have the knowledge to perform all tasks within their department. | EX |
| Teamwork | Actively participates in TQ sessions and listens to ideas of others. Assists in training other associates to higher degree of knowledge | AS |
| Innovation | Seeks cost saving opportunities and improvements to current operations. | AS |
| Developing People | Safety focused, willingly offers information to bring co-workers up to standard. | AS |
| Performance | Consistent on a daily basis. Maintains a high level of motivation. | EX |
| Technical | Displays a strong knowledge of target systems and equipment associated with the AGRC. Needs to sharpen skills in the electrical and electronics technical field. | ND |

\* EX=Exceeds Standard  AS=At Standard  ND=Needs Development  NA=Not Applicable/Not Demonstrated

### Development Activities and Training

Oct/01
- Attend courses or workshops to improve written and verbal communication skills.
- Attend technical courses to improve software applications troubleshooting skills.
- Train more on software updates and scenario creation

## Potential Next Moves

**Short Term (0-2 years):** QA/QC
**Long Term (2-5 years):** Project Manager

_James L. Hodges_ / _Jerry L. Temple_ / 2/21/2001
Manager / Employee / Date / Second Level Review/Date

☐ Indicates Employee has made comments regarding objectives, discussion, etc and the comments are attached

Employee Signature indicates that a joint discussion with the manager has taken place and does not necessarily signify employee's agreement to the manager's assessment/evaluation

# Honeywell

## CONTINUOUS IMPROVEMENT SUMMARY

**Employee Name:** JERRY L. TEMPLE

### Results Overview

**Performance Highlights and Targets Missed** (results compared to objectives)

- Assisted in the achievement of 100% operational status on the AGRC.
- Assisted in the achievement of 95.8% performance score for FY 2001 as an overall average.
- Performed duties as associate safety representative in an outstanding manner. There were no recordable accidents during FY 2001.
- Presented and displayed a positive attitude toward the customer at all times.
- Assisted in change of targetry systems and needs of the customer by taking charge and having a "positive attitude".
- Assisted in the TQ process in order to fulfill customer requirements.

### Summary

| Strengths | Development Needs |
|---|---|
| Highly self-motivated. | Improve technical skills in Computer software applications. |
| Supports customer excellence. | Written and verbal communication skills needs development. |
| Willingly takes on other areas of responsibility. | Develop knowledge of Electrical Code |
| Timely. | |
| Reliable — Always dependable | |
| Focuses on safety. | |
| Shares knowledge with co-workers to enhance their growth. | |
| Able to follow and enforce policy and procedure. | |
| Extremely flexible | |

### Success Attributes and Behaviors

(Summarize Highlights & Development Needs)

| | | Code* |
|---|---|---|
| Business Acumen | Understands contract requirements. Familiar strategies and tactics. | AS |
| Customer Focus | Meets customer needs on continuing basis. Customer focused. | EX |
| Vision and Purpose | Supports management goals. Assist in meeting Army's goals and training requirements. | EX |
| Values and Ethics | Values and ethics above reproach, timeliness a strong attribute, readily supports policy and procedure. | EX |
| Bias for Action | Self-starter, works with minimum supervision. Improvement of organizational skills are necessary. | ND |
| Commitment | Takes ownership of job task and delivers on commitments. Wants everyone to have the knowledge to perform all tasks within their departments. | EX |
| Teamwork | Actively participates in TQ sessions and listens to ideas of others. Assists in training other associates to higher degree of knowledge. | AS |
| Innovation | Promotes creativity and informed risk taking. | EX |
| Developing People | Safety focused, willingly offers information to bring co-workers up to standard. | EX |
| Performance | Consistent on a daily basis. Maintains a high level of motivation. | AS |
| Technical | Displays a strong knowledge of target systems and equipment associated with the AGRC. Needs to sharpen skills in the electrical and electronics technical field. | ND |

*EX=Exceeds Standard   AS=At Standard   ND=Needs Development   NA=Not Applicable/Not Demonstrated

### Developmental Actions and Timing

| | |
|---|---|
| Oct/02 | Attend courses or workshops to improve written and verbal communication skills. |
| Oct/02 | Attend technical courses to improve software applications troubleshooting skills. |
| Oct/02 | Train more on software updates and scenario creation. |

### Potential Next Moves

Short Term (0-2 years): QA/QC
Long Term (2-5 years): Project Manager

| Signature | Name | Title | Date |
|---|---|---|---|
| [signature] | Rodger L. Singletary | Manager | |
| [signature] | Jerry L. Temple | Employee | 02/04/2002 |
| | | Second Level Review/Date | |

Employee Signature indicates that a joint discussion with the manager has taken place and does not necessarily signify employee's agreement to the manager's assessment/evaluation

☐ Indicates Employee has made comments regarding objectives, discussion, etc and the comments are attached

Young v. Honeywell 0385

# Honeywell

## Continuous Improvement Summary

*Employees must abide by and uphold the Code of Business Conduct and all laws.*

**Employee Name:** Jerry Temple

**Employee ID:** E039400

### Performance Summary

- Ammo-45
- Level One Awareness
- Gift Certificate for helping with contract proposal
- Basic Supervision (Motivation) Non-credited Howard community college (24 Hours)
- Intro to Microsoft Excel, Non-credited Howard community college (24 Hours)

### GOALS

- To learn more of the Aministration part of the contract.
- To learn how to effectivly counsel and reprimand my subordinates to achieve and maintain sales of 1.8M and a profit margin of 90% of the award fee pool + the base fee.
- Encourage self improvement for my subordinates (40 hours of continuous training)
- Initiate at least two process/contract improvement suggestions to the customer
- Ensure that subordinates have updated resumes in the HR database
- Achieve zero days away from work (unexcused) and (no loss-time accidents
- To achieve more knowledge of the Range Operations (Range Control)
- To maintain the highest standard of customer satisfaction commitment.

### Honeywell Behaviors

| Honeywell Behaviors | Rating |
|---|---|
| Growth and Customer Focus | EX |
| Leadership Impact | AS |
| Gets Results | EX |
| Makes People Better | AS |
| Champions Change and Six Sigma | AS |
| Fosters Teamwork and Diversity | EX |

**Mid-Year Update**

**EX** = Exceed Standards  
**AS** = At Honeywell Standards

Rate the Honeywell Behaviors using the following Ratings:

**ND** = Needs Development  
**NA** = Not Applicable/Not Demonstrated

| Honeywell Behaviors | Rating |
|---|---|
| Global Mindset | EX |
| Intelligent Risk Taking | EX |
| Self-Aware/Learner | EX |
| Effective Communicator | ND |
| Integrative Thinker | AS |
| Technical or Functional Excellence | AS |

### Strengths
- Highly motivated needs little or no supervision
- Long term safety and environmental teacher
- Willing to do what is demanded of to contribute to the contract
- Honest and timely

### Development Needs
- To learn to counsel individuals
- To aquire more skills in the electrical and electronics field

### Development Actions
- Pursue course on effective supervision counseling stratagy
- To aquire more skills in the electronics and electrical field

| Potential Next Move - Short Term (0-2 Years) | | |
|---|---|---|
| Type | Timing | |
| Assignment | Immediate | |
| Assignment | Continuation | |

| Potential Next Move - Long Term (2-5 Years) | | |
|---|---|---|
| Type | | |
| Assignment | | |
| Assignment | | |
| Assignment | | |
| Assignment | | |

| Employee Signature* | Date | Manager Signature (Mid-Year Update) |
|---|---|---|
| Jerry L Temple | 20 FEB 03 | |
| Deputy Program Manager | | Program Manager |
| | | Kenneth Ent 20 FEB 03 |

*Employee signature indicates that a discussion with the manager has taken place and does not necessarily signify employee's agreement of the manager's assessment/evaluation.