# Exhibit
# 17

3:30pm
12/15/04    ~~Clauds~~ Curley Young    (44 EEs Total @ Ft. Rucker)    (17)

Unfairly denied promotions and positions
based on race (AA).  (Applied for(1) @ Ft. Rucker)
Cross-training activities
Ken Erickson, Proj. Mgr., Tom Brothers, PM
7yrs. service
Incidents
— "Moved for cross-training" — indefinitely.
— No training in "new role" — different area of range
— Started end Oct 2004 for 3mo. (thru Dec. 2004)
— Hiring family members

2-3yrs ago — Electrician/Supervisor  (prior to K. Erickson)
Test?    — Scored higher than anyone else
— Appearance to Government that ~~you~~ Carlos
(Matthews)    was "sleeping"/"idle".
Govt Range    — Arrived close to gunnery location, deciding
Division    which ~~~~ destination he would
Chief    move to next.
_____
— Informed that he would be moved for
Bill Lay's    cross-training purposes due to appearance
Ken Erickson    of sleeping.
requested to
move Young    — Operator erased previous message
removed from    — No results/expectations communicated about
range.    training. (Upon completion what happens?)
Young    — Reasons for management decisions?
Young — Documentation?
Young — Feels discriminated against based on race.
— Minorities / Non-Min — In house testing
— Calvin Flowers, African Am, ~~~~
— Chris Heinz, son of supr. friend, White

Young v. Honeywell
1622

Test                    ———external applicant
— Mike Vincent, hired, fired, and sued by
    applicant
— Jerry Temple, was the next choice for supr.


✓ Billy Davis (Black) hired as Elec Supr. but
    only given Elec. job
Possessed    Supr. role given to (white male)
Journeymens
license
'new req     Incident 2:
per contract).  Temple and Young had argument. Temple
    cussed Young. Young reported to Ken Erickson
    Erickson told Young he provoked.
    — Young cussed the supr. for not supporting
    his claim, making investigation.


6:00 am — 2:30 pm   LLS
7:00 am — 4:00 pm   Ken Erickson

Would like to be in old position —
Maintenance Trade Helper (Small arms ranges)
                ( Aerial Gunnery Site)

Main. Trades Helper (Curley) assigned to Small arms range alone.
— Has requested help to no avail. Used to be 4.
Grea. Helper should help (Young).

Q: Shifts? No for Grounds Section. (Incl. Main Trades Helper)

Friction between Young and Jerry Temple mostly.
— Temple doesn't communicate well with others as a Supervisor.

"Toolboxes unlocked"    } 3 oney incidents in
"4min. late (3 mos. ago)"  } local personnel file.

HPD — EE Communication @ Ft. Rucker
Others to contact (possibly)
— Ken Erickson, Pros. Mgr., Bill Lang
— Thomas Lavar, QC
— Tara-Lee Partridge
— Calvin Flowers, African-Amer
— David Holland, nephew was hired
— No GED, H.S.
— Larry Coppin
  Curley Young (334) 348-2863

Young v. Honeywell
1624