IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CURLY YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06cv563-SRW |
| | ) | |
| HONEYWELL TECHNOLOGY SOLUTIONS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The parties in this case were directed in Section 3 of the Uniform Scheduling Order to conduct a face-to-face settlement conference for the purpose of engaging in good faith settlement negotiations. A report of this conference was due to be filed with the Court on or before May 27, 2007. At this time, no such report has been filed. It is therefore ORDERED that the parties shall conduct a face-to-face settlement conference as required by Section 3 of the Uniform Scheduling Order, and the plaintiff shall file a Notice Concerning Settlement Conference and Mediation, on or before July 9, 2007.

DONE, this 25th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE