IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURLEY YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: |
| | )      6-563 |
| HONEYWELL TECHNOLOGY | ) |
| SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

## **NOTICE OF COMPLIANCE**

COMES NOW undersigned counsel of record for the Plaintiff and hereby Notices this Honorable Court of its compliance of this Court's Order dated June 25, 2007 and states as follows:

1. Counsel for the Plaintiff inadvertently failed to file an initial Notice of Compliance stating that both Counsels for the Plaintiff and Defendant did meet on the scheduled mediation date of May 22, 2007 to discuss settlement in the above mentioned matter. At this date and time, neither side is in a position to settle.

Respectfully Submitted,

/s/ Jeff Bennitt

_____
Jeffrey W. Bennitt ASB N51J
BENOO4

## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the above and foregoing Motion to Reinstate was served upon all counsel listed below by making use of CM/ECF electronic filing system in place in the United States District Court, Northern District of Alabama, on this the 25th day of June, 2007.

David Warren, Esq.
OGLETREE DEAKINS
One Federal Place
Suite 1000
1819 5th Ave. N.
Birmingham, AL 35203

_/s/ Jeffrey W. Bennitt__
OF COUNSEL