IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURLY YOUNG, | : |
| | : |
| Plaintiff, | : |
| | : CASE NO: |
| vs. | : |
| | : 1:06-CV-00563-SRW |
| HONEYWELL TECHNOLOGY SOLUTIONS, INC., | : |
| | : |
| Defendant. | : |

## ORDER TO EXTEND PRE-TRIAL DEADLINES

Upon consideration of the joint motion for extension of pretrial deadlines (Doc. #36), filed July 31, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED as follows:

The deadlines are extended as follows:

1. Exchange Witness List – **August 24, 2007**; written objections due -- **September 10, 2007**;

2. Identify portions of any deposition a party expects to use at trial – **August 24, 2007**; written objections due **September 10, 2007**;

3. Make available to opposing counsel all exhibits or tangible evidence to be used at trial – **August 27, 2007**; written objections due – **September 12, 2007**.

DONE, this 3rd day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE