IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURLEY YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 1:06cv563-SRW |
| | ) |
| HONEYWELL TECHNOLOGY SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

**AMENDED SCHEDULING ORDER**

For good cause it is

ORDERED that the scheduling order (Doc. # 38), entered August 9, 2007 be and hereby is AMENDED as follows:

This cause is **re-set for jury selection and trial from April 7, 2008 to the term of court commencing on May 5, 2008 in Dothan, Alabama.**

All other deadlines shall remain the same.

DONE, this 16th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE