IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURLY YOUNG, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 6-563 |
| | ) |
| HONEYWELL TECHNOLOGY SOLUTIONS, INC., | ) |
| | ) |
|     Defendant. | ) |

CORPORATE DISCLOSURE STATEMENT

The plaintiff is not associated with any corporation.  The plaintiff is an individual.

/s/ Jeff Bennitt
_____
Jeffrey W. Bennitt ASB N51J
Attorney for the plaintiff

Jeff Bennitt & Associates, Ste. 116
300 Cahaba Park South
Birmingham, Al 35242   (205) 408-7240
fax: (205) 408-9236    e-mail: Bennittlaw@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above was served on counsel below by placing a copy in the U.S. Mail, postage prepaid, properly addressed, this the 24th day of February, 2007 .

Hon. Sandra Reiss
Ogletree, Deakins
One Federal Place
Ste.  1000
1819 5th Ave. North
Birmingham, Al   35223

/s/ Jeff Bennitt
_____