UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CURLEY YOUNG** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| vs. ) | 1:06-CV-00563-SRW |
| ) | |
| ) | |
| **HONEYWELL TECHNOLOGY** ) | |
| **SOLUTIONS INC.** ) | |
| ) | |
|     **Defendant** ) | |

### DEFENDANT'S WITNESS LIST

**COMES NOW** Defendant, Honeywell Technology Solutions Inc. (hereafter "Honeywell") pursuant to this Court's Amended Scheduling Order dated August 9, 2007, and submits the following list of individuals whom Defendant may call during the trial of this action:

1. Curley Young
   Plaintiff
   c/o Plaintiff's Counsel

2. Kenneth Erickson
   Project Manager
   Honeywell Technology Solutions Inc.
   Ft. Rucker, Alabama
   c/o Defendant's Counsel
   Ogletree Deakins

3. Thomas Lavar
   Quality Control Inspector
   Honeywell
   Ft. Rucker, Alabama
   c/o Defendant's Counsel
   Ogletree Deakins

4. William Leyh
   Director of Training
   U.S. Army
   Ft. Rucker, Alabama

5. Jerry Temple
   Crew Chief
   Honeywell
   Ft. Rucker, Alabama
   c/o Defendant's Counsel
   Ogletree Deakins

6. James Garrett
   Human Resources Director
   Columbia, Maryland
   c/o Defendant's Counsel
   Ogletree Deakins

7. Sean Sparks
   Quality Assurance Evaluator
   Department of Defense
   Ft. Rucker, Alabama

8. Calvin Flowers
   398 Claybank Street
   Apt. 47
   Ozark, Alabama 36360

9. Defendant reserves the right to call witnesses identified on Plaintiff's witness list to the extent not otherwise objected to by defendant.

Defendant reserves the right to supplement this witness list.

Defendant reserves the right to call as rebuttal and/or impeachment witnesses individuals not named herein.

Defendant reserves the right to present the testimony of a witness by deposition should the witness be unavailable at the time of trial.

Respectfully submitted on February 14, 2008.

/s/Sandra B. Reiss
**Sandra B. Reiss (ASB-3650-s80s)**
**Ryan M. Aday   (ASB-3789-a54a)**
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
e-mail:   Sandra.Reiss@odnss.com
e-mail:   Ryan.Aday@odnss.com
Ph.  (205) 328-1900 / Fax:  (205) 328-6000
*Attorneys for Defendant,*
*Honeywell Technology Solutions Inc.*

## CERTIFICATE OF SERVICE

    I do hereby certify that the foregoing Defendant's Witness List was e-filed via this Court's CM/ECF service on this 14th day of February, 2008, and that a true and correct copy will be served to Jeffrey W. Bennitt pursuant to this Court's electronic filing service.

        /s/Sandra B. Reiss
        **Sandra B. Reiss (ASB-3650-s80s)**
        **Ryan M. Aday   (ASB-3789-a54a)**
        OGLETREE, DEAKINS, NASH, SMOAK & STEWART
        One Federal Place, Suite 1000
        1819 Fifth Avenue North
        Birmingham, Alabama 35203-2118
        e-mail:  Sandra.Reiss@odnss.com
        e-mail:  Ryan.Aday@odnss.com
        Ph.  (205) 328-1900 / Fax:  (205) 328-6000
        *Attorneys for Defendant,*
        *Honeywell Technology Solutions Inc.*