IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURLY YOUNG, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: |
| | )    6-563 |
| HONEYWELL TECHNOLOGY | ) |
| SOLUTIONS, INC., | ) |
| | ) |
|     Defendant. | ) |

WITNESSES LIST

Curly Young
705 Mill Ave.
Entreprise, AL   36330

Jerry Temple
C/O of Honeywell Technology Solutions, Inc.

Ken Erikson
C/O of Honeywell Technology Solutions, Inc.

Calvin Flowers
C/O of Honeywell Technology Solutions, Inc.


Jimmy Hines
C/O of Honeywell Technology Solutions, Inc.

Larry Cophen
C/O of Honeywell Technology Solutions, Inc.

Thomas Lavar
C/O of Honeywell Technology Solutions, Inc.

Roger and Travis Engles
C/O of Honeywell Technology Solutions, Inc.

Pat Little
C/O of Honeywell Technology Solutions, Inc.

David Husey
C/O of Honeywell Technology Solutions, Inc.
  Pat Little's immediate supervisor

Roger Ingells, Jimmy Hinds, Chris Holland
C/O of Honeywell Technology Solutions, Inc.

Carolyn Woodburn
C/O of Honeywell Technology Solutions, Inc.

Doug Reston
C/O of Honeywell Technology Solutions, Inc.

William Culpeper
C/O of Honeywell Technology Solutions, Inc.

DOCUMENTS

Termination letter
March 5, 2005 disciplinary
Honeywell policies and procedures manual
ATTACHED TO BRIEF IN SUMMARY JUDGMENT:

1. Jerry Temple deposition
2. Kenneth Erickson deposition
3. Discipline policy
4. Cardinal Safety Rules of Honeywell
5. April 05 Update on Chris Hines
6. Curley Young Update

7. Report of Incident/Accident
8. Curley Young Update, third/fourth quarter update
9. Developmental Counseling Form
10. Truck and Tools Box at the close the business day–3/19/03
11. Incident on Thursday, September 28, 2000 from Jimmy Hodge to Curley Young
12. March 3, 2000 Memo to Jerry Temple
13. Memo to Young personnel file from Jerry Temple dated 24 November 2004
14. Awards of Curley Young
15. Curley Young evaluations
16. Temple evaluations
17. Notes from the files of Human Resource Specialist, Shawnda Hunt, dated 2004–See affidavit of James Garrett, para 12.

DAMAGES

equitable damages, including, but not limited to, lost wages and benefits, future lost wages, compensatory and punitive damages.

/s/ Jeff Bennitt

_____
Jeffrey W. Bennitt ASB N51J
BENOO4

Jeff Bennitt & Associates, LLC,
Suite A-3 4898 Valleydale Rd., Birmingham, Al 35242 (205) 408-7240
fax: (205) 408-9236     e-mail: Bennittlaw@aol.com

CERTIFICATE OF SERVICE

   I hereby certify that a copy of the above was served on the defendant corporation and former counsel by mail/email on February 15, 2008.
Sandra Beth Reiss sandra.reiss@odnss.com, cheryl.hosey@odnss.com

/s/ Jeff Bennitt

_____