**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **CURLEY YOUNG,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **v.** ) | |
| ) | **1:06-cv-563** |
| **HONEYWELL TECHNOLOGY** ) | |
| **SOLUTIONS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S WITNESS LIST FILED ON FEBRUARY 14, 2008

COMES NOW Defendant Honeywell Technology Solutions, Inc. ("Honeywell") and files its objections to Plaintiff's Witness List as follows:

1. Defendant objects to listed witness William Culpepper, as this individual is a former employee of Honeywell and has been since this case was filed.

Respectfully submitted,

/s/ Sandra B. Reiss
Sandra B. Reiss  (ASB-3650-s80s)
Ryan M. Aday (ASB-3789-a54a)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
E-mail:  Sandra.Reiss@odnss.com
E-mail:  Ryan.Aday@odnss.com
(205) 328-1900
(205) 328-6000 Fax
*Counsel for Defendant, Honeywell Technology Solutions, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of February, 2008, I electronically filed the foregoing *Objections to Plaintiff's Witness List* with the Clerk of the Court using the CM/ECF system which will send notification of such filing attaching thereto a full and complete copy of the same to:

      The Law Offices of
      Greg L. Davis
      6987 Halcyon Park Drive
      Montgomery, AL  36117

      Dan W. Taliaferro
      Attorney at Law
      6987 Halcyon Park Drive
      Montgomery, AL  36117

      /s/ Sandra B. Reiss
      Sandra B. Reiss