IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURLEY YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv563-SRW |
| ) | |
| HONEYWELL TECHNOLOGY ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

For good cause it is

ORDERED that **the pretrial conference presently scheduled for March 7, 2008 at 8:30 a.m. be and hereby is re-scheduled for 9:00 a.m. on April 10, 2008** in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama. At least one <u>trial</u> counsel for each party shall attend this conference.

DONE, this 20th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE