IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURLEY YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06CV563-SRW |
| ) | (WO) |
| HONEYWELL TECHNOLOGY ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the memorandum opinion entered on this date granting defendant's motion for summary judgment, it is the ORDER, JUDGMENT and DECREE of this court that judgment is entered in favor of defendant and against plaintiff, and plaintiff's claims are DISMISSED with prejudice.  Costs are taxed against the plaintiff.

Done, this 31st day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE