AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

CURLEY YOUNG, Plaintiff

v.

HONEYWELL TECHNOLOGY SOLUTIONS, INC., Defendant

BILL OF COSTS

Case Number: 1:06cv563-SRW

Judgment having been entered in the above entitled action on __3/31/08__ against __Plaintiff__, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ _____ |
| Fees for service of summons and subpoena ................................ | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case  See attached itemization (Att. "A") | $1,433.20 |
| Fees and disbursements for printing ......................................... | _____ |
| Fees for witnesses (itemize on reverse side) ............................... | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case  See attached itemization (Att. "B") | $108.90 |
| Docket fees under 28 U.S.C. 1923 ........................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ......................... | _____ |
| Compensation of court-appointed experts ................................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) .................................................. | _____ |
| TOTAL | $ $1,542.10 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Jeffrey W. Bennitt, Attorney for Plaintiff

Signature of Attorney: _[signature]_

Name of Attorney: Sandra B. Reiss, Ogletree, Deakins, Nash, Smoak, and Stewart, P.C.

For: Honeywell Technology Solutions, Inc.

Date: April 3, 2008

Costs are taxed in the amount of _____ and included in the judgment.

Clerk of Court          By: Deputy Clerk          Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

### NOTICE

Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

See also Section 1920 of Title 28, which reads in part as follows:
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

The Federal Rules of Civil Procedure contain the following provisions:
Rule 54 (d)
   "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
   "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
   "Entry of the judgment shall not be delayed for the taxing of costs."

**Attachment A**

**FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE TRANSCRIPT NECESSARILY OBTAINED FOR USE IN THE CASE[1]**

<u>Exh.</u>

| | | |
|---|---|---|
| 1. | Deposition of Curley Young taken on February 27, 2007 | $1,218.20 |
| 2. | Depositions of Erickson and Temple taken March 27, 2007 | $215.00 |
| | *TOTAL COURT REPORTER FEES:* | *$1,433.20* |

---

[1] These amounts have been reduced by the cost of ASCII disks and travel transcripts.

**FREEDOM REPORTING, INC.**
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

Ryan M. Aday
Ogletree, Deakins, Nash,
  Smoak & Stewart, PC
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, AL 35203-2118

March 15, 2007

**Invoice#** 00023619

**Balance:** $1,243.20

**Re:** Curly Young v. Honeywell Technology Solutions, Inc.
bham/1:06-CV-563
on 02/27/07   Billed 03/15/07

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Per Diem: 1 day | 120.00 |
| Original & copy: 344 pages | 1,049.20 |
| Exhibits/B & W:  140 pages | 49.00 |
| Condensed/concordance(s): | 10.00 |
| Depo Disk: | 15.00 |

Deponent:
Curly Young

RECEIVED MAR 28 2007 By_____

Vendor # 215320   Location # 111
Approved by JWD   Date 3-27-07
Resp. Party # _____
G/L code 2012
Client/Matter # 265.183
Cost Code 5170
Voucher # 458980   Pay Date 4|10

600265- 000183

P l e a s e   R e m i t   - - - >   Total Due:  $1,243.20

*All Invoices are due within 30 days of receipt*

**EXHIBIT 1**

WINTERS O. HOPE & ASSOCIATES  
    3349 Monte D'Oro Drive  
    Hoover, Alabama  35216  

    (205) 824-4444  

INVOICE NUMBER: __5734 A__  
DATE: __Mar. 30, 2007__  

EIN: 87-0794086  

Ms. Sandra B. Reiss  
Ogletree, Deakins, Nash, Smoak & Stewart, PC  
One Federal Place  Suite 1000  
Birmingham, AL  35203  

TERMS: NET CASH  
ACCOUNTS OVER 30 DAYS  
SUBJECT TO 1 1/2%/MO.  

IN RE: __Curly Young  v.  Honeywell Technology Solutions  1:02-CV-00563-SRW__

Attendance __3/27/06__       Days @ $_____ per day $_____

To Original Transcript _____       Pages @ $_____ per page $_____

To Copy of Transcript __86__       Pages @ $__2.50__ per page $__215.00__

Expense:  
    Condensed transcript (2)                           20.00

*Approved: Sandra Reiss*  
*Sm  000265.ow183*

For:    Depo: Mssrs. Erickson & Temple         TOTAL $ __235.00__

EXHIBIT 2

## Attachment B

## FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS
## NECESSARILY OBTAINED FOR USE IN THE CASE

<u>Documents reproduced in support of Motion for Summary Judgment</u>:

Motion for Summary Judgment (doc. 21) ......................... 6 pages

Brief in Support of Motion for
Summary Judgment (doc. 22) ....................................... 43 pages

Submission of Evidence in Support of
Motion for Summary Judgment (docs. 23-24); Motion for
Leave to File Documents Under Seal (doc. 25); and Evidence
Filed Under Seal (doc. 26) ......................................... 301 pages

Defendant's Reply to Plaintiff's Opposition
To Motion for Summary Judgment (doc. 33) .................... 13 pages

363 pages at $.15 per page   (x 2 copies each)                        $108.90*

**Courtesy copies were provided to Chambers.  See Court's Order
Attached requiring courtesy copy (Exh. 3)**

*TOTAL COSTS FOR EXEMPLIFICATION OF PAPERS:*

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURLY YOUNG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HONEYWELL TECHNOLOGY ) <br> SOLUTIONS, INC., ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 1:06cv563-SRW <br> (WO) |

### ORDER

This action is presently before the court on the motion for summary judgment filed by defendant on May 1, 2007. The parties are DIRECTED to comply with the order of this court entered on November 3, 2006 (Doc. #12), which establishes the briefing schedule. Additionally, it is

ORDERED that the parties are DIRECTED to mail or deliver to the court, in chambers, on or before June 5, 2007, bound and tabbed courtesy copies of their summary judgment submissions.

Done, this 2nd day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

